

**NAME** Norman Brown

C·52068

**PRISON IDENTIFICATION/BOOKING NO.**

C.S.P. CAL / B3·101

**ADDRESS OR PLACE OF CONFINEMENT**

P.O. Box. 5004
Calipatria CA 92233

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

2254 ✓ 1983
**FILING FEE PAID**
Yes ___ No ___
**IFP MOTION FILED**
Yes ___ No ___
**COPIES SENT TO**
✓ Court ___ ProSe

**FILED**

OCT 2 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Norman Anthony Brown

**FULL NAME** (Include name under which you were convicted)

Petitioner,

v.

L.E. Scribner

**NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER**

Respondent.

**CASE NUMBER:**

CV '07 CV 2079 JAH AJB

To be supplied by the Clerk of the United States District Court

First challenge to Calculation of Release Date

☐ _____ **AMENDED**

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
### 28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION Riverside County
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number) First challenge to Calculation of
CV Release Date
CV Hill v. Alaska (9th cir 2002)

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:

> Clerk of the United States District Court for the Central District of California
> United States Courthouse
> ATTN: Intake/Docket Section
> 312 North Spring Street
> Los Angeles, California 90012

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☒ other. Calculations of release date / First challenge / Hill v. Alaska 297 f3d 895 897
(9th Cir 2002)

## PETITION

1. Venue
   a. Place of detention _____Calipatria State Prison_____
   b. Place of conviction and sentence _____Riverside County superior court_____

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _____207 288 211 261 (2) 289_____
   See abstract attached
   _____
   _____

   b. Penal or other code section or sections: _____
   _____
   _____

   c. Case number: _____CR-19235    Riverside County superior court_____
   d. Date of conviction: _____ 7-7-82 _____
   e. Date of sentence: _____8-10-1982_____
   f. Length of sentence on each count: _____69yrs total_____
   _____

   g. Plea (*check one*):
   ☒ Not guilty
   ☐ Guilty
   ☐ Nolo contendere

   h. Kind of trial (*check one*):
   ☒ Jury
   ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?    ☒ Yes  ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _____Please refer to record on appeal due to age of case._____
   b. Grounds raised (*list each*):
   (1) _____

(2) _____
(3) _____
(4) _____
(5) _____
(6) _____

c. Date of decision: _____

d. Result _____
_____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☐ Yes  ☒ No

   If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

   a. Case number: _____

   b. Grounds raised *(list each)*:
   (1) _____
   (2) _____
   (3) _____
   (4) _____
   (5) _____
   (6) _____

   c. Date of decision: _____

   d. Result _____
   _____

5. If you did not appeal:

   a. State your reasons _____
   _____
   _____
   _____
   _____

   b. Did you seek permission to file a late appeal?    ☐ Yes  ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

   ☒ Yes  ☐ No

   If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

3.

a.    (1) Name of court: _See record on Appeal_

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes   ☒ No

b.    (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

c.    (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

4.

(c) _____
(d) _____
(e) _____
(f) _____

(5) Date of decision: _____

(6) Result _____
_____

(7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

7.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:   Exhaustion Requirement: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a.  Ground one: Was Petitioners term and release date calculated off of A (valid "Filed" Amended abstract) sent to the Dept of corrections records reflecting A modification of

(1) Supporting FACTS: A modification of Judgement of petitioners sentence Judgement was sent to the Dept. plus a copy of it's November 16 minutes of (November 16 1982) It's minutes sent 11 yrs later to join the Amended abstract Dated November 16 1982 these documents reflect a modification hearing that never took place nor is it documented as an order of any court in this state. see Exibit 1 & 2

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes   ☐ No
Failure to consider will result in fundamental miscarriage of Justice.

b.  Ground two: Can the Dept of Corrections validly detain Petitioner with commitment documents that have NO "filed stamp" or Enhancements to sentence?

(1) Supporting FACTS: upon reception of the Amended abstract the Dept of corrections proceeded to knowingly or unknowingly violate petitioners rights by calculating, placing and subjecting petitioner to the term even though on the face of the document there is no "filed stamp" which makes it an order of a court.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

HAS AN Agency or Agent committed AN 8th amend violation and

c. Ground three: Is there a Nexus Between the "reception" of NON Filed Commitment Documents coming from AN entity and case records of Petitioner?

(1) Supporting FACTS: A Nexus has to be found — to discover who Accepted these documents and (where they come from) and how they moved the original Abstract out of the file. That Policy has to be addressed as Petitioner term has been Altered by NON court ordered NON-Filed documents. Subjecting Petitioner to 8th Amend violations

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

d. Ground four: Has Petitioner been illegally incarcerated once his term was altered and recalculated soon After reception of these documents?

(1) Supporting FACTS: The November 16 1982 amended Abstract suggests full term consecutive terms to be served one after the Next. (this was stamped (November 16, 1982) at the bottom of document) At the least petitioners rights were abridged from that date since there is No record of a hearing being held on that date.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

e. Ground five: Can a modification of Judgement hearing be held when Petitioner is without counsel?

