Norman Brown
_____
Petitioner

L. E. Scribner/Warden
_____
Respondent(s)

FILED
OCT 2 4 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

'07CV 2079    JAH AJB

I, __Norman Brown__, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓ No____
COPIES SENT TO
Court____ Prob____

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. __Non employed State Prisoner_____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐ Yes ☒ No

    b. Rent payments, interest or dividends? ☐ Yes ☒ No

    c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No

    d. Gifts or inheritances? ☐ Yes ☒ No

    e. Any other sources? ☐ Yes ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*

    ☐ Yes ☒ No

If the answer is yes, state the total value of the items owned: _____

_____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

12

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

If the answer is yes, describe the property and state its approximate value: _____

_____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

~~None~~

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on *October 19th 2007*

_____
Date

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____California State Prison_____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _____

_____

*October 18th 2007*

_____
Date

_____
Authorized Officer of Institution/Title of Officer