Norman Brown C-52068
C.S.P. CAL/B3·101
P.O. Box 5004
Calipatria, CA. 92233




United States District Court
Southern District of California

Norman Brown
    Petitioner
V.
L.E. Scribner
   respondant/warden

Case No: '07CV 2079 JAH AJB

Motion for Appointment and Declaration for Counsel

Petitioner Norman Brown moves the court for an order appointing counsel at public expense
   See Section 1915(d) 18 USC Section 3006 A

Counsel should be appointed because the issues in this case are particularly complex.
See Dillion v US (9th Cir 1962) 307 F2d.
  Hawkins v Bennett (8th Cir 1970) 423 F2d 948

(1.)

In this case Petitioner not only has a claim of an illegally calculated term and release date done by the Department of Corrections records. But done off of invalid committment documents, a view shared by a reviewing state judge from Sacramento.

The complexity mounts in determining the "how" of the fact that the Department accepted these NON filed documents and used them in addition to place, house and treat Petitioner against his liberty interests in numerous Prisons. (Maximum security Prisons.) Eighth Amendment complexity.

Petitioner asserts, a nexus has to be found as to when did Due Process which is mandated by the U.S. constitution begin and end. On the face of the Amended Abstract of Judgement simply "NO Filed Stamp" makes the document invalid.

No Enhancement boxes are marked, a consecutive term is the basis of some type of Enhancement. The Dept. reflects no Enhancements to Petitioners sentence so thier isnt a question as to whether that particular document was used.

(2)

complexity... There were crimes committed against Petitioner. Crimes of criminal as well as civil this can not be bypassed. A fake modification hearing during Direct Appeal. All names on all forged documents have to be investigated and an independant inquiry into each individuals culpability with respect to Petitioners civil liberty and freedom interests and concerns.

complexity. Petitioner has described just a few branches of the criminal and civil tree that this novel misscarriage of justice of Petitioner bespeaks of.

Petitioner in summarry and after twenty four plus years of dilligence lastly asks this magistrate to view Exibit 3 and Exibit 3N (Petitioners register of appeal). Petitioner has fought thru this shadow of State Government to reach this point. the forementioned court <u>bypassing me and my appellate counsel</u> in violation of state rules in place to help within my Direct Appeal. A Direct Appeal which is to take me to the highest state court The California Supreme Court on Direct Appeal.

The appeal court did not do that. They did not provide due process. A federal due process violation as well as a state constitutional one.

(3.)

Complexity. Do or did they know of the November 16 1982 modification of Judgement? Whether they did or not (the Appellate court) the construction of the sentence I'm presently serving now did not Reach the July 27 1983 forum in which that court made a ruling. In essence (Exisit 1) even though created during Direct appeal time frame it Did Not ever go thru the Direct Appeal Process, instead it was injected into Petitioners Prison file to be used in an aggravated manner.

Petitioner is illegally incarcerated no doubt.

None of Petitioners dilligent efforts for Freedom were fairly judged as the State is and was collatorally enstopped from judging a situation that they themselves created.

For these reasons and in the interests of Justice Petitioner request a federal counsel of the highest expertise and experience to unweave the tangled web of deception cleverly planned until the present time.

To be appointed by this Magistrate to represent Petitioner in all proceedings as Petitioner pursues the justice Denied

Respectfully Submitted

Declaration Next Page.

Date: October 18, 2007

(4)

Norman Brown

## Declaration

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Calipatria State Prison on October 18th 2007

*Norman B*
NORMAN BROWN

(5.)