# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

BY:_____ DEPUTY

FILED
2007 NOV 20 AM 11:58
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV -7 PM 2:15
FILED
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED
DEC 11 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

November 5, 2007

United States District Court
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA 92501

Re: Brown vs. Scribner, Case No. 07CV2079-JAH(AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:____J. PETERSEN_____
J. Petersen, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED
THIS DATE OF ___11/7/07___
AND ASSIGNED CASE NUMBER ED CV 07 - 01470 CBM (AN)

CLERK, U.S. DISTRICT COURT

By: ___J. Murray___, Deputy