ORIGINAL



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

FILED

08 JAN -7 PM 3: 22

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF

BY: ___

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

DEPUTY

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

December 26, 2007

Clerk, USDC, Southern District of California
4290 Edward J. Schwartz
United States Courthouse 940 Front Street
San Diego, CA 92101

Re:   Transfer of our Civil Case No.  ED CV 07-1470 CBM (AN)

Case Title:  Norman Brown v. L.E. Scribner

Dear Sir/Madam:

   An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By _Stephanie Whitbread_
     Deputy Clerk

cc:   All counsel of record

================================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: 07CV 2079 JAH (AJB)

Clerk, U.S. District Court

By _R Miller_
     Deputy Clerk

ENTER JS-6 "O"

FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I hereby attest and certify on 12/26/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| NORMAN BROWN, ) | Case No. EDCV 07-01470 CBM (AN) |
| Petitioner, ) | ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |
| v. ) | |
| L. E. SCRIBNER, Warden, ) | |
| Respondent. ) | |

On October 24, 2007, petitioner Norman Brown, a state prisoner proceeding in pro se, filed his pending habeas petition pursuant to 28 U.S.C. §2254 in the United States District Court for the Southern District of California. Subsequently, on November 7, 2007, the Southern District transferred the petition to this Court because it was apparently under the impression that the petition "attacks a judgment of conviction that was entered in the Riverside County Superior Court," which is within the Central District of California. (11/2/07 Order (JAH) at 1:25-28 (Docket No. 4).)

However, pursuant to the Court's duty to conduct a pre-service screening of habeas petitions,[1] this Court finds that it plainly appears from the face of the Petition that it is brought for the express purpose of attacking the execution of Petitioner's sentence,

---

[1] See Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.

1 | not his judgment of conviction or sentence itself.  Specifically, the Petition expressly
2 | states it constitutes Petitioner's attack or "first challenge" to the "calculation of
3 | [Petitioner's] release date."  (Petition, pages 1and 2.)  It also plainly appears from the
4 | face of the Petition that Petitioner is confined at the Calipatria State Prison in Imperial
5 | County, which is located within the Southern District of California.  *See* 28 U.S.C. §
6 | 84(d).

7 |      Venue for a habeas action is proper in either the district of confinement or the
8 | district of conviction.  *See* 28 U.S.C. §2241(d).  When a habeas petition attacks the
9 | petitioner's underlying judgment of conviction or sentence, the district court for the
10 | district in which the petitioner was convicted and sentenced is a more convenient forum
11 | because of the accessibility of evidence, records and witnesses.  Thus, it generally is the
12 | practice of the district courts in California to transfer habeas actions questioning state
13 | convictions/sentences to the district in which the petitioner was convicted and sentenced.
14 | *See Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

15 |      However, when as here, the petition is directed to the manner in which a sentence
16 | is being executed, the district of confinement is the preferable forum.  *See Dunn v.*
17 | *Henman*, 875 F.2d 244, 249 (9th Cir. 1989) (stating, in 28 U.S.C. § 2241 action, that
18 | "[t]he proper forum to challenge the execution of a sentence is the district where the
19 | prisoner is confined.");  *Russo v. Newland*, 2000 WL 194812, *1 (N.D. Cal.); *accord, In*
20 | *re Phelon*, 2002 WL 31618536, *1 (N.D. Cal.); *Thomas v. Hepburn*, 2001 WL 505916,
21 | *1 (N.D. Cal.); *McKnight v. Forman*, 1997 WL 50267, *1 (N.D. Cal.).

22 |      As discussed above, by his Petition, Petitioner expressly attacks the execution of
23 | his sentence, specifically, the California Department of Corrections's calculation of his
24 | release date, not his judgment of conviction or sentence itself.  The face of the Petition
25 | also establishes Petitioner is currently imprisoned within the Southern District of
26 | California.  Accordingly, the Court finds the proper forum is the Southern District of
27 | California since it is the judicial district of Petitioner's confinement.
28 | / / /

Page 2

1     Based upon the foregoing, the reference to the Magistrate Judge is vacated.

2     Further, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d), and in furtherance of the

3 interest of justice,

4     **IT IS ORDERED** that the Clerk of this Court transfer this matter back to the

5 United States District Court for the Southern District of California.

6     **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this

7 Order upon Petitioner and upon the California Attorney General.

10 DATED: _Dec. 14_ , 2007

                      CONSUELO B. MARSHALL
                      SENIOR DISTRICT JUDGE

13 Presented by:

16 Arthur Nakazato

17 United States Magistrate Judge

194, CLOSED, RELATED-DDJ

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CIVIL DOCKET FOR CASE #: 5:07-cv-01470-CBM-AN
### Internal Use Only

Norman Anthony Brown vs. L E Scribner
Assigned to: Judge Consuelo B. Marshall
Referred to: Magistrate Judge Arthur Nakazato
Related Case: 2:99-cv-09057-CBM-AN
Case in other court: USDC Southern District of California, 3:07-cv-2079-JAH-AJB
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 11/07/2007
Date Terminated: 12/18/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

## Petitioner

**Norman Anthony Brown**

represented by **Norman Anthony Brown**
CDC C-52068
California State Prison
PO Box 5004
Calipatria, CA 92233
PRO SE



I hereby attest and certify on 12/26/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1081

## Respondent

**L E Scribner**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2007 | 13 | ORDER by Judge Consuelo B. Marshall transferring case to Southern District of California. Presented by Magistrate Judge Arthur Nakazato. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (smi) (Entered: 12/21/2007) |
| 12/17/2007 | 12 | NOTICE OF DISCREPANCY AND ORDER: by Judge Arthur |

| | | |
|---|---|---|
| | | Nakazato, ORDERING Motion for committing County to Produce Documents of Commitment to State Prison of Petitioner submitted by Petitioner Norman Anthony Brown received on 12/11/07 is not to be filed but instead rejected. Denial based on: LR 11-4.1 No copy provided for Judge. Pre-service review of Petition is still pending. (smi) (Entered: 12/20/2007) |
| 12/17/2007 | 11 | NOTICE OF DISCREPANCY AND ORDER: by Judge Arthur Nakazato ORDERING Motion for Production of Documents submitted by Petitioner Norman Anthony Brown received on 12/11/07 is not to be filed but instead rejected. Denial based on: LR 11-4.1 No copy provided for Judge. Pre-service review of Petition pursuant to Habeas Rule 4 is pending. (smi) (Entered: 12/20/2007) |
| 12/02/2007 | | (Court only) FILING FEE of $5.00 PAID Re: Petition for Writ of Habeas Corpus (2254)[9] (mrgo) (Entered: 12/07/2007) |
| 11/07/2007 | | (Court only) ***Set Flag. (gg) (Entered: 11/16/2007) |
| 11/07/2007 | 10 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Consuelo B. Marshall and referred to Magistrate Judge Arthur Nakazato to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (gg) (Entered: 11/16/2007) |
| 11/07/2007 | 9 | Conformed copy of PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254). Case assigned to Judge Consuelo B. Marshall and referred to Magistrate Judge Arthur Nakazato. (Filing fee $5 due), filed by petitioner Norman Anthony Brown.(gg) Modified on 11/16/2007 (gg, ). (Entered: 11/16/2007) |
| 11/07/2007 | 8 | Conformed copy of Request to Proceed In Forma Pauperis, Declaration in Support, filed by petitioner Norman Anthony Brown. (gg) Modified on 11/16/2007 (gg, ). (Entered: 11/16/2007) |
| 11/07/2007 | 7 | Conformed copy of REQUEST for Appointment of Counsel and Declaration for Counsel, filed by petitioner Norman Anthony Brown. (gg) Modified on 11/16/2007 (gg, ). (Entered: |

