1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  GREGORY J. MARCOT, State Bar No. 186546
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2606
     Fax: (619) 645-2581
9    Email: Gregory.Marcot@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN BROWN,<br><br>                    Petitioner,<br><br>       v.<br><br>L. E. SCRIBNER,<br><br>                    Respondent. | 07-CV-2079 JAH (AJB)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS CASE SUPPORTING RESPONDENT'S ANSWER TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS–TO BE SENT TO CLERK'S OFFICE**<br><br>Magistrate Judge:   The Honorable Anthony J. Battaglia |

Respondent L. Scribner, Warden of Calipatria State Prison, hereby lodges the following documents in support of his Answer to Norman Brown's for Writ of Habeas Corpus:

Lodgment 1 - Certified Amended Abstract of Judgment dated November 16, 1982

Lodgment 2 - Probation Officer's Report

Lodgment 3 - Post-Conviction Appellate Decision

Lodgment 4- Original Abstract of Judgment

Lodgment 5- Sentencing Transcript

1       Lodgment 6- Letter from CDCR to the sentencing court dated November 8, 1983

2       Lodgment 7- Certified Minutes re: Modification of Judgment

3       Lodgment 8- Monterey County Superior Court Petition

4       Lodgment 9- Riverside County Superior Court Register of Actions for Case Number RIC462522

6       Lodgment 10- Riverside County Superior Court Minute Order dated December 26, 2006

8       Lodgment 11- Transfer Order

9       Lodgment 12- Riverside County Superior Court Register of Actions for Case Number RIC482978

11       Lodgment 13- Riverside County Superior Court Order

12       Lodgment 14- California Supreme Court Search Results by Case Party

13       Lodgment 15- California Supreme Court-Register of Actions for Case Number S142045

Dated: April 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General


/s/ Gregory J. Marcot


GREGORY J. MARCOT
Deputy Attorney General
Attorneys for Respondent

GJM/scb
70120370.wpd
SD2008700085

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Brown v. Scribner**

No.:   **07-CV-2079 JAH (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On April 14, 2008, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. §2254 HABEAS CORPUS CASE SUPPORTING RESPONDENT'S ANSWER TO PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS–TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

NORMAN ANTHONY BROWN
CDC #C52068
CALIPATRIA STATE PRISON
P.O. BOX 5001
CALIPATRIA, CA 92233-5001

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 14, 2008, at San Diego, California.

S. Banks
Declarant

Signature

70120757.wpd