Norman Brown C-52068
P.O. Box 5004
Calipatria State Prison
Calipatria CA 92233

FILED
2008 APR 25 AM 8:28
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
APR 23 2008

U.S. District Court
Southern District of Calif.

N. Brown
  Petitioner

V.

L.E. Scribner
  Respondant

Civil No. 07-CV-2079 JAH (AJB)

Motion for Summary Judgement

28 U.S.C. 2243 (1994)

Petitioner requests that after this court rules on his two motions filed in conjunction with this motion. That the courts' findings pertaining to Rule 7(a) Authentication; specifically

1.

the respondants (Lodgment 1) certified Amend. Abstract of Judgement Dated <u>November 16 1982</u>

That this court Rule for summarry Judgement in favor of the Petitioner as the respondant has and is Attempting to violate federal Rules of Evidence by admitting and lodging into evidence an unverified forged record of a state proceeding.

This respondant is collatorally enstopped from proceeding in this case. The basis of petitioners claim rests on the legality of his detention in C.D.C.R. The Authentication of that Lodgment 1 document is tantamount to Petitioners claims. espiecially as such when it's parent amended abstract with <u>No filed stamp</u> representing an order

2.

of a Due Process led court, The <u>NON filed</u> amended abstract of the <u>same date</u> has been used to calculate petitioners term and hold him in prison for a fixed term, By C.D.C.R. And it still is in petitioners central file at the prison as it was used, NON filed for 24 plus years before the arrival of Lodgment 1 in December 2007 injected into petitioners central file <u>off</u> <u>the record.</u>

<u>Palmer v. Hoffman</u>   318 U.S. 109 (1943)

<u>Rogers v. Maggio</u>   714 F2d 35-39 5th cir (1983)

<u>Townsend v. Sain</u>
<u>Federal Rules of Evidence</u>

3.

By the pure <u>Rule 7(a) Application</u> to Lodgement 1 and the existance of a parent document "almost the same", used for the same purpose; uncontrovertedly point to the simple fact that <u>a piece of paper</u> has taken petitioners liberty. Liberty which is guaranteed protected under federal law.

For these reasons and for any reasons this court deems appropiate, in the interest of justice, petitioner requests summary judgment for immediate release with the condition that he be provided a Townsand hearing to depose the people in his motions as it has to be determined the roles of the involved of parties who have violated petitioners due process as well as his civil rights

respectfully submitted

<u>signed</u>   Norman Brown
             Norm B

4.   <u>Date</u>   April 20, 2008

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Norman Brown C-52068__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __20th__ DAY OF: __April__, 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Norm B__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Norman Brown__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON __April 20__, 20__08__ I SERVED THE FOREGOING: __Motion for Summary Judgement__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C. Southern Dist of CA
4290 Edward J. Schwartz
U.S. Courthouse 940 Front Street
San Diego, CA. 92101

Office of Attorney General
110 West "A" Street suite 1100
P.O. Box 85266
San Diego, CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __April 20 2008__         __Norm B__
(DECLARANT/PRISONER)

5.