NORMAN BROWN C-52068
P.O. BOX 5004
Calipatria, CA. 92233

FILED
2008 APR 25 AM 8:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Original

NUNC PRO TUNC
APR 23 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

---

| | |
|---|---|
| BROWN<br>PETITIONER | MOTION FOR EXPANSION OF THE<br>RECORD: RULE 7 (A)(B)(C)(D) |
| V. | Civil No. 07-cv-2079-JAH-AJB |
| L.E. Scribner<br>RESPONDANT | |

---

Petitioners requests form the basis of his pleading. His issues rest on the foundation of forged documents being used to calculate his term and the authenticity of actaul "hearings" taking place within the modification and execution of petitioners sentence.

Petitioners requests are two-fold. Petitioner request <u>authentication of documents</u> lodged by the respondant in his April 14, 2008 respondants brief lodged in pet. case.

Petitioner secondly submits his list of (Rule 7 (B) materials to be added. Pet. specifically requests the court to apply authentication to all requests to approve their validity to be entered into evidence of the decision process, and to approve presumption of correctness.

1.

Petitioner requests authenticity of the following
documents lodged by respondant in this court:

1) Lodgment 1-Certified amended (Abstract of Judgment) dated: Nov.16,1982

   (a) To include the master court calendar for (Nov.16,1982) of judge (John H. Barnards) Dept.14/courtroom Riverside county Sup. Crt.

   (b) To include the transcribed sentencing transcripts to the hearing as reported by the court reporter of that day (Dept.14)

   (c) To include a certified copy of the minutes of the hearing as registered at the conclusion of the hearing per due process

2) Lodgment 6 - Letter from CDCR to the sentencing court dated (Nov.8, 1983)

3) Lodgment 7 - Certified minutes Re: modification of judgment dated: (Nov. 16, 1982)
   (a) To include transcribed offering as to (lodgment) into due process records

   (b) To include (Nov.16, 1982) stamped certification "date & seal" as well as all the required certification required by due process

4) Lodgment 9 - Riverside County Sup. Crt. register of actions for case No.: R1C462522

   (a) To include documents of receipt to file by clerk Samano, dated: 7-13-07

   (b) To include reference to (when) the petition (arrived) for filing (petition transferred from Sacramento Sup. Crt. July 10, 2007). Via certified mail U.S. Postal service
   Ps form 3811 7005 1160 0000 4116 9775

2.

Petitioners Requests

Written interrogatories/Answers under oath/Affidavits

1) <u>Arthur A. Sims</u>: Clerk Riverside County

    (a) To provide statement that he has on file a (**certified original minute order**) in his office of (Norman Browns) <u>Nov. 16, 1982</u> modification of judgment hearing.

    (b) To provide this Crt. & Pet. a true copy of the said document <u>certified as authentic</u> from the proceedings held the day of (Nov. 16, 1982) in judge John H. Barnards Crt. room (Dept.14) of Riverside Sup. Crt.

    (c) To provide this Crt. all faxes, letters or memos received by "Sims" or his office, concerning the sentencing documents/commitment of "Norman Brown" Riverside case No. CR19235...from 1982 to present, (affects requests from CDCR).

<u>All Requests Are Under Rule 7 (a)(b)(c)(d)</u>

2) <u>Patrick Magers</u>: Then District Attorney Riverside Co. Sup. Crt. (1982)

(a) To provide written interrogatory as to his presence representing the DA's office (Nov. 16, 1982) in the modification of judgment hearing of "Norman Brown" case No. CR19235 in Dept.14 of John H. Barnards Crt. room.

(b) To provide this Crt. & Pet. with the master calendar/docket sheet for that day of <u>Nov. 16, 1982</u>, which describe his representations that day. (November 16, 1982/Dept.14)

3) <u>William Barnett</u>: Petitioners Counsel (1982)

(a) To provide written interrogatory to confirm was he present as indicated on pet. modification of judgment/minute order dated: Nov. 16, 1982...or was he (NOT) present....

4) <u>T. O'Neil Crt. reporter</u> (1982) Dept.14 riverside Co. Sup. Crt.

