NORMAN BROWN C-52068
P.O.BOX 5004
Calipatria, CA. 92233

FILED

2008 APR 25 AM 9 29

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**NUNC PRO TUNC**

**APR 23 2008**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

---

BROWN
PETITIONER

    V.

L.E. Scribner
RESPONDANT

Motion for leave of court:

    Discovery: Rule 6 ~ 6 (a)

    18 U.S.C. 3006 A (g)

No. 07-CV-2079

Petitioner request leave of court to envoke the process of
discovery available under Federal Rules Of Procedure Rule 6 Discovery
as petitioner requests that this process is necessary for effective
utilization of discovery procedures. This motion also request under
18 U.S.C. 3006 (A) (g) appointment of counsel to gather
interrogatories of court reporters and clerks of disputed dated and
filed commitment documents, minute orders, & Abstract Of Judgments &
related documents the basis of petitioners contentions. Petitioners
issues rest on the fact of (authenticity) of actual "court-hearings"
& docket records" which have to be registered within Due-Process to
record & authenticate the fact/s that the hearings took place & were
recorded.

1.

REQUEST FOR ADMISSION AND LIST OF DOCUMENTS/INTERROGATORIES:

                    Court Order to Provide Record
                    Rule 4 Rule 5

1) Petitioner requests to provide this court & petitioner A copy of:
   The (3-11-99-Letter) from court to change (counts 6 & 7)
   "offense-code". Letter sent from Riverside Superior Crt. & received
   & logged by CDCR on petitioners CDC-112 chronological form...
   (attached to this motion) (Pg. 6 )

        (ALL ORDERS DIRECTED AT THE RESPONDANT/CDCR)

2) To provide this court & petitioner with A copy of petitioners (602-
   administrative appeal No. cal B-07-01393

3) To provide this court & petitioner with all faxes & memos concerning
   petitioners commitment/sentence; requesting certified Amended
   Abstracts & minute orders....(Examples attached to petition)

4) To provide this court & petitioner with co-defendants "original &
   all amended abstracts & CDCR orders of amendments made or suggested
   during his entire incarceration. Michael Douglas Green C-56123/case
   No. CR-19235

5) To provide this court & petitioner with a copy of the "filed" stamped
   amended abstract of judgment dated (Nov. 16, 1982) which was sent
   from Riverside Sup. Crt. in the week of Dec 18, 2007 to CDCR case
   records manager (V. Meyers) to be placed into petitioners central
   file...Not logged on CDC-112 form....(See exibit attached) Pg. 6

6) To be provided to this Crt. & to Pet. all faxes & letters/memos from
   pet. entire incarceration Su ponte orders/requests, code, statue
   or sentence adjustments. Letters from case records analyst, Legal
   Processing Unit/s in this State Of Calif. & at all prisons records
   that petitioner has been housed his entire incarceration.

7) To be provided to this Crt. & Pet. A copy of petitioners 4TH. Dist.
   Crt. "Register of Appeal Ledger" case No. 4-CR 14717 (1983)

8) To be provided to this Crt. & Pet. the "filed stamped face page" of his transfered petition case No. 07F05269 Dept. 25, trans. from Sacramento Sup. Crt. to Riverside Co. Sup. Crt. received & signed by clerk "Samano" 7-13-07   Pg. 8

9) To be provided to this Crt. & Pet. an interrogatory declaring the receipt for filing & documented record of such occurring by Riverside Co. clerk (Samano) of Pet. transferred-petition case No. 07F05269 received by "Samano" 7-13-07 to be filed immediately...(Certified postal receipt signed by Samano attached)....   Pg. 8

10) To be provided to this Crt. & Pet. (documented record) of petitioners Cal. Supreme Crt. petition case No. S142045; Norman Brown on Habeas Corpus filed between March 20, 2006 & (the date of the lost shipment,) (to confirm petition was lost) in a shipment in Calif. Sup. Crt. & UPS tracking records. Petitioner never being provided with the date of the actual shipment date...(See exibit attached)....   Pg. 9

3.

Petitioner, within this leave of discovery request, believes he has made the prima facie showing of cause to show the depth of the amount of work necessary to complete his fact finding & discovery from the pro per perspective, alot of which the petitioner can only discover through the public records act because of several entities & agencies have refused to turn over documents namely CDCR...See Exibit (Pg.11)....