(1) Supporting FACTS: (see Exibit 3) This November 16 1982 hearing is not documented, It clearly happened when petitioners transcripts were in possession of a court clerk. Petitioners register of appeals intentionally blacked out by court clerks to disguise movements of Petitioners transcripts.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _I have been Denied Access to courts, (see Exibit 7,8, 9.)   Petitioner is illegally confined in the Dept of corrections, federal constitution Art 1 & 9   Calif Const, Art II 10 Art 1 & 11_

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
☐ Yes   ☐ No   N/A   This is a first challenge Term issue .

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

7.

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☒ Yes  ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

· (1) Name of court: _Riverside County Superier court_

(2) Case number: _07E05269 Dept 25 tranferred from Sacvamento_

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _See exisit_

(4) Grounds raised *(list each)*: _Recieved 7-13-07 They have not answered my numerous_

                                       _letters about its filing ?_

    (a) _____

    (b) _Riverside courts refuse to ANswer it- I'm currently_

    (c) _at 90 plus days waiting to see if it's been_

    (d) _filed. They refuse to write me back to acknawledge_

    (e) _it's reception even though they recieved it certified_

    (f) _mail. (see attached exisits' 7 )_

11. Are you presently represented by counsel?    ☐ Yes  ☒ No

If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _October 18th 2007_    _____
               *Date*                           *Signature of Petitioner*

# Prayer for Relief

After reviewing petitioners petition this honorable court should consider that petitioner only recently pieced together the artful deception used to attempt to make petitioner do "everyday of each consecutive sentence." each day, without the beniefit of any meaningful appeal ever. IN addition, once the Department of corrections recieved the NON stamped commitment document with petitioners name on it, with the unsanctioned full term order, petitioner was "doomed" as there is, and still does not exist a gate keeping source in place to scrutinize such an act. The Department does not have the power or authority to change terms, Just add them up. IN essence any act or ommission simulated or otherwise coming across the fine line that seperates state court/county custody ( into ) the Department of corrections/Detention is blurred and without

9.

definition. Surely Petitioners documents with no visual filed dated stamp should have been spotted. If it was there is no source in place for repairs. The injury - loss of liberty. Petitioner for 24 plus years has been illegally confined. Petitioner was sentenced A second time when that second abstract was drafted. Drafted at a time when petitioner had no counsel. Petitioner can not be resentenced, Petitioner can not be forced to continue a term not sanctioned or ordered by any court in the United states.

Petitioners liberty to be released should be granted immediatly with no sanctions. The state court system is in grave debt

Trap 23

to petitioner, as actors painted this scenario that your panel "in the interest of Justice" was created for to render fair and Equal Justice under the U.S. constitution. Petitioner asks for a full investigation into his issues as he has been detained for 24 plus years without Due Process within the cells of the Department of Corrections. In addition all state judges in petitioners

16.

Jurisdiction of his appeals did not or could not meaningfully give petitioner a fair adjudication of his appeals as thru conflict of interest they were "collatorally enstopped" as it is the state and state actors under the color of law who have caused this entire scenario. All the way up to a phony abstract drafted and sent to the responsible detainers of petitioner. The detainers of petitioner under no scrutiny continued this process. Even though it is visually no filed stamp on the committment document. Can this change? It must.

Question, How many other illegal detainees are in this Department of corrections. Question, Nexus, How do these abstracts move out the old ones in central files of prisoners, Question, who moved petitioners old abstract or was there one in place at the time? complexity

Petitioner asks this magistrate for immediate release and a determination on record that petitioner has been illegally incarcerated at least since November 16 1982.

Respectfully submitted

Norman Brown

Norman Br—

Date: October 18, 2007

11.

# Exibit 1

## Abstract of Judgement Amended November 16 1982

"No filed Stamp" AS coming from AN order of a court in this State.

No ENHANcement Boxes checked yet full term consecutive term indicated.

Petitioners term has been calculated off of AN UN-filed illegal forged abstract of Judgement. NO Record of November 16 1982 Hearing exists.

14.

ABSTRACT OF JUDGMENT — COMMITM.

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__

BRANCH _____

COURT I.D. **3 3**

CASE NUMBER(S)

PEOPLE OF THE STATE OF CALIFORNIA **versus**  [X] PRESENT   CR-19235 -A

DEFENDANT: NORMAN ANTHONY BROWN          [ ] NOT PRESENT  -B

AKA:                                                    -C

COMMITMENT TO STATE PRISON   [X] AMENDED ABSTRACT  -D

ABSTRACT OF JUDGMENT                                    -E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 08, 10, 82 | 14 | JOHN H. BARNARD | A. MILLER |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| K. SMITH | P. MAGERS | Wm. BARNETT | D. MOORE, JR. |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTION BY JURY/TRIAL / COURT/PLEA | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NONVIOLENT | CONSECUTIVE FULL TERM | INCOMPLETED STCE CONSEC | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 207 | KIDNAPPING | 81 | 07 07 82 | X | M | | | | | | 0 | 0 |
| 2 | PC | 211 | ROBBERY | 81 | 07 07 82 | X | M | | | | | X | 0 | 0 |
| 3 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | X | M | | | | | | (3) | 0 |
| 4 | PC | 261(2) | FORC. RAPE(CONC) | 81 | 07 07 82 | X | M | | | X | | | 7 | 0 |
| 5 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | X | M | | | X | | | 7 | 0 |