| | | 11/16/2007) |
|---|---|---|
| 11/07/2007 | 🔵6 | Certified copy of 11/2/07 ORDER transferring case from USDC Southern District of CA to USDC Central District of CA, signed by U. S. District Judge John A. Houston. (gg) (Entered: 11/16/2007) |
| 11/07/2007 | 🔵 | ORIGINAL file, certified copy of transfer order and docket sheet received from USDC Southern District of CA; Case Number 3:07-cv-2079-JAH-AJB. Case assigned to Judge Consuelo B. Marshall; case referred to Magistrate Judge Arthur Nakazato, filed by petitioner Norman Anthony Brown.(gg) (Entered: 11/16/2007) |

ED CV 07-1470 CBM (AN)



MoneyGram
Money Orders
ACE CASH EXPRESS
INTERNATIONAL MONEY ORDER

75-53
919

11/28-07

5718495030
MONEY ORDER-0021

▶ PAY ONLY THIS AMOUNT ▶
**********5.00**

FIVE DOLLARS ****
00 CENTS **********
AUTHORIZED IN WORDS

PAY TO THE
ORDER OF/
PAGAR A LA
ORDEN DE  US District Court    (re Filing Fee)
Carole Brown James Howard

ADDRESS/
DIRECCION:

PURCHASER, SIGNER FOR DRAWER / COMPRADOR, FIRMA DEL LIBRADOR
PURCHASER, BY SIGNING YOU AGREE TO THE SERVICE CHARGE AND OTHER TERMS ON THE REVERSE SIDE

ISSUER/DRAWER:
MONEYGRAM PAYMENT SYSTEMS, INC.
Payable Through
WF National Bank
South Central
Faribault, MN

955172425825988I
190950037210900

⑈09⑈900533⑈57⑈ 849503061⑈ 90

5718495030б

CAROLE BROWN
8548 Aleksander Ct
SACRAmento CA
95828

US Court House (Eastern Division)
3470 12th St
Room 134
Riverside California
92501

SACRAMENTO CA 957
28 NOV 2007 PM 6 T

DEC - 7 2007

92501+3801

Docket
Filer
MJ
DJ
Fiscal

DOCKETED ON CM
DEC - 7 2007
BY

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ANTHONY BROWN<br><br>PETITIONER(S)<br><br>v.<br><br>L. E. SCRIBNER<br><br>RESPONDENT(S). | CASE NUMBER<br><br>EDCV 07-01470 CBM (AN)<br><br>**NOTICE OF REFERENCE TO A**<br>**UNITED STATES MAGISTRATE JUDGE**<br>**(Petition for Writ of Habeas Corpus)** |

Pursuant to General Order 07-02 , the within action has been assigned to the calendar of the Honorable  Consuelo B. Marshall                    , U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U. S. Magistrate Judge  Arthur Nakazato                         , who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include  a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change.  If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U. S. District Court

11/07/07
Date

By L. Murray
Deputy Clerk

DOCKETED ON CM

NOV 1 6 2007

BY _____ 193

10

NAME **NORMAN BROWN**

PRISON IDENTIFICATION/BOOKING NO. **C·52068**

ADDRESS OR PLACE OF CONFINEMENT

**C.S.P. CAL / B3.101**
**P.O. BOX 5004**
**CALIPATRIA CA 92233**

Note:  It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

**FILING FEE PAID**  2254 ✓ 1983
Yes ___ No ___

**IFP MOTION FILED**
Yes ___ No ___

**COPIES SENT TO**
Court ___ Pros ___

**FILED**
OCT 2 4 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**ED CV 07 - 01470 CBM (AN)**

CASE NUMBER:

**07CV 2079    JAH AJB**

**NORMAN ANTHONY BROWN**

FULL NAME (Include name under which you were convicted)

Petitioner,

v.

**L.E. SCRIBNER**

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CV _____ To be supplied by the Clerk of the United States District Court

First challenge to calculation of Release Date

☐ _____ AMENDED

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION  **Riverside County**
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(list by case number)  first challenge to calculation of
CV _____  Release Date
CV _____  Hill v. Alaska (9th cir 2002)

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.    When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

**DOCKETED ON CM**
NOV 16 2007
BY _____

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☒ other. _Calculation of release date / first challenge / Hill v. Alaska 297 f3d 895 897 (9th Cir 2002)_

## PETITION

1. Venue
   a. Place of detention _Calipatria State Prison_
   b. Place of conviction and sentence _Riverside County Superior court_

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: _207  288  211  261 (2)  289_
   _See abstract attached_

   b. Penal or other code section or sections: _____

   c. Case number: _CR-19235   Riverside County Superior court_
   d. Date of conviction: _7-7-82_
   e. Date of sentence: _8-10-1982_
   f. Length of sentence on each count: _69 yrs total_

   g. Plea *(check one)*:
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial *(check one)*:
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: _Please refer to record on appeal due to age of case._
   b. Grounds raised *(list each)*:
      (1) _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

CV-69 (04/05)                                                                 Page 2 of 10

2.

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.  Date of decision: _____

d.  Result _____

_____

4.  If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?   ☐ Yes   ☒ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a.  Case number: _____

b.  Grounds raised *(list each)*:

(1) _____

(2) _____

(3) _____

(4) _____

(5) _____

(6) _____

c.  Date of decision: _____

d.  Result _____

_____

5.  If you did not appeal:

a.  State your reasons _____

_____

_____

_____

b.  Did you seek permission to file a late appeal?   ☐ Yes   ☐ No

6.  Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☒ Yes   ☐ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

3.

a.  (1) Name of court: *See record on Appeal*

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?    ☐ Yes   ☒ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____ N/A _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

    (7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

c.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____ N/A _____

        (b) _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

4.

(c) _____
(d) _____
(e) _____
(f) _____

N/A

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?     ☐ Yes   ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:**  *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a. Ground one: Was Petitioners term and release date calculated off of a (valid "filed" amended abstract) sent to the Dept of corrections records reflecting a modification of

(1) Supporting FACTS: A modification of judgement of petitioners sentence Judgement was sent to the Dept. plus a copy of it's November 16 minutes of November 16 1982) It's minutes sent 11 yrs later to join the amended abstract dated November 16 1982 these documents reflect a modification hearing that never took place nore is it documented as an order of any court in this state. see Exibit 1 & 2

(2) Did you raise this claim on direct appeal to the California Court of Appeal?     ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes   ☐ No
(4) Did you raise this claim in a habeas petition to the California Supreme Court?     ☐ Yes   ☐ No
Failure to consider will result in fundamental miscarriage of justice.

b. Ground two: Can the Dept of corrections validly detain petitioner with committment documents that have no "filed stamp" or enhancements to sentence?