    (a) To provide this Crt. & Pet. with a written interrogatory as to him transcribing & lodging into record the modification of judgment hearing of Norman Brown-case No. Cr19235 & being present on that day to perform that act in petitioners hearing on Nov. 16, 1982 (Dept.14) John H. Barnards Crt. room.

5) **Deputy clerks for <u>12-7-07</u> & <u>12-8-07</u> for Riverside Sup. Crt. (signatures illegible)**

    (a) To provide this Crt. & Pet. the faxes/memos from the Dept. of Corrections that asked for the certified copies of Norman Brown case No. No.CR 19235/original/Abstract, AmendedAbstract/Minute Order:
1. <u>Original Abstract</u> dated: (Aug. 12, 1982) 2. <u>Amended Abstract</u> dated: (Nov. 16, 1982) 3. <u>Minute Order</u> dated: (Nov. 16, 1982)

3.

CLERKS CONTINUANCE:

(b) To provide this Crt. & Pet. with a written interrogatory stating that each; <u>certified</u> & <u>signed</u> a true copy of the original on file in your clerks office.

(c) To provide this Crt. with A authenticated version of the (Nov. 16, 1982) modification of judgment amended-abstract & its minute order dated (Nov. 16, 1982).

(d) To provide this Crt. & Pet. with a written interrogatory of communication to deliver these two documents to case-records Calipatria State Prison. Including faxes/memo or telephonic-communication:

6) <u>Ms. Verginia Myers:</u> Case Records Calipatria State Prison...

(a) To provide this Crt. with written interrogatory of (Dec. 18, 2007) or about, <u>receipt of filed-stamped</u> "Abstract-Amended" dated: Nov. 16, 1982, & an "original-abstract" dated: (Aug. 12, 1982) from the committing county, Riverside Sup. crt. for Norman Brown CDC No. C-52068, Crt. No. CR19235. Abstracts received via telephonic communication with Riverside Crt. with (NO) <u>writen-record</u> of their receipt on or about (DEC.18, 2007) Abstracts given to V. Myers:

(b) To provide this Crt. & Pet. A copy of his (petitioners) CDC-112 **Chronological History Form/s** with a statement as to why the newly stamped documents were not logged as received on the CDC-112-form/s ?...Per policy of CDCR...

(c) To provide this Crt. & Pet. with a written interrogatory stating that up to (Dec.18, 2007) the existing "Abstract" in petitioners case file **(DID-NOT)** have a filed stamp-nor- is its reception to central file documented:

(d) To state also that up to **Dec. 18, 2007**, there was only <u>(ONE) ABSTRACT</u> located in petitioners central-file. The Abstract-Amended dated Nov. 16, 1982, via interrogatory, & the length of time only one abstract existed in petitioners C-File:

(e) To state that (upon receipt) by V. Myers of the 2ND.-Abstracts; the **(original)** dated: Aug. 12, 1982, & certified on the back of the document <u>Dec. 11, 2007</u> & the (amended-abstract) dated Nov. 16, 1982, certified <u>Dec. 12, 2007</u> on the back of document.

Petitioner request (V. Myers) to submit interrogatory that on <u>Dec. 18, 2007</u>, in the presence of the petitioner, take one existing <u>(NON-FILED)</u> Abstract-Amended, dated: <u>Nov. 16, 1982</u>, & place it in the middle of petitioners "central-file" & added the two (2) 2007-certified stamped, telephonically obtained abstracts at the top of petitioners central-file, never chronologically adding this to pet. CDC-112-form. this in the presence of not only pet. on Dec. 18, 2007, but in the presence of (3) othercase-counselors. Stating to pet. that "Riverside-did not send to her any written communication with the abstracts, they were obtained via telephonic-communication"; this is in response to petitioners request for written documentation from her Ms. V. Myers.

4.

<u>C.J. Caffarella</u>: Classification & Parole Rep. Calipatria State Prison:

(a) To provide this Crt. & Pet. copies of the (3) abstracts of judgments existing in petitioners central-file.