Petitioner further asks this court to promote sanctions on the CDCR-jailers as petitioners "due-process" suddenly becomes uneven when the jailers open petitioners confidential mail...See Exibit....(Pg.10). This upsets the integrity & petitioners capability to timely ask & receive crucial documents to challenge the validity of his detention. This jailer potentially reading, withholding & being privy of petitioners confidentiality within due-process to discover the exculpatory truth. highly negated with petitioner being pro per, without counsel.

Petitioner is asking for counsel to develop surely more evidence, documents & interrogatories, asks this court to order the CDCR-via Crt-Order "not" to open his legal mail out of petitioners presence & "not" to open it on its way out of the prison after its sealed & signed per policy infront of staff at this prison...Calipatria...& A Crt. order to provide Pet. with A list/memos to confirm or deny his reasons for that the legal-mail from petitioner & to pet. goes to the Wardens-Office; & to provide A list of all of petitioners mail that came to this prison & was sent back & for what reason ?...& all the dates.

Petitioner initially has to send his motions to this Crt. under the disguise of fellow inmates names to ensure they get to their destination as petitioner claims have & are being monitored by the Wardens Office....See Exibit....(Pg.)10

4.

For the foregoing reasons and citing
Rule 8 (c) Rule 6 & 18 U.S.C. 3006 (A) (g)
and <u>Weygandt V. Look</u> 718 FED 952, 954 (9TH.Cir.)

Petitoner request A grant to all issues requested.

Respectfully Submitted:

Name: NORMAN BROWN

Date: April 20, 2008

5,

6

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

**Cumulative Case Summary**
**Chronological History**

| Date | Chronological Listings | Initial | Time Lost | Time Restored | Release Date |
|------|------------------------|---------|-----------|---------------|--------------|
| 8-19-82 | S. q. | | | | |
| SEP 20 1983 | REC'D FOLSOM | | | | |
| 4-18-85 | WCR & 2934 PC Applied | | | EPRD | 9-25-2016 |
| 6-27-85 | WCL (A1) | | | EPRD | 10-25-2016 |
| 2-25-86 | WCR (A1) | | | EPRD | 9-25-2016 |
| 8-20-86 | WCG (A1) | bdc | | | |
| 9-11-86 | WCL (A1) | bdc | | EPRD | 10-14-2016 |
| 11-21-86 | WCL, Work Group Chg (C) | bdc | | Adj Max | 11-9-2046 |
| 12-30-86 | Work Group Change (A2) | bdc | | EPRD | 11-17-2016 |
| 8/5/88 | WC G (A2) | Leo | | EPRD | 11-18-2026 |
| 8/5/88 | Notification Required Per 3053 | Leo | | | |
| 8-19-88 | WCL, 30 days CDC 115 of 7-9-88 (A2) | SH | | EPRD | 12-7-2026 |
| 2-1-89 | WCG (A2) | SH | | | |
| 5-9-89 | WCL, 30 days CDC 115 of 3-24-89 (A2) | SH | | EPRO | 12-28-2026 |
| 1-29-90 | Work Group Change (A1) eff 12-29-89, | | | | |
| | Work Credit Gain | JA | | EPRD | 9-27-2017 |
| 7-31-90 | WC Gain (A1) | JA | | | |
| 2-7-91 | WC Gain (A1) | JA | | EPRD | 12-13-2017 |
| 8-2-91 | WC Gain (A1) | JA | | | |
| 2-11-92 | WC GAIN thru 12-31-91 A1 | cm | | | |
| 4-30-92 | Transfer audit (A) | Bw | | | |
| MAY 0 5 1992 | REC'D CALIPATRIA STATE PRISON | S. q. | | | |
| NOV 1 2 1992 | WC Loss of 150 Days, | | | | |
| | Log # 1092C069, Dated 10-18-92 D2 | A.l | | | |

| NUMBER | NAME | INSTITUTION | PAGE |
|--------|------|-------------|------|
| C52068 | BROWN, Norman Anthony | | 1 |

CDC-112 (1/77)