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED)**

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**3. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| — | — | |

**5. A. NUMBER OF PRIOR PRISON TERMS:**

| | S | C/F | S | I |
|---|---|---|---|---|
| 667.5(a) | — | — | — | — |
| 667.5(b) | — | — | — | — |
| 667.6(b) | — | — | — | — |

**4. OTHER ORDERS:** Stay to become permanent upon completion of other counts.

**B. NUMBER OF PRIOR FELONY CONVICTIONS:**

| | S | C/F | S | I |
|---|---|---|---|---|
| 667.6(a) | — | — | — | |

**6. TOTAL TIME IMPOSED ON ATTACHMENT PAGES (FORM DSL 290-A):**

**7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:**   48 | 0

**8. TOTAL TERM IMPOSED:**

**9. EXECUTION OF SENTENCE IMPOSED:**   ➡   69 | 0

A. [X] AT INITIAL SENTENCING HEARING   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. [ ] AFTER REVOCATION OF PROBATION   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

| DATE SENTENCE PRONOUNCED: MO DAY YR | CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|
| 08 10 82 | 391 INCLUDING: | 261 | 130 | [ ] DMH    [ ] CDC |

**1. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**

[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA   [ ] CALIF. MEDICAL FACILITY – VACAVILLE   [ ] CALIF. INSTITUTION FOR MEN – CHINO
[ ] OTHER (SPECIFY):

**CLERK OF SUPERIOR COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| E. Jones | NOV 16 1982 |

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
July 1, 1981

**ABSTRACT OF JUDGMENT — COMMITMENT**

FORM DSL 290    15.

Pen.C. 1213.5.

DISTRIBUTION   PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__

COURT I.D. |2|3|...| | |
BRANCH _____

PEOPLE OF THE STATE OF CALIFORNIA    versus

DEFENDANT: NORMAN ANTHONY BROWN
AKA:

[X] PRESENT
[ ] NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    [X] AMENDED ABSTRACT

CASE NUMBER(s)
CR-19235 -A
-B
-C
-D
-E

DATE OF HEARING
(MO) (DAY) (YR)
08  10  82

DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTION BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE FULL TERM | CONSECUTIVE 1/3 NON-VIOLENT | PRINCIPAL OR CONSECUTIVE STRICKEN OR STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | M | | | X | | | 7 | 0 |
| 7 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | M | | | X | | | 7 | 0 |
| 8 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | X | | | 7 | 0 |
| 9 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | X | | | 7 | 0 |
| 10 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | X | | | 7 | 0 |
| 11 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | X | | | 7 | 0 |
| 12 | PC | 289 | PEN.W/FOREIGN OB | 81 | 07 | 07 | 82 | X | | M | | | X | | | 6 | 0 |

TOTAL | 48 | 0

ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: ➝   TOTAL | 48 | 0

This form is prescribed pursuant to Penal Code § 1213.5 to satisfy the requirements of Penal Code § 1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code § 1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code § 1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code § 1203.01. Attachments may be used but must not be incorporated by reference.

Adopted by the
Council of California
1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A    16.

CRC ℗ⓦ
Pen. C. 1213.5.

PINK COPY — COURT FILE.    YELLOW COPY — DEPARTMENT

## Exibit 2.

The Minutes to Exisit 1   Specifically states   Modification of Judgement

The Actual copy in   November 16 1982
Petitioners PRison central file:
(two sided copy.)

. NON Filed: and certified As

true 11 yrs later on the back

" No Record of this hearing ever taking place "

( Two sided copy )

17.



18



This must remain red to be a
" CERTIFIED COPY"

each document to which this certificate
is attached is certified to be a full,
true and correct copy of the original
on file and of record in my office.

ARTHUR A. SIMS, CLERK Riverside
Superior Court, County of Riverside,
State of California

Dated: AUG 9 1993

Certification must be in red to be a
" CERTIFIED COPY"

## Exibit 3
## Petitioners Register of Appeal Minutes

None of this Activity

is Documented in Petitioners

Record of Appeal.

(A Crucial sentencing issues hearing)
Modification of Judgement

November 16 1982 : Modification of Judgement
Hearing not stamped in

November 9th : Petitioners transcripts on appeal
were in clerks possession.
Petitioner was without counsel.
Substitution of Attorney complete 12-2-82.
Initiated and filed
19.