(1) Supporting FACTS: Upon reception of the amended abstract the Dept of corrections proceeded to knowingly or unknowingly violate petitioners rights by calculating, placing and subjecting petitioner to the term even though on the face of the document there is no "filed stamp" which makes it an order of a court.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?     ☐ Yes   ☐ No
(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

HAS AN AGENCY OR AGENT committed AN 8th amend violation and

c.  Ground three: Is there a Nexus Between the "reception" of NON filed Commitment Documents coming from AN entity and case records of Petitioner.

(1) Supporting FACTS: A Nexus has to be found - to discover who Accepted these documents and (where they come from) and how they moved the original Abstract out of the file. That policy has to be addressed as Petitioner term has been Altered by NON court ordered NON-filed documents, Subjecting Petitioner to 8th Amend violations

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

d.  Ground four: Has Petitioner been illegally incarcerated once his term was altered and recalculated soon after reception of these documents?

(1) Supporting FACTS: The November 16 1982 amended Abstract suggests full term consecutive terms to be served one after the Next. (this was stamped (November 16, 1982) at the bottom of document) at the least petitioners rights were Abridged from that date since there is No record of a hearing being held on that date.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

e.  Ground five: Can a modification of Judgement hearing be held when Petitioner is without counsel?

(1) Supporting FACTS: (see Exibit 3) this November 16 1982 hearing is not documented. It clearly happened when petitioners transcripts were in possession of a court clerk. Petitioners register of appeals intentionally blacked out by court clerks to disguise movements of Petitioners transcripts.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

8.  If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _I have been Denied Access to courts (see Exibit 7,8,9.) Petitioner is illegally confined in the Dept of corrections. federal constitution Art 1 & 9   Calif Const. Art II 10 Art 1 & 11_

9.  Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☐ Yes  ☐ No  _N/A This is A first challenge Term issue ._

If so, give the following information for each such petition (use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):

a.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each):

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

b.  (1) Name of court: _____

(2) Case number: _____

(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised (list each):

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

7.

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☒ Yes  ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _Riverside County Superior court_

(2) Case number: _07F05269 Dept 25 transferred from Sacramento_

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _see exibit_

(4) Grounds raised *(list each)*: Recieved 7-13-07 They have not answered my numerous letters about its filing?

(a)
(b)  Riverside courts refuse to answer it. I'm currently
(c)  at 90 plus days waiting to see if it's been
(d)  filed. they refuse to write me back to acknowledge
(e)  it's reception even though they recieved it certified
(f)  mail. (see attached exisite 7)

11. Are you presently represented by counsel?    ☐ Yes  ☒ No

If so, provide name, address and telephone number: _____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _October 18th 2007_

_Date_

_Signature of Petitioner_

## Prayer for Relief

After reviewing petitioners petition this honorable court should consider that petitioner only recently pieced together the artful deception used to attempt to make petitioner do "everyday of each consecutive sentence." each day, without the beniefit of any meaningful appeal ever. In addition, once the Department of corrections recieved the non stamped committment document with petitioners name on it, with the unsanctioned full term order, petitioner was "doomed" as there is, and still does not exist a gate keeping source in place to scrutinize such an act. The Department does not have the power or authority to change terms, just add them up. In essence any act or ommission simulated or otherwise coming across the fine line that seperates state court/county custody (into) the Department of corrections/detention is blurred and without

9.

definition. Surely Petitioners documents with no visual filed dated stamp should have been spotted. If it was there is no source in place for repairs. The injury-loss of liberty. Petitioner for 24 plus years has been illegally confined. Petitioner was sentenced a second time when that second abstract was drafted. Drafted at a time when petitioner had no counsel. Petitioner can not be resentenced, Petitioner can not be forced to continue a term not sanctioned or ordered by any court in the United States.

Petitioners liberty to be released should be granted immediatly with no sanctions. The state court system is in grave debt to petitioner, as actors painted this scenario that your panel " in the interest of Justice" was created for to render fair and equal Justice under the U.S. constitution. Petitioner asks for a full investigation into his issues as he has been detained for 24 plus years without due Process within the cells of the Department of corrections. In addition all state Judges in petitioners

frap 23

16.

Jurisdiction of his appeals did not or could not meaningfully give petitioner a fair adjudication of his appeals as thru <u>conflict of interest</u> they were "<u>collaterally enstopped</u>" as it is the state and state actors under the color of law who have caused this entire scenario. All the way up to a phony abstract drafted and sent to the responsible detainers of petitioner. The detainers of petitioner under no scrutiny continued this process. Even though it is visually no <u>filed</u> stamp on the commitment document. Can this change? It must. Question, how many other illegal detainees are in this department of corrections. Question, <u>Nexus</u>, How do these abstracts move out the old ones in central files of prisoners. Question, who moved petitioners old abstract or was there one in place at the time? <u>complexity</u>

Petitioner asks this magistrate for immediate release and a determination on record that petitioner has been illegally incarcerated at least since November 16 1982.

Respectfully submitted
Norman Brown
Norman B___

# Exibit 1

## Abstract of Judgement Amended November 16 1982

"No filed Stamp" as coming from an order of a court in this State.

No Enhancement Boxes checked yet full term consecutive term indicated.

Petitioners term has been calculated off of an un-filed illegal forged abstract of Judgement. NO Record of November 16 1982 Hearing exists.

14.

ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__

COURT I.D. 3 3

BRANCH ____

PEOPLE OF THE STATE OF CALIFORNIA
versus
DEFENDANT: NORMAN ANTHONY BROWN
AKA:

[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S)
CR-19235 -A
-B
-C
-D
-E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

[X] AMENDED ABSTRACT

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 08 10 82 | 14 | JOHN H. BARNARD | A. MILLER |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| K. SMITH | P. MAGERS | Wm. BARNETT | D. MOORE, JR. |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO DAY YEAR | CONVICTION BY JURY TRIAL / COURT TRIAL / PLEA | CONSEC | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|
| 1 | PC | 207 | KIDNAPPING | 81 | 07 07 82 | M | | 0 0 |
| 2 | PC | 211 | ROBBERY | 81 | 07 07 82 | M | X | 0 0 |
| 3 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | M | | (3) 0 |
| 4 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 07 82 | M | | 7 0 |
| 5 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 07 82 | M | | 7 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | 12022(b) | 12022.3(a) | 12022.3(b) | 12022.5 | 12022.6(a) | 12022.6(b) | 12022.7 | 12022.8 |
|---|---|---|---|---|---|---|---|---|---|
| | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I | C/F S I |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| — | — | — |
| — | — | — |

5. A. NUMBER OF PRIOR PRISON TERMS:

| | S | C/F | S | I |
|---|---|---|---|---|
| 667.5(a) | | — | — | — |
| 667.5(b) | | — | — | — |
| 667.6(b) | | — | — | — |

4. OTHER ORDERS: Stay to become permanent upon completion of other counts.

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| | S | C/F | S | I |
|---|---|---|---|---|
| 667.6(a) | | — | — | — |

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):

7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:   48 0

8. TOTAL TERM IMPOSED:

9. EXECUTION OF SENTENCE IMPOSED:   ➜   69 0

[X] A. AT INITIAL SENTENCING HEARING
[ ] B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL
[ ] C. AFTER REVOCATION OF PROBATION
[ ] D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

b. DATE SENTENCE PRONOUNCED:
MO 08  DAY 10  YEAR 82

CREDIT FOR TIME SPENT IN CUSTODY   TOTAL DAYS 391   INCLUDING:   ACTUAL LOCAL TIME 261   LOCAL CONDUCT CREDITS 130

STATE INSTITUTIONS
[ ] DMH   [ ] CDC

f. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): ____

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE   E. Jones

DATE   NOV 16 1982

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290   15

Pen.C. 1213.5.