1) A Nov. 16, 1982-Amended-Abstract (No-Filed-Stamp)

2) A Nov. 16, 1982-Amended-Abstract (with a filed stamp)

3) An Aug.12, Original-Abstract (with filed stamp)

(b) To provide this Crt. & Pet. with documented record of each documents reception into petitioners central-file, the file used to classify & place petitioner, reference to the (3) abstracts within pet. C-file.

(c) To provide interrogatory to answer the question of has he contacted Riverside Sup. Crt. in reference to pet. commitment ? or has Riv. Crt. contacted him concerning pet. commitment ?..& if such is true what was the subject matter ?...Petitioner request a written copy of the answer to be submitted to this Crt. & to Pet.

<u>Ed JONES</u>: Crt. Clerk in (1982) Riverside Co. Crt.

(a) To provide this Crt. & Pet. with <u>written interrogatory</u> to explain how his rubber stamp & signature exists on (2) seperate (Amended-Abstracts) dated: <u>Nov. 16, 1982</u>; (ONE) with<u>OUT</u> the filed stamped located in "<u>Norman Browns</u>"/Pet. case-file for 24 yrs. of his commitment in CDCR & (ONE) <u>WITH</u> the filed stamp surfacing in Dec. 2007, at Calipatria State Prison, as A result of a administrative appeal by petitioner.

(b) To provide this Crt. & Pet. with <u>how 24 yrs. plus "AFTER"</u> his amended abstract certification of petitioners hearing; how did his <u>signed filed stamp</u> appear on the 2007, copy (received) by the CDCR in <u>Dec. 2007,</u> get on the document ?

<u>RESPONDANT/CDCR</u>: To provide this Crt. & Pet. with record of out to Crt. appearances by petitioner during his entire incarceration in CDCR:

5.

**Respondant/Attorney General:**

(a) To provide this Crt. with petitioners 4TH. Appellate opinion decided on July 27, 1983-case No: 4-CR-14717: (Div.2)

(b) To provide this Crt. with petitioners opening brief filed in the 4TH. Dist. appellate Crt. Div.2 <u>(April 29, 1983)</u>

(c) To provide this Crt. & Pet. the 4TH. Dist. Crt. of appeal Div.2 register of appeal for (Norman Brown) case No. Cr19235, notice of appeal filed <u>10-7-82</u>

(d) To provide this Crt. & pet. with co-defendants register of appeal 4TH. Dist. Div.2: Micheal Douglas Green/Riverside Sup. Crt. case No. CR19235

**Katherine G. Smith:** Crt. reporter 1982 Riverside Co. Sup. Crt.

(a) To provide this Crt. & Pet. with interragatory that on <u>Nov. 9, 1983</u>, while in possession of petitioners transcripts on appeal to the 4TH. Dist. Div.2 Crt. filed an extension of time to (1-10-83) & lodged this action in petitioners register of appeal No. 4-CR14717

Petitioner "prays" that this Crt. Authorizes the expansion of record. This will eliminate the unnecessary & exspose the facts for a clear determination of petitioners pleading.

<u>RAINES V. UNITED STATES</u> 423, FED 526, 529-530 (4TH.Cir. 1970)

<u>Harris V. Nelson</u> 394 U.S. 286, 300 (1969)

<u>Keeney V. Tamayo-Reyes</u>, 504 U.S. 1, 14 (1992)

<u>Lonchar V. Thomas</u> 517 U.S. 314, 326 (1996)

<u>Porcaro V. United States</u> Supra 784 Fed at 41 Rule 5 Rule 7

Respectfully Submitted:

NORMAN A. BROWN
      Petitioner/In Pro Se

DATED: April 20 2008

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Norman Brown C-82068__ DECLARE UNDER PENALTY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __20__ DAY OF: __April__, 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Norman B__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Norman Brown__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON __April 20__, 20__08__ I SERVED THE FOREGOING: __Motion for leave of Discovery — Motion for Expansion of the Record__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C. Southern Dist of CA
4290 Edward J Schwartz
U.S. Courthouse  940 Front Street
San Diego CA.

Office of Attorney General
110 West A Street, suite 1100
P.O. Box 85266
San Diego, CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __April 20 2008__                __Norman B__
(DECLARANT/PRISONER)

8.