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 2-1-93 | Intake / Transfer audit | hm | EPRD | 6-21-2026 |
| | Eth. 10-18-92 @A2 | | | |
| 3/25/93 | WCG applied thru 3/25/93 @ 2 | pg | epra '13 | 8/8/2026 |
| 5-18-93 | Rec'd CCT- IV/B | to | | |
| 8-12-93 | WCL 90days log# 11B-017/93-79 of 7-23-93 | can | A2 eprd. | 10-7-2026 |
| 3-24-94 | Semi Annual WCG thru 2-1-94 | uu | A2 eprd | 10-7-2026 |
| 10-13-94 | Semi Annual WCG thru 7-31-94 | uu | A2 eprd | 10-7-2026 |
| 2-22-95 | Semi annual WCG thru 1-1-95 | ea | A2 /eprd | 10-7-202 |
| 6-5-95 | A2 A1 eff 6-1-95 per 1286 96-1-95 | | | |
| | WCG thru 5-31-95 | uu | A1 eprd | 12-5-2018 |
| 6-8-95 | Maj adj. corrected from 7-16-2050 | | | |
| | to 5-6-2050 | uu | A1 eprd | 10-30-2018 |
| 9-5-95 | A1 D1 eff 7-19-95 per 1286 @7-28-95 | | | |
| | D1-A2 eff 7-28-95 per 1286 @8-3-95 | | | |
| | WCF 90days log #1UB07955/ @7-19-95 | | | |
| | WC G thru 8-1-95 | uu | A2 eprd | 10-4-2026 |
| 3-20-96 | Semi annual WCG thru 2-1-96 | uu | A2 eprd | 10-4-2026 |
| 9-17-96 | OBIS UPDATE COMPLETED | ef | A2 eprd | 10-4-202 |
| 10-23-96 | Semi annual WCG thru 8-31-96 | Jea | A2 eprd | 10-4-202 |
| 6-9-96 | Semi annual WCG thru 3-31-97 | aa | A2 eprd | 10-4-202 |
| 11/03/97 | Transfer Audit | JS | | |
| NOV 0 4 1997 | **REC'D CSP-LAC** | BW | | |
| 11-14-97 | WCG A1 eff 11-11-97 | SW | EPRD | 7-14-20p |
| 2-26-98 | WCG thru 1/31/98 at A1 | SW | | NC |
| 4-28-98 | Intake Audit WCG thru 4-14-98. | | | |
| | 6mo WCG thru 4-14-98 | SW | | |
| 12-17-98 | 6mo WCG thru 11-30-98 @A1 | SW | | 7-18-2019 |
| 3-11-99 | Rec'd letter from Court to change | | | |
| | Counts 6+7 offense code. | SW | | |

CS-2068 — Brown, Norman — Page 21/A

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 6-21-99 | WCG thru 2/28/99 @ A1 | SW | EPRD 7-18-2019 |  |
| 7-27-99 | 6mo WCG thru 7-7-99 @ A1 | SW | EPRD 7-18-2019 |  |
| 7-27-99 | Reviewed for Compliance with P296 | SW |  |  |
| 3-14-2000 | 6 mo WCG applied through 2-29-2000 = | SW |  |  |
| 9-20-00 | 6 mo WCG applied through 8-31-00 @ A1 |  |  |  |
|  | with absences | SW EPRD 7-23-2019 |  |  |
| 3-14-01 | Six month work credit gain through 2-28-01 @ A1 w/ 1 absence | yR | EPRD 7-24-2019 |  |
| 9-21-01 | Six month work credit gain thru 8-31-01 @ A1 | A |  |  |
| 05-01-02 | 6mo WCG thru 03-31-02 @A1 | mab | EPRD 09-24-2019 |  |
| 1-16-2004 | PC 296 DNA completed. | A |  |  |
| 1-16-2004 | Transfer audit. WCL 30 days # 03040055 dtd 4-22-03 not previously posted. WCL 120 days # 03-12-0090 dtd 12-26-03 | A | EPRD 10-12-2019 |  |
| JAN 2 8 2004 | **SVSP NEW ARRIVAL** | A |  |  |
| 2-23-04 | Intake audit, WC G thru 10-131-03 @ A1 | DG | EPRD 10-16-2019 |  |
| 10/27/05 | Transfer Audit | AB |  |  |
| 11/2/05 | CTF New Arrival | JM |  |  |
| 12-05-05 | Intake Audit | M |  |  |
| 10-24-2006 | WCL 91 days, Log# VI0106 019 dtd. 1-16-06, WCL 30 days Log# VI0806032 dtd. 8-24-06, WCL 30 days Log# VI0906 008 dtd. 9-11-06, WCL 120 days Log# VI0906028 dtd. 9-28-06. | OP | EPRD 3-15-2020 |  |
| 11-14-06 | **REC'D CALIPATRIA STATE PRISON** | DC |  |  |

| Number | Name | Page |
|---|---|---|
| C52068 | Brown, Norman | 13 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