# Fourth Appellate District, Division 2
## RIVERSIDE County HON. JOHN H. BARNARD _____ Judge

DIVISION TWO
Superior Court No. CR-19235   Notice of Appeal Filed: J-10-7-82

Handwritten left margin: Register of Appeal / Abstract Among / Not Listed

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff and Respondent | ATTORNEY GENERAL<br>110 W. "A" St., Ste. 600<br>San Diego, Ca. 92101 |
| vs | |
| NORMAN ANTHONY BROWN<br>Defendant and Appellant<br>Subst.<br>Atty.<br>12-2-82 | (In pro per) Riverside County Jail,<br>11th and Orange, Riverside  92501<br>Edison P. McDaniels, 1566 N. "D" St<br>San Bernardino, Ca. 92405 |

| Date | Entry | |
|---|---|---|
| OCT 2 0 1982 | REC'D COPY NOTICE OF APPEAL | SENT REQUEST FOR COUNSEL FORM |
| OCT 2 8 1982 | Rec'd copy of County Clerk's Amended Notice to Prepare Transcript on Appeal (to delete co-defendant), dated 10-26-82. | |
| NOV 9 1982 | FILED EXT OF TIME TO  1-10-83 (Reporter Katherine G. Smith) | |
| DEC 2 1982 | Filed subst. of attys. | 1      5 |
| FEB 3 1983 | **FILED RECORD ON APPEAL** C -1-    R -5- | |
| MAR 1 0 1983 | FILED COPY OF NOTICE RULE 17(c) | |
| MAR 1 8 1983 | FILED EXT OF TIME TO  4-17-83 AOB | |
| APR 2 9 1983 | FILED APPELLANTS OPENING BRIEF | |
| JUN 8 1983 | FILED EXT OF TIME TO  7-2-83 RB | |
| JUN 2 0 1983 | FILED RESPONDENTS BRIEF | |
| JUL 2 7 1983 | ORDER OF SUBMISSION | |
| JUL 2 7 1983 | BY THE COURT:<br>Judgment affirmed  (non-pub.) Rickles, J.,<br>We concur:  Morris, P.J., McDaniel, J. | |
| SEP 3 0 1983 | REMITTITUR TO COUNTY CLERK | LIST NO. 30<br>BOX NO. 107<br>SRC NO. 531214 |
| JUN 2 7 1986 | ORIGINAL RECORD SHIPPED TO<br>RECORD CENTER – | |

STATE RECORDS CENTER
1501 CEBRIAN STREET
WEST SACRAMENTO, CA 95691

(26)

Exibit    3(A)        Letter to Petitioners
                      Mother    Dated: Oct 4, 1983

This reviewing appellate court
waived petitioners Direct Appeal Rights
to Review to the California State
Supreme court) by Not Notifying Counsel
and Never Notifying petitioner of Affirmance
of Appeal. See Exibit 3  Register of Appeal

Petitioners Remittitur was sent back to the
county clerk before petitioners Attorney even knew
of the Affirmance, Supreme court Review waived.

＊  In addition, Petitioners term sheet, A.O.J
   in the hands of the Dept of Corrections, The November
   16, 1982 Authored version, Never made it to this
   Register of Appeal list or to the Decision making forum
   of July 27 1983.  Petitioner is confined illegally.

21.

Edison P. McDaniels
ATTORNEY AND COUNSELLOR AT LAW
1566 NORTH "D" STREET
SAN BERNARDINO, CALIFORNIA 92405

(714) 885-3477

October 4, 1983

Mrs. Carol Brown
3248 Joel Drive
Riverside, California 92509

In re:  PEOPLE vs. BROWN
        Case No. 4 Crim 14717

Dear Mrs. Brown:

Enclosed is a copy of the decision in the above matter from the Fourth District Court of Appeals.

Please note that despite the date on this decision, we only found out about it today, at which time I went down to the Court personally and picked it up.

Very truly yours,

Edison P. McDaniels
Attorney at Law

EPM:jm
Encl.

cc:  Mr. Norman Brown
     Post Office Box C-52068
     Tamal, California 94974

22.

# Exist 4

Petitioner won his 602

Administrative Appeal    ( October 10, 2007 )

C.D.C. says they can't do anything
the courts have to. I told them I have
"After recalculation" ( NO TIME )

At Review hearing I ( Petitioner )

showed Case Records manager V. Myers

Calipatria state prison) A copy of my

Original August 12 1982 Abstract, she took
A copy, But said I still had to wait for
Riverside to send a copy. I still wait.

I still hold my copy. Dated Aug 12 1982.
The one in my file is a forged document
Dated Nov 16 82 at Bottom of document.    see    Exist 1

23.