EDITION   PINK COPY — COURT FILE.   YELLOW COPY — DEPARTMENT OF CORRECTIONS.   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __RIVERSIDE__
COURT I.D. _____  BRANCH _____

313|...|..|

PEOPLE OF THE STATE OF CALIFORNIA        versus

DEFENDANT: NORMAN ANTHONY BROWN

AKA: _____

| | | CASE NUMBER(S) |
|---|---|---|
| [X] | PRESENT | CR-19235 -A |
| [ ] | NOT PRESENT | -B |
| | | -C |
| | | -D |
| | | -E |

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT        [X] AMENDED ABSTRACT

DATE OF HEARING
(MO) (DAY) (YR)
08 10 82

DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | TERM (E_W_U) | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE FULL TERM | CONSECUTIVE NOT VIOLENT | INCOMPLETE SENTENCE | S/STAY | YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 7 | 0 |
| 7 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 7 | 0 |
| 8 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 7 | 0 |
| 9 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 7 | 0 |
| 10 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 7 | 0 |
| 11 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 7 | 0 |
| 12 | PC | 289 | PEN.W/FOREIGN OB | 81 | 07 | 07 | 82 | X | | M | | | | X | | | | 6 | 0 |
| | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | TOTAL | 48 | 0 |

ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | | | 12022(b) | | | 12022.3(a) | | | 12022.3(b) | | | 12022.5 | | | 12022.6(a) | | | 12022.6(b) | | | 12022.7 | | | 12022.8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: ➤ | TOTAL | 48 | 0

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must not be incorporated by reference.

Adopted by the
Council of California
1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A  16.

CRC (P)
Pen. C. 1213.5.

PINK COPY — COURT FILE.        YELLOW COPY — _____

# Exibit 2.

The Minutes to Exibit 1    Specifically states    Modification of Judgement

The Actual copy in    November 16 1982

Petitioners Prison central file:

(two sided copy.)

NON Filed: and Certified AS

true 11 yrs later on the back

" NO Record of this hearing Ever taking place "

( Two sided copy )

17.



18.



THIS MUST BE IN RED TO BE A
" CERTIFIED COPY"

each document to which this certificate
is attached is certified to be a full,
true and correct copy of the original
on file and of record in my office.

ARTHUR A. SIMS, CLERK Riverside
Superior Court, County of Riverside,
State of California

Dated: AUG 9 1993

Certification must be in red to be a
"CERTIFIED COPY"

## Exibit 3

### Petitioners Register of Appeal Minutes

None of this Activity

is Documented in Petitioners

Record of Appeal.

( A Crucial Sentencing issues hearing )
### Modification of Judgement

November 16 1982: Modification of Judgement

Hearing not stamped in

November 9th: Petitioners transcripts on appeal
were in clerks possession.

Petitioner was without Counsel.

Substitution of attorney complete 12-2-82.

Initiated and filed

pg.

# Fourth Appellate District, Div. Two

## RIVERSIDE County HON. JOHN H. BARNARD Judge

DIVISION TWO
Superior Court No. CR-19235 Notice of Appeal Filed: J-10-7-82

*(handwritten left margin: Register of Appeal, Abstract Amended Not Listed)*

| PEOPLE OF THE STATE OF CALIFORNIA | ATTORNEY GENERAL |
|---|---|
| Plaintiff and Respondent | 110 W. "A" St., Ste. 600 |
| | San Diego, Ca. 92101 |
| vs | |
| NORMAN ANTHONY BROWN | (In pro per) Riverside County Jail, |
| Defendant and Appellant | 11th and Orange, Riverside 92501 |
| Subst. | Edison P. McDaniels, 1566 N. "D" St |
| Atty. 12-2-82 | San Bernardino, Ca. 92405 |

| | | |
|---|---|---|
| OCT 20 1982 | REC'D COPY NOTICE OF APPEAL | SENT REQUEST FOR COUNSEL FORM |
| OCT 28 1982 | Rec'd copy of County Clerk's Amended Notice to Prepare Transcript on Appeal (to delete co-defendant), dated 10-26-82. | |
| NOV 9 1982 | FILED EXT OF TIME TO 1-10-83 (Reporter Katherine G. Smith) | |
| DEC 2 1982 | Filed subst. of attys. | |
| FEB 3 1983 | FILED RECORD ON APPEAL C -1- R -5- | |
| MAR 10 1983 | FILED COPY OF NOTICE RULE 17(a) | |
| MAR 18 1983 | FILED EXT OF TIME TO 4-17-83 AOB | |
| APR 29 1983 | FILED APPELLANTS OPENING BRIEF | |
| JUN 8 1983 | FILED EXT OF TIME TO 7-2-83 RB | |
| JUN 20 1983 | FILED RESPONDENTS BRIEF | |
| JUL 27 1983 | ORDER OF SUBMISSION | |
| JUL 27 1983 | BY THE COURT: Judgment affirmed (non-pub.) Rickles, J., We concur: Morris, P.J., McDaniel, J. | |
| SEP 30 1983 | REMITTITUR TO COUNTY CLERK | LIST NO. 30 BOX NO. 107 SRC NO. 531214 |
| JUN 27 1986 | ORIGINAL RECORD SHIPPED TO RECORD CENTER – | |

STATE RECORDS CENTER
1501 CEBRIAN STREET
WEST SACRAMENTO, CA 95691

26.

Exibit    3(A)    Letter to Petitioners
Mother    Dated: Oct 4, 1983

This reviewing appellate court
waived petitioners Direct appeal Rights
to Review to the California State
Supreme court) by Not Notifying Counsel
and Never Notifying petitioner of Affirmance
of Appeal. See Exibit 3  Register of appeal

Petitioners Remittitur was sent back to the
county clerk before petitioners Attorney even knew
of the Affirmance, Supreme court Review Waived,

✳ In Addittion, Petitioners term sheet, A.O.J
In the hands of the Dept of Corrections, the November
16, 1982 Authored version, Never made it to this
Register of Appeal list or to the Decision making forum
of July 27 1983. Petitioner is confined illegally.

21.

Edison P. McDaniels

ATTORNEY AND COUNSELLOR AT LAW

1566 NORTH "D" STREET

SAN BERNARDINO, CALIFORNIA 92405

(714) 885-3477

October 4, 1983

Mrs. Carol Brown
3248 Joel Drive
Riverside, California 92509

In re:  PEOPLE vs. BROWN
        Case No. 4 Crim 14717

Dear Mrs. Brown:

Enclosed is a copy of the decision in the above
matter from the Fourth District Court of Appeals.

Please note that despite the date on this decision,
we only found out about it today, at which time I went
down to the Court personally and picked it up.