## CHRONOLOGICAL HISTORY

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 2-14-07 | WSC to Alvin 12-5-06 | an | EPRD | 6-12-2020 |
| 3-17-07 | FILE AUDITED Intake | an | | |
| 10-11-2007 | WCR 30 day log # 28807019 dated 7-9-1988 | | | |
| | WCR 30 day log # 28903078 dated 3-24-1989 | | | |
| | WCR 90 day log # 079379 dated 7-23-1993 | | | |
| | WCR 90 day log # 079551 dated 7-19-1995 | agm | EPRD | 2-13-2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Number | Name | Page |
|---|---|---|
| C020108 | BROWN, Norman, Anthony | 10 |

Confirmation Report — Memory Send

```
Page        : 001
Date & Time: Oct-23-07  01:00pm
Line 1      : 7603487187
Line 2      : 7603487187
Machine ID  : CAL RECORDS
```

| | | |
|---|---|---|
| Job number | : | 623 |
| Date | : | Oct-23 12:59pm |
| To | : ☎19519552877 | |
| Number of pages | : | 004 |
| Start time | : | Oct-23 12:59pm |
| End time | : | Oct-23 01:00pm |
| Pages sent | : | 004 |
| Status | : | OK |

Job number    : 623          *** SEND SUCCESSFUL ***

7018 BLAIR ROAD
P.O. BOX 5001
CALIPATRIA, CA 92233
Phone: (760) 348-7000 EXT. 6118
Fax: (760) 348-7187

 CALIPATRIA STATE PRISON

 **Fax**

| To: | RIVERSIDE CO. SUPERIOR COURT | From: | MARIA D. GARCIA, Office Assistant (T) |
|---|---|---|---|
| | | | OUT TO COURT DESK, EXT. 6124 |
| Fax | 951-955-2877 | Date: | 10/23/2007 |
| Phone: | 951-955-0301 STATE PRISON DESK | Pages: | 4 |
| ATTN: | TERESA- STATE PRISON DESK | CC: | N/A |

☒ Urgent   ☒ For Review   ☐ Please Comment   ☒ Please Reply   ☐ Please Recycle

CASE # CR10235      NAME: BROWN, NORMAN ANTHONY      CDC# C52068

PLEASE FAX STAMPED CERTIFIED COPIES OF THE ENCLOSED AOJ AND
MINUTE ORDER FOR THE ABOVE MENTIONED CASE #.

ANY QUESTIONS, PLEASE CALL

THANK YOU,

*Maria*

*Please mail originals, Thank you*

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**Calipatria State Prison**
**P.O. Box 5001, 7018 Blair Road**
**Calipatria, CA 92233**

September 21, 2007

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
4100 MAIN ST. (HALL OF JUSTICE)
RIVERSIDE, CA 92501-3626
☐

ATTN:  CERTIFICATION

RE:    Name:      BROWN, NORMAN ANTHONY
       CDC:       C52068
       Case#:     CR-19235

Dear Clerk of the Court:

The above identified subject has been sentenced to the California Department of
Corrections from your county.  We have not received the following document(s) on the
above case.  It is of the utmost importance that these documents are received to properly
record the commitment.

    ( )   Information/Charging Document of Complaint
    ( )   Probation Officer's Report
    ( )   Arrest Report/Investigating Agency Report
    (X)   **Certified** copy of the Abstract of Judgement- Commitment/Minute Order
    ( )   Transcript of proceedings at this time of sentencing
    ( )   Statement by Judge and District Attorney pursuant to Penal Code
          section 1203.1

Your cooperation in this matter is greatly appreciated.

Sincerely,

M. D. GARCIA, OA(T) for
K. OCHOA
Correctional Case Records Supervisor

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                 ARNOLD SCHWARZENEGGER, *Governor*

**DIVISION OF ADULT INSTITUTIONS**
Calipatria State Prison
P.O. Box 5001
Calipatria, CA 92233



TO:        BROWN, NORMAN ANTHONY   CDC # C52068   B3-101U

SUBJECT:  INMATE REQUEST

DATE:      11/29/2007

PER YOUR INQUIRY, CALIPATRIA STATE PRISON RECORDS DEPARTMENT
HAS NOT RECEIVED DOCUMENTS REQUESTED FROM RIVERSIDE COUNTY
SUPERIOR COURT.

M. D. GARCIA, OA (T) FOR
V. MYERS, CCRM

8.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ENDORSED

JUL 1 0 2007

By B. Beddow, Deputy

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

In re

Norman Brown,

On Habeas Corpus.