# Exibit — 4(A) cont...

For C.D.C. (This prison)
to tell me to wait for requested
certified copies of Petitioners A.O.J
and it's minutes plainly proves prejudice
Espiecially so since they have already
used the Existing Documents against
Petitioner at Each prison that he has
been at. To request concedes
prima facie of discrepancy and error
in Existing documents.
(the Error) "NO Filed Stamp" As
coming from AN order of A court
Exibit 1

RECEIVED CAL APPEALS JUL 24 2007

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: | Institution/Parole Region | Log No. | Category
RECEIVED CAL APPEALS AUG 30 2007

1. **CAL**  B **07 01 393**    6

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: NORMAN BROWN | NUMBER: C-52068 | ASSIGNMENT: Computer tech | UNIT/ROOM NUMBER: B3 101U ✓

A. Describe Problem: I have discovered forged documents describing an illegal consecutive term which has been used to illegally confine me in the department of corrections since 1982. My abstract of judgement located in my central file since 1982 does not have a "filed stamp" or date from an order from a court. see exibit attached.) the accompanying minutes from this modification of judgement hearing also does not have a "filed" stamp, see petitioners central file. These documents were fraudulently submitted in violation of petitioners civil rights

If you need more space, attach one additional sheet.

B. Action Requested: For this warden at calipatria state prison to contact Riverside superior court. Petitioner "does" have a filed As of (July 10 2007 case # 07 05 269 Dept 25) this petition transferred from sacramento superior ct. (Habeas corpus) (Petitioner is not legally committed in the Dept.) this petition is in Riverside waiting for adjudication (CCR 3273)

Inmate/Parolee Signature: Norman Brown    Date Submitted: July 22, 2007

Petitioner Asks to be taken out of the state system. and the Attorney General notified of this:

C. INFORMAL LEVEL (Date Received: _____ ).

Staff Response: _____

_____

Staff Signature: _____    Date Returned to Inmate: _____

CSP-CAL BYPASS

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Complete CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

B **07 01 393**

**SCREENED OUT**    AUG 24 2007    25    **CAL**

(left margin, vertical) RECEIVED CAL APPEALS JUL 24 2007

CAL
CANCELLED
SEP 05 2007        AUG 24 2007

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☒ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: JUL 25 2007    Due Date: 9/5/07 10/15/07

Interviewed by: _____

_____

_____

_____

_____

CSP CAL BYPASS

Staff Signature: _____    Date Completed: _____
Division Head Approved: _____    Returned
Signature: _____    Title: _____    Date to Inmate: _____

RECEIVED CAL APPEALS AUG 30 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Haygood v. Younger 769 F2d 1350 (1985) I am being denied liberty and due process without a hearing. Even though I've submitted an order of a Superior court Judge that I have made a showing that my abstract of Judgement is invalid. I submitted the Exibit to the A/W/ 15 days prior to being denied a hearing. see attached pages.

Signature: Norm B    Date Submitted: 8/28/07
and Exibit

Second Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: SEP 28 2007    Due Date: 10/29/07
☐ See Attached Letter

G. J. JANDA, AW-A/B

T. OCHOA, CDW

Signature: _____    Date Completed: OCT 10 2007
Warden/Superintendent Signature: _____    Date Returned to Inmate: OCT 10 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

STATE OF CALIFORNIA
CDC 1033 (8/88)

DEPARTMENT OF CORRECTIONS

## COMPUTATION REVIEW HEARING DECISION

### DOCUMENTS REVIEWED

☐ Sentencing Transcript

☑ Abstracts of Judgment/Minute Orders

☐ POR

☐ Time Cards/Classification Chronos

☑ OBIS Printout

☑ Central File

☐ Other _____

### REASONS/COMMENTS

9/27/2007

I recieved a Haygood Hearing my time was recalculated off of invalid Non filed documents. Case Records staff member ms myers refused to recalculate my time evin though I have NON filed NoN ordered court documents in my committment package I vehemintly denied this NoN-Activity on my behalf. A violation of title [illegible]

### DECISION

☑ Appeal Granted

☐ Appeal Denied

If you are dissatisfied with your Computation Review Hearing Decision you may request a Third-Level Review.

### PANEL HEARING CASE

| HEARING PERSON | | TITLE |
|---|---|---|
| C. Myser | | C.C.R.M. |
| INMATE/PAROLEE | CDC NUMBER | INST/REGION | HEARING DATE |
| [signature] | C-52068 | CAL | 9/27/2007 |

DISTRIBUTION: ORIGINAL — CENTRAL FILE
COPY — INMATE/PAROLEE

26

## Exibit 5

Several Days After my Hearing they) C.D.C., still tells me "to wait" for Riverside copy." I still wait. I Am illegally confined.

To ask for another copy concedes the 1st are in Error, there fore C.D.C. can not calculate my term as they have been for 24 yrs in Error

I have No Time)" documents Exibit one" has no filed stamp it's forged. The Namos dont match Exibit 2 : No record of November 16 1982 in any ledger or docket. can or will ever be found. It didnt happen.

27.

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date  :  OCT 10 2007

To    :   Inmate BROWN
          CDCR #C52068
          Calipatria State Prison

Subject:  **SECOND LEVEL APPEAL RESPONSE**
          **LOG NO: CAL-B-07-01393**

ISSUE:   It is the appellant's position that the California Department of Corrections and Rehabilitation (CDCR) has illegally confined him since 1982.   In addition, appellant is requesting a Computation Review Hearing be conducted.