Very truly yours,

Edison P. McDaniels
Attorney at Law

EPM:jm
Encl.

cc:  Mr. Norman Brown
     Post Office Box C-52068
     Tamal, California 94974

22.

# Exibit 4

Petitioner won. his 602

Administrative Appeal (october 10, 2007)

C.D.C. says they cant do anything
the courts have to. I told them I have
"After recalculation" (No Time)

At Review hearing I (petitioner)
showed Case records manager V. Myers
Calipatria state prison) A copy of my
original August 12 1982 Abstract, she took
A copy, But said I still had to wait for
Riverside to send a copy. I still wait.
I still hold my copy. Dated Aug 12 1982.
The one in my file is a forged document
Dated Nov 16 82 at Bottom of document. see Exibit 1

23.

Exibit - 4(a) cont...

For C.D.C. (This prison)
to tell me to wait for requested
certified copies of Petitioners A.O.J
and it's minutes plainly proves prejudice
Espiecially so since they have already
used the Existing Documents against
Petitioner at Each prison that he has
been at. To request concedes
Prima Facie of discrepancy and Error
in Existing documents.
(the Error) "No Filed Stomp" As
coming from An order of A court
                                    Exibit 1

24.

RECEIVED CAL APPEALS JUL 24 2007

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED CAL APPEALS AUG 30 2007

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. CAL | B 07 01393 | 6 |
| 2. | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Norman Brown | C-52068 | Computer tech | B3 101 u |

A. Describe Problem: I have Discovered forged documents describing an illegal consecutive term which has been used to illegally confine me in the department of corrections since 1982. My abstract of Judgement located in my central file since 1982 "Does not have a "filed stamp" or date from an order from a court. see exibit attached.) the accompanying minutes from this modification of Judgement hearing also does not have a "filed" stamp, see petitioners central file These documents were fraudulently submitted in violation of petitioners Civil Rights

If you need more space, attach one additional sheet.

B. Action Requested: For this warden at california __ vision to contact Riverside superior court. Petitioner "does" have a filed case (July 10 2007 case# 07 05269 Dept 25) this Petition transferred from sacramento superior ct. (Habeas corpus) (Petitioner is not legally committed in the Dept.) His petition is in Riverside waiting for adjudication (CCR 3273)

Inmate/Parolee Signature: Norman Brown     Date Submitted: July 22, 2007

C. INFORMAL LEVEL (Date Received: _____ ).

Staff Response: Petitioner Asks to be taken out of the state system. and the Attorney General notified of this:

Staff Signature: _____    Date Returned to Inmate: _____

CSP-CAL BYPASS

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Complete CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

CAL
B 07 01393

SCREENED OUT    AUG 24 2007    25

03401393

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☒ Other————    CAL
                                                           CANCELLED        AUG 24 2007
                                                           SEP 05 2007
E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: JUL 25 2007    Due Date: 9/5/07 10/15/07

Interviewed by: _____

_____
_____
_____
_____

CSP CAL BYPASS

_____

Staff Signature: _____    Date Completed: _____
Division Head Approved: _____    Returned _____
Signature: _____    Title: _____    Date to Inmate: _____

RECEIVED CAL APPEALS AUG 30 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Haywood v. Younger 769 F2d 1350 (1985) I am being denied liberty and Due process without a hearing. Even though I've submitted an order of a superior court Judge that I have made a showing that my abstract of Judgement is invalid. I submitted the Exibit to the A/W 15 days prior to being denied a hearing — see Attached pages and Exibit

Signature: Norm B    Date Submitted: 8/28/07

Second Level    ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: SEP 28 2007    Due Date: 10/29/07
☐ See Attached Letter

G. J. JANDA, AW-A/B

Signature: _____    OCT 10 2007    Date Completed: _____

T. OCHOA, CDW

Warden/Superintendent Signature: _____    Date Returned to Inmate: OCT 10 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)    Date: _____

STATE OF CALIFORNIA
CDC 1033 (8/88)

DEPARTMENT OF CORRECTIONS

## COMPUTATION REVIEW HEARING DECISION

### DOCUMENTS REVIEWED

☐ Sentencing Transcript

☑ Abstracts of Judgment/Minute Orders

☐ POR

☐ Time Cards/Classification Chronos

☑ OBIS Printout

☑ Central File

☐ Other _____

### REASONS/COMMENTS

9/27/2007

I recieved a Haygood Hearing my time was recalculated off of invalid Non filed documents. Case Records staff member Ms myers refused to recalculate my time even though I have NON filed Non ordered court documents in my committment package I vehemently denied this Non-activity on my behalf Invidation of filed in zozal

### DECISION

☑ Appeal Granted

☐ Appeal Denied

If you are dissatisfied with your Computation Review Hearing Decision you may request a Third-Level Review.

### PANEL HEARING CASE

| HEARING PERSON | | TITLE |
|---|---|---|
| D. Myer | | CCRM |
| INMATE/PAROLEE | CDC NUMBER | INST/REGION | HEARING DATE |
| Ivon B | C-52068 | CAL | 7/31/2007 |

DISTRIBUTION:  ORIGINAL —   CENTRAL FILE
                      COPY —   INMATE/PAROLEE

26

## Exibit 5

Several Days After my Hearing
they) C.D.C., still tells me "to wait"
for Riversides copy." I still wait.
I am illegally confined.
To ask for another copy concedes
the 1st are in Error, there fore
C.D.C. can not calculate my term
as they have been for 24 yrs in Error
I have No Time)" documents Exibit
one" has no filed stamp it's forged. The
names dont match Exibit 2 : No record
of November 16 1982 in any ledger or docket.
can or will ever be found. It didnt happen.

27.

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date : OCT 10 2007

To : Inmate BROWN
CDCR #C52068
Calipatria State Prison

Subject: **SECOND LEVEL APPEAL RESPONSE**
**LOG NO: CAL-B-07-01393**

ISSUE: It is the appellant's position that the California Department of Corrections and Rehabilitation (CDCR) has illegally confined him since 1982. In addition, appellant is requesting a Computation Review Hearing be conducted.

The appellant requests on appeal that Riverside County Superior Court be contacted regarding case #CR19235 and a legal/certified stamped "Filed" Abstract of Judgment (AOJ) and Minute Order be requested.

INTERVIEWED BY: V. Myers, Correctional Case Records Manager, on September 27, 2007.

REGULATIONS: The rules governing this issue are: Department Operations Manual Section 4100.30.1 and California Code of Regulations, Title 15, Section 3084.7(h).

DISCUSSION: A review of the appellant's Central File (C-File) was conducted and the following is noted: The amended AOJ located in your C-File on Case #CR19235 has the original signature and court seal. Your sentencing documents will remain as is unless the court advises CDCR of any changes. Calipatria State Prison Records Department has requested a certified copy of Riverside County Case #CR19235 AOJ and Minute Order.

Per AOJ and Minute Order from Riverside County Case #CR19235, sentencing documents have been calculated per Calculation Worksheet for PC Section 2933/2933.3 (Work Incentive) (CDC 1897D). A Computation Review Hearing was conducted and inmate was provided with a copy of the Computation Review Hearing Decision (CDC 1033).