No. 07F05269    Dept. 25

ORDER TRANSFERRING

PETITION

_____/

The petition of Norman Brown was construed as a petition for a writ of habeas corpus and was filed as habeas in this court on May 17, 2007.  It alleges that petitioner is being held under an invalid abstract of judgment. Good cause appearing,

IT IS HEREBY ORDERED that the petition is transferred to the court of the county where petitioner was sentenced, the Superior Court in and for the County of Riverside, pursuant to Rule 4.552(b) of the California Rules of Court and *Griggs v. Superior Court* (1976) 16 Cal.3d 341.

DATED:  July 10, 2007

RONALD W. TOCHTERMAN

_____
RONALD W. TOCHTERMAN
JUDGE OF THE SUPERIOR COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Samano    7-13-07

1. Article Addressed to:

Superior Court of CA.
County of Riverside
4100 Main st    Crim Division
Riverside, CA 92501

07F05269

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0000 4116 9775

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

07F05269

Sent To
Superior Court of CA.    County of Riverside
Street, Apt. No.; or PO Box No. 4100 Main st    Crim Division
City, State, ZIP+4 Riverside, CA 92501

7005 1160 0000 4116 9775

PS Form 3800, June 2002    See Reverse for Instructions

9.



MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO
—

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES

SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

*Supreme Court of California*

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

May 2, 2006

Mr. Norman Brown, C-52068
SB 239L CTS-North
P.O. Box 705
Soledad, CA 93960

Re:    S142045 – In re Noman A. Brown on Habeas Corpus

Dear Mr. Brown:

This letter serves as confirmation that your petition for review, received on March 20, 2006, has been filed. I regret to inform you that we have received confirmation from United Parcel Services that one of our boxes shipped from our office in Los Angeles to San Francisco has been lost. After the court received notification of the loss, we checked our records of all the petitions for review filed between March 20, 2006, and the date of shipment and, it has been determined that your petition for review was inside the box that was lost. The Court of Appeal record has been shipped to this office and the court has had the opportunity to review it; however, the court has directed me to request a copy of your petition for review.

We ask you to please send us your copy of the petition for review directly to our San Francisco office. We apologize for any inconvenience.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By: Jorge E. Navarrete, Supervising Deputy Clerk

Exhibit
(G)



10.

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT OPERATIONS**
**CALIPATRIA STATE PRISON**
P.O. Box 5001
Calipatria, CA 92233



April 15, 2008


Mr. Norman Brown
CDC#:  C52068, B4/138L
Calipatria State Prison
P.O. Box 5004
Calipatria, California 92233-5004


RE:  Request for Documents

Dear Mr. Brown:

This is in response to your correspondence date March 7, 2008, in which you indicate that you wrote to the Legal Processing Unit in Sacramento, via confidential mail, requesting documents and you would like to know how your mail was received and opened at Calipatria State Prison (CAL).  The California Department of Corrections and Rehabilitation (CDCR) Legal Processing Unit received your letter on February 11, 2008.  The Legal Processing Unit faxed the letter to the CAL Litigation Office to provide a response, as you are currently housed at CAL.

In addition, CDCR has reviewed your request for public records regarding letters sent to CDCR or the case records analyst from your committing county.  The letter dated February 1, 1999, which you site as an example for your request, was located in your central file.  However, after reviewing your central file, there were no other letters found that matched the description you described.  As a result, your request for documents is being denied due to documents not found. You may elect to examine your central file yourself, by contacting your assigned Correctional Counselor to schedule a time to review your central file.


Sincerely,

MICHAEL K. ORMAND, CCII
Litigation Coordinator
Calipatria State Prison

11.

# COURT OF APPEAL-FOURTH DISTRICT
## DIVISION TWO
### 3389 TWELFTH STREET
### RIVERSIDE, CA 92501
### (951)248-0200


**To:**
**Norman Brown C52068**
**P.O. Box 5004; B3-101**
**Calipatria, CA 92233**


**Case Number: E043651**
**Re: Request for minutes & copy of brief**


**Your document(s) are being returned for the following reason(s):**


**This court does not provide minutes.  There was no hearing.  In addition the does not make copies of any documents.  If you need a copy, you will have to hire a copy service to come to the court and copy the document(s) you need.**

**Order of denial of petition was filed on 7/27/2007.**


Dated: Friday, August 03, 2007         By:  ___**Smith**_____
                                             Supervising Deputy Clerk

07 01393

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

RECEIVED CAL APPEALS
JUL 24 2007

**DIVISION OF ADULT INSTITUTIONS**
Calipatria State Prison
P.O. Box 5001, 7018 Blair Rd.
Calipatria, CA 92233
RECEIVED CAL APPEALS AUG 3 0 2007



JUL 1 8 2007


Norman Brown
C-52068, B3-101
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233

Dear Mr. Brown:

This is in response to your correspondence dated July 5, 2007. In your correspondence, you stated you had some concerns regarding your Abstract of Judgment and that you had not received a response to the Inmate Appeal you filed in regards to these concerns.