The appellant requests on appeal that Riverside County Superior Court be contacted regarding case #CR19235 and a legal/certified stamped "Filed" Abstract of Judgment (AOJ) and Minute Order be requested.

INTERVIEWED BY:  V. Myers, Correctional Case Records Manager, on September 27, 2007.

REGULATIONS:  The rules governing this issue are:  Department Operations Manual Section 4100.30.1 and California Code of Regulations, Title 15, Section 3084.7(h).

DISCUSSION:   A review of the appellant's Central File (C-File) was conducted and the following is noted:  The amended AOJ located in your C-File on Case #CR19235 has the original signature and court seal.  Your sentencing documents will remain as is unless the court advises CDCR of any changes.   Calipatria State Prison Records Department has requested a certified copy of Riverside County Case #CR19235 AOJ and Minute Order.

Per AOJ and Minute Order from Riverside County Case #CR19235, sentencing documents have been calculated per Calculation Worksheet for PC Section 2933/2933.3 (Work Incentive) (CDC 1897D).  A Computation Review Hearing was conducted and inmate was provided with a copy of the Computation Review Hearing Decision (CDC 1033).

DECISION:  The appeal is Granted at the Second Level.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

T. OCHOA
Chief Deputy Warden
Calipatria State Prison

Attachment(s)

28

# Exibit 6

## Term Calculations    Discrepant
## No Enhancements

Simply Put, Petitioners term has been calculated off of invalid committment documents.

See Exibit 5

See Exibit 1

See Exibit 4

See Exibit 2 and 7

This Department is Collaterally Enstopped from fixing a term on Petitioner. Petitioner has "No time"

Petitioner has been Eligible for release since November 16 1982 The date his term was tampered with...

29.

To:    Norman Anthony Brown    CDC# C-52066

From:   C. Dahms/CCRS

RE:    Continuation of response to level 1 of inmate Appeal, CTF-N-06-01298, dated May 2, 2006. The
       Action you requested, signed and dated by you April 19, 2006 has a written response dated 06/06/06.

       Regarding your Exhibit, page 6, describes a discrepant enhancement of 62 years on the Legal Status
       Summary and you have noted that the Amended Abstract of Judgment does not reflect enhancement
       boxes being marked and therefore there should be no enhancements imposed.

       The court did not impose enhancements however the court did impose consecutive terms. The offender
       based information system ( O.B.I.S. ) is programmed to accept one principal count as the base term. In
       your case, count 3 is the base term of 7 years. All of the other consecutive counts must be placed into the
       enhancement field in O.B.I.S. in order for the total term to be entered into the system. That is why you see
       62 years in that space on the Legal Status Summary. There are no enhancements.

INMATE COPY

LEGAL STATUS SUMMARY  TYPE- D      LAC      ** DISCREPANT **    04/28/98 20:32

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| C52966 | BROWN,NORMAN,ANTHONY | BLA | 04/16/1963 |

| TERM STARTS | MAX REL DATE | MAX ADJ REL DT | CURRENT REL DT |
|---|---|---|---|
| 08/19/1982 | 05/06/2055 | 05/06/2050 | 10/12/2040 |

|  | PAROLE PERIOD |
|---|---|
| BASE TERM  7/00 + ENHCMNTS  62/00 = TOT TERM  69/00 | 3 YRS |

PRE-PRISON + POST SENTENCE CREDITS

| CASE | PC2900-5 | PC2305-3 | PC2900-1 | CRC-CRED | WK-CRED | P4019 | P2931 | POST-SENT | TOT |
|---|---|---|---|---|---|---|---|---|---|
| CR19235 | 261 |  |  |  | 130 |  |  | 8 | 399 |

REGISTRATION REQUIRED PER PC290
NOTIFICATION REQUIRED PER PC290.2
NOTIFICATION REQUIRED PER PC3058.6

| RECV DT/ COUNTY/ CNT | CASE OFF-CODE | SENTENCE DATE DESCRIPTION | | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|---|

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --

8/19/1982   RIV    CR19235     8/10/1982

| | | | | | |
|---|---|---|---|---|---|
| 03 PC288A(D) | ORAL COP/CONCERT | | | 1 | 10/13/1981 |
| 04 PC261(2) | RAPE/RESIST F/V | | CS | 1 | 10/13/1981 |
| 05 PC288A(D) | ORAL COP/CONCERT | | CS | 1 | 10/13/1981 |
| 06 PC261(2) | RAPE/RESIST F/V | | CS | 1 | 10/13/1981 |
| 07 PC261(2) | RAPE/RESIST F/V / | | CS | 1 | 10/13/1981 |
| 08 PC288A(D) | ORAL COP/CONCERT | | CS | 1 | 10/13/1981 |
| 09 PC288A(D) | ORAL COP/CONCERT | | CS | 1 | 10/13/1981 |
| 10 PC288A(D) | ORAL COP/CONCERT | | CS | 1 | 10/13/1981 |
| 11 PC288A(D) | ORAL COP/CONCERT | | CS | 1 | 10/13/1981 |
| 12 PC289 | RAPE FOREIGN OBJ | | CS | 1 | 10/13/1981 |

| WT/P WAIVER DATE | BEGINNING BALANCE | CREDIT APPLIED | TOTAL LOST | TOTAL RESTORED | NET TOTAL |
|---|---|---|---|---|---|
| 01/01/1985 | 3420 | 3876 | 601 | 121 | 3493 |