DECISION: The appeal is Granted at the Second Level.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

T. OCHOA
Chief Deputy Warden
Calipatria State Prison

Attachment(s)

# Exibit 6

## Term Calculations    Discrepant
### NO ENHANcementos

Simply Put, Petitioners term has been calculated off of invalid committment documents.

see Exibit 5

see Exibit 1

see Exibit 4

see Exibit 2 and 7

This Department is Collaterally Enstopped from fixing a term on Petitioner. Petitioner has "No time"

Petitioner has been Eligible for release since November 16 1982 The date his term was tampered with...

29.

To:     Norman Anthony Brown    CDC# C-52066

From:   C. Dahms/CCRS

RE:     Continuation of response to level 1 of inmate Appeal, CTF-N-06-01298, dated May 2, 2006. The
        Action you requested, signed and dated by you April 19, 2006 has a written response dated 06/06/06.


        Regarding your Exhibit,  page 6, describes a discrepant enhancement of 62 years on the Legal Status
        Summary and you have noted that the Amended Abstract of Judgment does not reflect enhancement
        boxes being marked and therefore there should be no enhancements imposed.

        The court did not impose enhancements however the court did impose consecutive terms.  The offender
        based information system ( O.B.I.S. ) is programmed to accept one principal count as the base term.  In
        your case, count 3 is the base term of 7 years.  All of the other consecutive counts must be placed into the
        enhancement field in O.B.I.S. in order for the total term to be entered into the system.  That is why you see
        62 years in that space on the Legal Status Summary.  There are no enhancements.

36

**INMATE COPY**

LEGAL STATUS SUMMARY   TYPE-  D      LAC      ** DISCREPANT **   04/26/98  20:3

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| C52068 | BROWN,NORMAN,ANTHONY | BLA | 04/16/1983 |

| TERM STARTS | MAX REL DATE | MAX ADJ REL DT | CURRENT REL DT |
|---|---|---|---|
| 08/19/1982 | 05/06/2050 | 05/06/2050 | 10/12/2040 |

|  | PAROLE PERIOD |
|---|---|
| BASE TERM  7/00 + ENHCMNTS  62/00 = TOT TERM  69/00 | 3 YRS |

PRE-PRISON + POST SENTENCE CREDITS
CASE    PC2900-5 PC2205-3 PC2930-1 CRC-CRED MH-CRED P4019   PC2931 POST-SENT  TOT

| CR19235 | 261 |  |  | 130 | 8 | 399 |
|---|---|---|---|---|---|---|

REGISTRATION REQUIRED PER PC290
NOTIFICATION REQUIRED PER PC290.2
NOTIFICATION REQUIRED PER PC3058.6

| RECV DT/ COUNTY/ | CASE | SENTENCE DATE | CREDIT | OFFENSE |
|---|---|---|---|---|
| CNT    OFF-CODE | DESCRIPTION |  | CODE | DATE |

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

-- CONTROLLING CASE --
  8/19/1982  RIV   CR19235     8/10/1982

| 03 PC288A(D) | ORAL COP/CONCERT |  | 1 | 10/13/1981 |
| 04 PC261(2) | RAPE/RESIST F/V | CS | 1 | 10/13/1981 |
| 05 PC288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 06 PC261(2) | RAPE/RESIST F/V | CS | 1 | 10/13/1981 |
| 07 PC261(2) | RAPE/RESIST F/V | CS | 1 | 10/13/1981 |
| 08 PC288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 09 PC288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 10 PC288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 11 PC288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 12 PC289 | RAPE FOREIGN OBJ | CS | 1 | 10/13/1981 |

| WTTP WAIVER | BEGINNING | CREDIT | TOTAL | TOTAL | NET |
|---|---|---|---|---|---|
| DATE | BALANCE | APPLIED | LOST | RESTORED | TOTAL |
| 01/01/1983 | 3420 | 3873 | 601 | 121 | 3493 |

CREDITS AUTO VESTED PER PC-2934 :   71

| TRAN |  |  |  | RULE | VIOL |  |
|---|---|---|---|---|---|---|
| TYPE | DATE | END DATE | LOG NUMBER | NUMBER | CAT | DAYS |
| CCG | 02/01/1998 | 04/14/1996 |  |  |  | 73 |

       ******* CONTINUED *******      31

LEGAL STATUS SUMMARY --CONTINUATION--   PAGE   2

| CDC NUMBER | NAME |
|---|---|
| C52066 | BROWN,NORMAN,ANTHONY |

| TRAN | | | | RULE | _____D A Y S_____ |
|---|---|---|---|---|---|
| TYPE | DATE | END DATE | LOG NUMBER | NUMBER | ASSESS LOST REST DEAD |

```
CON 12/20/1982            ******BEG BAL*******
ADD 08/19/1982            CR19235
ADD 08/19/1982            CR19235
ADD 08/19/1982            CR19235
ADD 08/19/1982            CR19235
    CURRENT PC BALANCE:      0            CURRENT EC BALANCE:      0
```

STO BALANCE = 192 AS OF 04/14/1998

PRD/MEPD IS 07/14/2018 BASED ON CREDIT APPLIED THRU 04/14/1998 AND WORK GROUP A1

*Intake*
*Audit*

32 -

**B 07 01 3 9 3**

STATE OF CALIFORNIA
**CALCULATION WORKSHEET**
**OBIS CREDIT CODE 1**
CDC 1897D (Rev. 11/02)

DEPARTMENT OF CORRECTIONS

## CALCULATION WORKSHEET FOR PC SECTION 2933/2933.3 (WORK INCENTIVE)

This form is used to calculate the Earliest Possible Release Date (ERPD) for inmates with: a) nonviolent offenses occurring on or after January 1, 1983; b) violent offenses occurring between January 1, 1983, and September 21, 1994; c) for inmates whose offense(s) occurred prior to January 1, 1983, and have signed a Penal Code (PC) Section 2934 waiver; and d) camp inmates who are eligible for two for one credit per PC Section 2933.3 effective January 2, 2003.  PC Section 2933/2933.3 terms are entered into the Offender Based Information Systems (OBIS) as a Credit Code 1.

1. Start Date                                          8.1982

2. Plus (+) Time Imposed                    +    69
                                                    =    8.19.2051

3. Minus (-) Preprison Credit (presentence, postsentence, and vested credit)    399+71    -    470

4. Plus (+) Dead Time/Minus (-) Meritorious Credit    +/-    0

5. Equals Maximum Date                    =    5.6.2050

6. Minus (-) Work Credit Earned                    7034

7. Plus (+) Net Credit Lost (credit lost minus credit restored)    1172 -12l    +    1052

8. Equals Current Release Date (if current work group "C", calculation ends here,
   carry date forward to Line 14)           =    12.18.2033

9. Minus (-) Date Credit Applied Through (or last date of D2 if serving SHU term, or
   Start Date [Line 1] if  Line 1 is a future date)    -    12506

10. Equals Days Remaining to Serve                    9875

11. Equals Projected Credit (divide Line 10 based upon work group, round down)    =    4937
    [A1 divide by 2]    [A2, B, D1 divide by 3]
    [F divide by 3 (do not round down), then multiply by 2 (round down)]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

12. Current Release Date (Line 8)                    12.18.2033

13. Minus (-) Projected Credit (Line 11)          -    4937

14. Equals EPRD - Cannot Exceed Maximum Date (Line 5)    =    6.12.2020

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15. Minus (-) Maximum Date (Line 5)               -

16. Equals Excess Credit Loss to Apply to Next Period Being Calculated*    =

*Mixed Credit Codes: when credit lost exceeds credit applied (EPRD is later than Maximum Date), subtract the Maximum Date from the ERPD which equals the days lost to apply to the next period being calculated.

| CALCULATED BY (Name and Title)    Manuwa DRA | DATE    2.14.07 |
|---|---|
| INMATE'S NAME    Brown | CDC NUMBER    C02008 | LOCATION    CAL |

33

Exibit 7

I am being Denied

Access to courts

my sentencing court Refuses to
file or answer letters as to
what happened to my habeus corpus
transferred certified mail. from sacramento
July 13 2007         They signed
                         for it.
                        Riverside

90 plus Days ago. A Default
commission. They Refuse to Act.