A review of the Inmate Appeals tracking record indicates your appeal was screened out and returned to you for an informal level response. If you have attempted to obtain an informal response and have not received a response, I recommend you re-file your appeal and indicated to the Appeals Office that you were unable to get an informal level response. The Appeals Office will give your appeal a log number and issue it to an Associate Warden for completion.

Any future concerns you may have should be directed to the Facility Captain.

Sincerely,


G. JANDA
Warden (A)
Calipatria State Prison


SCREENED OUT        AUG 24 2007

RECEIVED CAL APPEALS AUG 3 0 2007

ATTACHMENT # __ 070-1393

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region

1. _____
2. JUN 0 8 2006

Log No.
1. __ 06-01298
2. _____

Category
6-10

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| NORMAN BROWN | C.52068 | Welding | Shasta B 239 |

A. Describe Problem: 3084.7 (a) (1) Emergency Appeal.
my civil Rights are being Violated

Please Read Pg. 1 and 2 and 3

I have been committed to state Prison under a phony uncertified Amended Abstract of Judgement.
3075 (a) Initial Inmate

If you need more space, attach one additional sheet.

B. Action Requested: I demand to be released from Prison because each day passing is All Direct continuing civil rights violation. (If I am being held illegally.)
I have attached copy of my Amended abstract of Judgment for exaustion purpos

Inmate/Parolee Signature: Norman Brown          Date Submitted: April 19 2006

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

~BYPASS~

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

~BYPASS~

RECEIVED
JUN 1 3 2006
CTF APPEALS

Signature: _____  RECEIVED     RECEIVED      Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:
06-01298

SCREENED OUT
JUN - 8 2006     APR 2 6 2006     APR 2 4
AUG 24 2007
CTF APPEALS      CTF APPEALS      CTF APPEALS

**ATTCHMENT TO: B 0 7 0 1 3 9 3**

First Level ☐ Granted ☐ P. Granted ☑ Denied ☐ Other APR 2 6 2006

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: JUN 0 8 2006

Interviewed by: C. Dahms – During interview you said you understood the The amended abstract of judgment you refered to when describing the problem has a "Seal of the Court" embossed on it. The Abstract is deemed certified if it has any two of the following: 1) Original signature of the judge, 2) Original signature of the County Court Clerk, 3) Original County seal. The Abstract you refer to has the original signature of the Court Clerk & the County Seal is Embossed on the bottom of the A.O.J. Regarding your EXIBIT (pg. 6) see Attached memo page.

Staff Signature: C. Dahms Title: CCRS Date Completed: 06-06-06

Division Head Approved: Returned

Signature: [signature] Title: C&PR Date to Inmate: JUN 0 8 2006

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

I am dissatisfied with the response and I'd like to continue with exausting all levels of appeal.

Signature: Norman Brown Date Submitted: June 14 2006

Second Level ☐ Granted ☐ P. Granted ☒ Denied ☐ Other JUN 2 2 2006

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: JUL 2 1 2006

☒ See Attached Letter

Signature: [signature] A25.05 @ Melendy CCRM Date Completed: 7-19-06

Warden/Superintendent Signature: [signature] Date Returned to Inmate: JUL 2 4 2006

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

RECEIVED

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

CTF APPEALS

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Norman  Brown C.52068_ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE _Petitioner_ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _20_ DAY OF: _April_ 20 _08_ AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _Norman Brown_

(DECLARANTIPRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Norman Brown_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002.
CALIPATRIA, CALIFORNIA #92233-5002.

ON _April 20_ 2008 I SERVED THE FOREGOING: _Motion for leave of Discovery_
_Motion for Expansion of the record_

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C. Southern Dist of CA
4290 Edward J Schwartz
U.S. Courthouse  940 Front Street
San Diego, CA. 92101

Office of Attorney General
110 West "A" street  suite 1100
P.O. Box 85266
San Diego, CA. 92186-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _April 20 2008_ _Norman B_

(DECLARANTIPRISONER)

12