CREDITS AUTO VESTED PER PC-2934 :   71

| TRAN TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | VIOL CAT | DAYS |
|---|---|---|---|---|---|---|
| RCS | 02/01/1998 | 04/14/1996 | | | | 75 |

******* CONTINUED *******

31

LEGAL STATUS SUMMARY --CONTINUATION--    PAGE    2

CDC NUMBER    |    NAME
   C52066     |    BROWN,NORMAN,ANTHONY

TRAN
TYPE    DATE    END DATE LOG NUMBER    RULE    _____D A Y S_____
                                      NUMBER    ASSESS LOST REST DEAD

CON 12/20/1982              ******BEG BAL*******
ADD 08/19/1982              CR19235
ADD 08/19/1982              CR19235
ADD 08/19/1982              CR19235
ADD 08/19/1982              CR19235
   CURRENT PC BALANCE:    0           CURRENT BC BALANCE:    0

STD BALANCE = 192 AS OF 04/14/1998

PRD/MEPD IS 07/14/2019 BASED ON CREDIT APPLIED THRU 04/14/1998 AND WORK GROUP A1

*Intake*
*Audit*

32 -

**B07 01393**

STATE OF CALIFORNIA
**CALCULATION WORKSHEET**
**OBIS CREDIT CODE 1**
CDC 1897D (Rev. 11/02)

DEPARTMENT OF CORRECTIONS

## CALCULATION WORKSHEET FOR PC SECTION 2933/2933.3 (WORK INCENTIVE)

This form is used to calculate the Earliest Possible Release Date (ERPD) for inmates with: a) nonviolent offenses occurring on or after January 1, 1983; b) violent offenses occurring between January 1, 1983, and September 21, 1994; c) for inmates whose offense(s) occurred prior to January 1, 1983, and have signed a Penal Code (PC) Section 2934 waiver; and d) camp inmates who are eligible for two for one credit per PC Section 2933.3 effective January 2, 2003. PC Section 2933/2933.3 terms are entered into the Offender Based Information Systems (OBIS) as a Credit Code 1.

1. Start Date      8.1982

2. Plus (+) Time Imposed      + 69    = 8.19.2051

3. Minus (-) Preprison Credit (presentence, postsentence, and vested credit)   399+71    - 470

4. Plus (+) Dead Time/Minus (-) Meritorious Credit    +/- 0

5. Equals Maximum Date    = 5.6.2050

6. Minus (-) Work Credit Earned    7034

7. Plus (+) Net Credit Lost (credit lost minus credit restored)   1172 -121    + 1051

8. Equals Current Release Date (if current work group "C," calculation ends here, carry date forward to Line 14)    = 12.18.2033

9. Minus (-) Date Credit Applied Through (or last date of D2 if serving SHU term, or Start Date [Line 1] if Line 1 is a future date)    - 12506

10. Equals Days Remaining to Serve    = 9875

11. Equals Projected Credit (divide Line 10 based upon work group, round down)
[A1 divide by 2]   [A2, B, D1 divide by 3]
[F divide by 3 (do not round down), then multiply by 2 (round down)]    = 4937

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12. Current Release Date (Line 8)    12.18.2033

13. Minus (-) Projected Credit (Line 11)    - 4937

14. **Equals EPRD - Cannot Exceed Maximum Date (Line 5)**    = 6.12.2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15. Minus (-) Maximum Date (Line 5)    - _____

16. Equals Excess Credit Loss to Apply to Next Period Being Calculated*    = _____

*Mixed Credit Codes: when credit lost exceeds credit applied (EPRD is later than Maximum Date), subtract the Maximum Date from the ERPD which equals the days lost to apply to the next period being calculated.

| CALCULATED BY (Name and Title) Marina ORA | DATE 2.14.07 |
|---|---|
| INMATE'S NAME Brown | CDC NUMBER C82008 | LOCATION CAL |

33

Exibit 7

I am being DeNied

Access to courts

my sentencing court Refuses to
file or answer letters as to
what happened to my habeus corpus
transferred certified mail. from Sacramento

July 13 2007    They signed
for it.

Riverside

90 plus Days ago. A Default
commission. They Refuse to Act.

34.

```
┌─────────────────────────────┐
│         ENDORSED            │
│  ┌───────────────────────┐  │
│  │      JUL 1 0 2007      │  │
│  └───────────────────────┘  │
│   By B. Beddow, Deputy      │
└─────────────────────────────┘
```

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

In re

Norman Brown,                    No. 07F05269    Dept. 25

                                 ORDER TRANSFERRING
On Habeas Corpus.
                                 PETITION

_____/

    The petition of Norman Brown was construed as a petition for a writ of habeas corpus and was filed as habeas in this court on May 17, 2007.  It alleges that petitioner is being held under an invalid abstract of judgment. Good cause appearing,

    IT IS HEREBY ORDERED that the petition is transferred to the court of the county where petitioner was sentenced, the Superior Court in and for the County of Riverside, pursuant to Rule 4.552(b) of the California Rules of Court and *Griggs v. Superior Court* (1976) 16 Cal.3d 341.