34.

ENDORSED

JUL 1 0 2007

By B. Beddow, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

In re

Norman Brown,

On Habeas Corpus.

No. 07F05269    Dept. 25

ORDER TRANSFERRING

PETITION

_____/

The petition of Norman Brown was construed as a petition for a writ of habeas corpus and was filed as habeas in this court on May 17, 2007. It alleges that petitioner is being held under an invalid abstract of judgment. Good cause appearing,

IT IS HEREBY ORDERED that the petition is transferred to the court of the county where petitioner was sentenced, the Superior Court in and for the County of Riverside, pursuant to Rule 4.552(b) of the California Rules of Court and *Griggs v. Superior Court* (1976) 16 Cal.3d 341.

DATED:  July 10, 2007

RONALD W. TOCHTERMAN

_____
RONALD W. TOCHTERMAN
JUDGE OF THE SUPERIOR COURT

35.



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Samano   7-13-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

1. Article Addressed to:

Superior Court of CA.
County of Riverside
4100 Main St   Crim Division
Riverside, CA 92501

07F05269

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1160 0000 4116 9775

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1640

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

07F05269

Sent To
Superior Court of CA.  County of Riverside
Street, Apt. No.;
or PO Box No. 4100 Main St   Crim Division
City, State, ZIP+4
Riverside, CA 92501

PS Form 3800, June 2002     See Reverse for Instructions

7005 1160 0000 4116 9775

36,

EXisT 8

"THE UNSEEN HAND"

State Court and my issues

Do not stand in thier forum

Petitioner seeks federal Relief

Hill v. Alaska 297 f3d 895 897

9th cir 2002

California Constitution Art VI, 10, I, 11

U.S. Constitution 6, 8, 14th amend) Coleman v. Thompson (1991) 501 U.S.
                        Art I + 9        722, 115 L Ed 2d 640 111 S ct 2546

Bill of Rights .     Petitioner Asks for Immediate Release from custody
                     Any and All Relief seen fit.

                     I am illegally confined in the
                     Department of corrections .

Respectfully
submitted .        37.     NORMON BROWN

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO
—

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES



☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000
—

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

## Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

May 2, 2006

Mr. Norman Brown, C-52068
SB 239L CTS-North
P.O. Box 705
Soledad, CA  93960

Re:    S142045 – In re Noman A. Brown on Habeas Corpus

Dear Mr. Brown:

This letter serves as confirmation that your petition for review, received on March 20, 2006, has been filed.  I regret to inform you that we have received confirmation from United Parcel Services that one of our boxes shipped from our office in Los Angeles to San Francisco has been lost.  After the court received notification of the loss, we checked our records of all the petitions for review filed between March 20, 2006, and the date of shipment and, it has been determined that your petition for review was inside the box that was lost.  The Court of Appeal record has been shipped to this office and the court has had the opportunity to review it; however, the court has directed me to request a copy of your petition for review.

We ask you to please send us your copy of the petition for review directly to our San Francisco office.  We apologize for any inconvenience.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By:  Jorge E. Navarrete, Supervising Deputy Clerk

38

"<u>Exisit</u> 9"

<u>The UNSEON HAND</u>

How can this court

PASS upon Petitioner with

Two Abstracts of Judgements

( 94 days apart ) <u>one Filed</u> and

<u>one Not Filed</u> ?

How can this court PASS upon

an Abstract that was Authored on

thier watch ?

see    Exisit  3    Bottom blacked
out

and    3(A) this court waived

Petitioners petition for Review rights

on Direct Appeal.

39.

COURT OF APPEAL -- STATE OF CALIFORNIA
FOURTH DISTRICT
DIVISION TWO

**ORDER**



OCT 1 6 2007

COURT OF APPEAL FOURTH DISTRICT

In re NORMAN ANTHONY BROWN     E044239

   on Habeas Corpus.     (Super.Ct.No. CR19235)

                             The County of Riverside

_____

THE COURT

    The petition for writ of habeas corpus is DENIED.


                                    **GAUT**_____
                                          Acting P.J.


cc:    See attached list

90.



MAILING LIST FOR CASE: E044239
In re Norman Brown on Habeas Corpus.

-

Superior Court Clerk
Riverside County
P.O. Box 431 - Appeals
Riverside, CA 92502

-

Norman Anthony Brown
CDC:C52068
Calipatria State Prison
P.O. Box 5004, B3-101
Calipatria, CA 92233

-

Office of the State Attorney General
P.O. Box 85266
San Diego CA 92186-5266

-

District Attorney
County of Riverside
4075 Main Street
Riverside, CA 92501

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Norman Brown _____ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE _____ Petitioner _____ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS October 18th ___ DAY OF: October _____ 20 07 AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _Norm B_____

(DECLARANT/PRISONER)

---

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, Norman Brown ___ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002.
CALIPATRIA, CALIFORNIA #92233-5002.

ON October 18th 2007 I SERVED THE FOREGOING: Habeus Corpus

### *(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)*

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S. District court for the
Southern ~~Central~~ District
Federal office
Building
880 front street suite 4290
San Diego, CA. 92101-8900

Office of the Attorney General
110 "W" "A" st. suite 1100
P.O. Box 85266
★ # San Diego CA    92186-5266
(sent by court clerk)(copy)

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: October 18th 2007 _____ Norm B_____

(DECLARANT/PRISONER)

41.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

**FILED**

**OCT 24 2007**

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Norman Brown**

FILING FEE PAID
Yes ☐  No ☐
HP MOTION FILED
Yes ☐
COPIES SENT TO

LE Scr__

**(b) COUNTY OF RESIDENCE OF FIRST LISTED   Imperial
PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Norman Brown
PO Box 5004
Calipatria, CA 92233
C-52068**

ATTORNEYS (IF KNOWN)

**'07 CV 2079   JAH AJB**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
(For Diversity Cases Only) **FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | DEMAND $ | Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | | Docket Number |
|---|---|---|---|

| DATE  10/24/2007 | SIGNATURE OF ATTORNEY OF RECORD  R. Mills |
|---|---|

LODGED

FILED

2007 NOV -7 PM 2:10
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ED CV 07 - 01470

| | |
|---|---|
| NORMAN BROWN,<br><br>                              Petitioner,<br><br>          vs.<br><br>L. E. SCRIBNER, Warden,<br><br>                              Respondent. | Civil No.   07-2079  JAH (AJB)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION** |

Petitioner is a state prisoner proceeding pro se with a habeas corpus action filed pursuant to 28 U.S.C. § 2254 along with an application to proceed in forma pauperis and a motion for appointment of counsel. Upon reviewing the petition, the Court finds that this case should be transferred in the interest of justice. Therefore, the Court shall not rule on Petitioner's in forma pauperis status or the motion for appointment of counsel.