    DATED:  July 10, 2007

                         RONALD W. TOCHTERMAN
                         _____
                         RONALD W. TOCHTERMAN
                         JUDGE OF THE SUPERIOR COURT

35.

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

*Superior Court of CA.
County of Riverside
4100 Main St Crim Division
Riverside, CA 9250*

*07F05269*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
*Samano*    7-13-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0000 4116 9775

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

*07F05269*

7005 1160 0000 4116 9775

Sent To
*Superior Court of CA. County of Riverside*
Street, Apt. No.;
or PO Box No. *4100 Main st Crim Division*
City, State, ZIP+4
*Riverside, CA 9250*

PS Form 3800, June 2002    See Reverse for Instructions

*36.*

Exibit  8

"THE UNSEEN HAND"

State Court and my issues

Do not stand in thier forum

Petitioner seeks Federal Relief


Hill v. Alaska 297 f3d 895 897

9th cir 2002


California Constitution Art VI, 10, I, 11

U.S. Constitution 6, 8, 14th amnd) Coleman V. Thompson (1991) 501 U.S.
Art I + 9                    722, 115 L Ed 2d 640 111 S ct 2546

Bill of Rights.    Petitioner asks for Immediate Release from custody
                   Any and All Relief seen fit.

                   I am illegally confined in the
                   Department of corrections.

Respectfully
submitted.    37.    NORMAN BROWN

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000
—

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

# Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

May 2, 2006

Mr. Norman Brown, C-52068
SB 239L CTS-North
P.O. Box 705
Soledad, CA 93960

Re:    **S142045 – In re Noman A. Brown on Habeas Corpus**

Dear Mr. Brown:

This letter serves as confirmation that your petition for review, received on March 20, 2006, has been filed. I regret to inform you that we have received confirmation from United Parcel Services that one of our boxes shipped from our office in Los Angeles to San Francisco has been lost. After the court received notification of the loss, we checked our records of all the petitions for review filed between March 20, 2006, and the date of shipment and, it has been determined that your petition for review was inside the box that was lost. The Court of Appeal record has been shipped to this office and the court has had the opportunity to review it; however, the court has directed me to request a copy of your petition for review.

We ask you to please send us your copy of the petition for review directly to our San Francisco office. We apologize for any inconvenience.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By:    Jorge E. Navarrete, Supervising Deputy Clerk

" <u>Exisit 9</u> "

## The <u>UNSEEN HAND</u>

How can this court

Pass upon Petitioner with

Two Abstracts of Judgements

( 94 days Apart ) <u>One Filed</u> and

<u>One Not filed</u>?

How can this Court Pass upon

an Abstract that was Authored on

thier watch?

see    Exisit 3    Bottom blocked
out

and    3(A) this court waived
Petitioners petition for Review rights
on Direct Appeal.

39.

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**


OCT 1 6 2007
COURT OF APPEAL FOURTH DISTRICT

In re NORMAN ANTHONY BROWN          E044239

on Habeas Corpus.          (Super.Ct.No. CR19235)

The County of Riverside

_____

THE COURT

The petition for writ of habeas corpus is DENIED.


_____ **GAUT** _____
Acting P.J.


cc:    See attached list




90.

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

### (C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Norman Brown _____ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE _____ Petitioner _____ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS October 18th DAY OF: October 20 07 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _____ Norm B _____

(DECLARANT/PRISONER)

---

## *PROOF OF SERVICE BY MAIL*

### (C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Norman Brown _____ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON October 18th 2007 I SERVED THE FOREGOING: Habeus Corpus _____

---

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

US. District court for the
Southern ~~Eastern~~ District
Federal office
Building
880 Front street suite 4290.
San Diego, CA. 92101-8900

Office of the Attorney General
110 "W" "A" st. suite 1100
P.O. Box 85266
**#1 San Diego CA 92186-5266
(Sent by court clerk) (copy)

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: October 18th 2007 _____ Norm B _____

(DECLARANT/PRISONER)

41.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

OCT 2 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Norman Brown

LE Scribner

**(b) COUNTY OF RESIDENCE OF FIRST LISTED** Imperial
**PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Norman Brown
PO Box 5004
Calipatria, CA 92233
C-52068

**ATTORNEYS (IF KNOWN)**

'07 CV 2079    JAH AJB

| **II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only) |
|---|---|

☐ 1 U.S. Government Plaintiff    ☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

## 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
DEMAND $
Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):    JUDGE _____ Docket Number _____

DATE    10/24/2007    SIGNATURE OF ATTORNEY OF RECORD    R. Mills