A petition for writ of habeas corpus may be filed in the United States District Court of either the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. *See* 28 U.S.C. § 2241(d); *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 497 (1973). The application in the present matter attacks a judgment of conviction that was entered in the Riverside County Superior Court, which is within the jurisdictional boundaries of the United States District Court for the Central District of California, Eastern Division. 28 U.S.C. § 84(c)(1). Petitioner is presently confined at Calipatria

DOCKETED ON CM

NOV 1 6 2007

BY _____

1   State Prison in Calipatria, California, located in Imperial County, which is within the

2   jurisdictional boundaries of the United States District Court for the Southern District of

3   California. 28 U.S.C. § 84(d). Thus, jurisdiction exists in both the Central and Southern

4   Districts.

5        When a habeas petitioner is challenging a judgment of conviction, the district court of the

6   district in which the judgment of conviction was entered is a more convenient forum because of

7   the accessibility of evidence, records and witnesses. Thus, it is generally the practice of the

8   district courts in California to transfer habeas actions questioning judgments of conviction to the

9   district in which the judgment was entered. Any and all records, witnesses and evidence

10  necessary for the resolution of Petitioner's contentions are available in Riverside County. *See*

11  *Braden*, 410 U.S. at 497, 499 n.15 (stating that a court can, of course, transfer habeas cases to

12  the district of conviction which is ordinarily a more convenient forum); *Laue v. Nelson*, 279

13  F. Supp. 265, 266 (N.D. Cal. 1968).

14       Therefore, in the furtherance of justice, **IT IS ORDERED** that the Clerk of this Court

15  transfer this matter to the United States District Court for the Central District of California,

16  Eastern Division. *See* 28 U.S.C. § 2241(d). **IT IS FURTHER ORDERED** that the Clerk of

17  this Court serve a copy of this Order upon Petitioner and upon the California Attorney General.

18

19  DATED: November 2, 2007

20

21                              JOHN A. HOUSTON
                                United States District Judge
22

23

24

25  I hereby attest and certify on ___11-5-07___
    That the foregoing document is a full, true and correct
26  copy of the original on file in my office and in my legal
    custody.
27              CLERK, U.S. DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
28
    By_____Deputy

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court



November 5, 2007

United States District Court
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA   92501

Re: Brown vs. Scribner, Case No. 07CV2079-JAH(AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:
J. Petersen , Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF     NOV - 7 2007
AND ASSIGNED CASE NUMBER  ED  CV  07  -  01470 CBM  (AN)

CLERK, U.S. DISTRICT COURT

By:     L. MURRAY                    , Deputy



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

November 7, 2007

Norman Brown C-52068
C.S.P. CAL/B3-101
P.O. Box 5004
Calipatria, California 92233

Re:    Petition for Writ of Habeas Corpus by a Person in ☐ Federal Custody / ☒ State Custody

Formerly No. _07-2079 JAH (AJB)_____ ,

in the U.S. District Court., _Southern_____ District of _California_____

Assigned Civil No. _EDCV 07-01470 CBM (AN)___ in the U.S. District Court, Central District of California

Dear Sir/Madam:

The above case has been transferred to this District and assigned the number shown above.  Please refer to this number in all future communications and address all correspondence to the attention of:

☐   Courtroom Deputy Clerk for Judge _____
☒   Courtroom Deputy Clerk for Magistrate Judge _Arthur Nakazato_____

Under Local Court Rule 11-4.1, all documents in this Court are filed original plus one unexecuted copy, which must be clear and legible (the first carbon).  The copy is for use by the ☐ Judge / ☒ Magistrate Judge.

Local Court Rule 11 has many requirements as to form of documents.  A copy thereof is enclosed to assist you in your action now before this Court.

Local Court Rule 41-6 requires that a party proceeding pro se shall keep the Court and opposing counsel apprised of such party's current address.  If mail directed by the clerk to such address of record is returned undelivered by the Post Office, and if such pro se party fails to notify, in writing, the Court and opposing parties within fifteen (15) days thereafter of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By _L. Murray_____
Deputy Clerk

Enclosures: Copy of Local Rules 5, 7, 26-37, and 41

CV-38 (10/01)                    LETTER RE HABEAS CORPUS TRANSFER-IN



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

Wednesday, November 07, 2007

NORMAN BROWN #C-52068
C.S.P. CAL/B3-101
P.O. BOX 5004
CALIPATRIA, CALIFORNIA 92233

Dear Sir/Madam:

Your petition has been filed and assigned civil case number    EDCV07- 1470 CBM (AN)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

[ ] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

[ ] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

[ ] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

[ ] (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

[ ] (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

LMURRAY

By: _____

Deputy Clerk

CV-111 (07/06)          **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**

CLOSED, HABEAS

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02079-JAH-AJB
### Internal Use Only

Brown v. Scribner
Assigned to: Judge John A. Houston
Referred to: Magistrate Judge Anthony J. Battaglia
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/24/2007
Date Terminated: 11/02/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Norman Brown**

represented by **Norman Brown**
C-52068
California State Prison, Calipatria
PO Box 5004
Calipatria, CA 92233
PRO SE

V.

**Respondent**

**L E Scribner**
*Warden*

represented by **Attorney General**
State of California
Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266
(619)645-2076
Fax: (619)645-2313
Email: docketingsdawt@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2007 | 🔵1 | PETITION for Writ of Habeas Corpus (Filing fee $ 0. Not paid, motion for IFP submitted), filed by Norman Brown.(rxm)(bar ). (Entered: 10/31/2007) |
| 10/24/2007 | 🔵2 | MOTION for Leave to Proceed in forma pauperis by Norman Brown. (rxm) (Entered: 10/31/2007) |

| 10/24/2007 | ●3 | MOTION to Appoint Counsel by Norman Brown. (rxm) (Entered: 10/31/2007) |
| 11/02/2007 | ●4 | ORDER transferring action to United States District Court for the Central District of California, Eastern Division. Original file, certified copy of transfer order, and docket sheet sent. Signed by Judge John A. Houston on 11/02/07. (jpp) (Entered: 11/05/2007) |
| 11/05/2007 | ●5 | Transfer Letter to USDC Central District of California, Eastern Division. (jpp) (Entered: 11/05/2007) |

I hereby attest and certify on ___11-7-07___
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

11/7/2007 2:54 PM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION
3470 TWELFTH STREET
RIVERSIDE, CA 92501

RECEIVED

2007 NOV 13  PM 5: 06

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

November 5, 2007

*11/7/07 left out of xfer package*

United States District Court
Central District of California, Eastern Division
3470 Twelfth Street
Riverside, CA  92501

Re: Brown vs. Scribner, Case No. 07CV2079-JAH(AJB)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return.  Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____s/J. Petersen_____
        Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF _____
AND ASSIGNED CASE NUMBER _____

CLERK, U.S. DISTRICT COURT

By: _____, Deputy