Norman Brown C-82068
C.S.P. Cal B4-138
P.O. Bx 5004
Calipatria CA. 92233

FILED

2008 MAY -2 PM 12: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RM DEPUTY

Original

NUNC PRO TUNC
APR 28 2008

United States District Court

Southern District of California

| | |
|---|---|
| Norman Brown<br><br>                    Petitioner<br><br>    v.<br><br>L.E. Scribner<br><br>                    Warden | Motion to take<br>Jurisdiction of the<br>Matter<br><br>07-CV-2079-JAH (AJB) |

Petitioner respectfully asks that the court exercise its authority to resolve the matter in order to avoid the loss of petitioners

1.

protected right to due process and Equal

protection in accordance with <u>Hill v. Alaska</u> 297,

f3d 895, 897 (9th cir 2002) Petitioner also

asks to withdraw his summary Judgement motion

sent to this court <u>April 21, 2008</u> as unecessary until

the adjudication" of his "<u>discovery requests</u>" and his

"<u>Expansion of the record</u>" request as well as "this motion. 1st

<u>to take jurisdiction of the matter</u>

Petitioner later will request summary Judgement <u>IF</u>

<u>necessarry</u> in the interest to speedily adjudicate his

claims. "This motion" will save the court time.


In this motion, petitioner objects to <u>respondants</u>

<u>submission</u> of inadmissable documents to defend,

plead and prosecute position, In fact the

submitted document (certified Amended Abstract of

Judgement, dated<u>; November 16 1982</u>) Lodgement 1

2.

of the Respondants brief

"is the product of the dispute in question (inter alia).

in hope that it matches"" the fore mentioned Lodgments

in petitioners case. <u>Petitioner requests Authentication</u> 969 B

Lodgment 1     Certified Amended Abstract of Judgment   November 16, 1982
Lodgment 3     Post conviction Appellate Decision

Lodgment 5     Sentencing Transcript

Lodgment 6     Letter from CDCR to the Sentencing court   November 8 1983

Lodgment 7     certified minutes re Modification of Judgment (Not dated)
                                                            in lodgement

of Petitioner  Norman Brown v. L.E. Scribner 07-CV

2079 JAH (AJB) (Respondants Answer)

AND Before this court can make a fair ruling

it is incumbent that the documents in question be

<u>Authenticated</u> and <u>verified</u> as <u>being</u> accurate. Without

such protocol, Petitioner will suffer a second miscarriage

of justice. Petitioner has attached Exibits to show the

flagrancy of the state in thier deceptionary tactics.

" The Exibits are currently in Petitioners Central file at the prison."

3.

Accordingly, in the __969 B__ packet procedure, the court must rely on the following array of documents to confirm its accuracy and authentication when charges and sentencing become an issue of dispute.

Probation report, minute order, Abstract of Judgment and sentencing transcript, certified and filed as orders of a court

Federal Rules of Evidence
<u>United states ex rel. Jennings V. Ragen</u> supra 358 U.S. at 277

Petitioner request this court to grant this motion in order to protect petitioners rights under the U.S Constitution.

Respectfully Submitted

Date April 23, 2008

NORMAN BROWN

Norman B_____

4.

Exibit 1

Located in Petitioners
Central file

UNFiled Abstract (Amend)
Used for 24 years in
Petitioners term Calculation

and the Minutes
showing up in 1993

5.

ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**

COURT I.D. 3 3

BRANCH _____

PEOPLE OF THE STATE OF CALIFORNIA  versus
DEFENDANT: NORMAN ANTHONY BROWN
AKA:

| | |
|---|---|
| ☒ PRESENT | |
| ☐ NOT PRESENT | |

CASE NUMBER(S): CR-19235 - A
- B
- C
- D
- E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT   ☒ AMENDED ABSTRACT

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 08, 10, 82 | 14 | JOHN H. BARNARD | A. MILLER |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| K. SMITH | P. MAGERS | Wm. BARNETT | D. MOORE, JR. |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. ☒ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | JURY/TOTAL | COURT/TRIAL | PLEA | CONVICTION BY | TERM (L,M,U) | CONCURRENT | CONSECUTIVE/VIOLENT | CONSECUTIVE/NON-VIOL | CONSECUTIVE/NONVIOL | INCOMPLETE/BY ANOTHER | INCOMPLETE | S ½ STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 207 | KIDNAPPING | 81 | 07 | 07 | 82 | X | | M | | | | | | | | X | | 0 | 0 |
| 2 | PC | 211 | ROBBERY | 81 | 07 | 07 | 82 | X | | M | | | | | | | | X | (3) | 0 | 0 |
| 3 | PC | 288a(d) | ORAL COP (CONC) | 81 | 07 | 07 | 82 | X | | M | | | | | | X | | | | 7 | 0 |
| 4 | PC | 261(2) | FORC. RAPE (CONC) | 81 | 07 | 07 | 82 | X | | M | | | | | | X | | | | 7 | 0 |
| 5 | PC | 288a(d) | ORAL COP (CONC) | 81 | 07 | 07 | 82 | X | | M | | | | | | X | | | | 7 | 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) | | 12022(b) | | 12022.1 (a) | | 12022.3(b) | | 12022.5 | | 12022.6(a) | | 12022.6(b) | | 12022.7 | | 12022.8 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/F | S | C/F | S | C/F | S | C/F | S | C/F | S | C/F | S | C/F | S | C/F | S | C/F | S |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

5. A. NUMBER OF PRIOR PRISON TERMS:

| | S | C/F | S | I |
|---|---|---|---|---|
| §667.5(a) | | | | |
| §667.5(b) | | | | |
| §667.6(b) | | | | |

4. OTHER ORDERS: **Stay to become permanent upon completion of other counts.**

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| | S | C/F | S | I |
|---|---|---|---|---|
| §667.6(a) | | | | |

| | | | |
|---|---|---|---|
| 6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): | | | |
| 7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(²) [DOUBLE BASE LIMIT]: | | 48 | 0 |
| 8. TOTAL TERM IMPOSED: | | | |
| 9. EXECUTION OF SENTENCE IMPOSED: ➤ | | 69 | 0 |

| A. ☒ AT INITIAL SENTENCING HEARING | B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL | C. ☐ AFTER REVOCATION OF PROBATION | D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)] |
|---|---|---|---|

| 10. DATE SENTENCE PRONOUNCED MO DAY YEAR | CREDIT FOR TIME SPENT IN CUSTODY: | TOTAL DAYS 391 | INCLUDING: | ACTUAL LOCAL TIME 261 | LOCAL CONDUCT CREDITS 130 | STATE INSTITUTIONS |
|---|---|---|---|---|---|---|
| 08 10 82 | | | | | | ☐ DMH    ☐ CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

☒ FORTHWITH
☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

☐ CALIF. INSTITUTION FOR WOMEN — FRONTERA
☐ OTHER (SPECIFY):
☐ CALIF. MEDICAL FACILITY — VACAVILLE
☐ CALIF. INSTITUTION FOR MEN — CHINO

CLERK OF SUPERIOR COURT

hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | | DATE |
|---|---|---|
| *E. Jones* | E. Jones | NOV 16 1982 |

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the
Judicial Council of California
July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
FORM DSL 290

Pen.C. 1213.5.

DISTRIBUTION    PINK COPY — COURT FILE.    YELLOW COPY — DEPARTMENT OF CORRECTIONS.    WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

ABSTRACT OF JUDGMENT — COMMITME...
ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ___RIVERSIDE___
COURT I.D.
BRANCH _____

313

PEOPLE OF THE STATE OF CALIFORNIA
DEFENDANT: NORMAN ANTHONY BROWN          versus    [X] PRESENT    CASE NUMBER(S)  CR-19235  -A
AKA:                                              [ ] NOT PRESENT                          -B

COMMITMENT TO STATE PRISON                                                                 -C
ABSTRACT OF JUDGMENT                    [X] AMENDED ABSTRACT                               -D
YR OF HEARING                                                                             -E
(MO) (DAY) (YR)
08 10 82

DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION | | | CONVICTION BY | | | CONCURRENT | CONSECUTIVE 1/3 SUBORD | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE 1/3 STAY | PRINCIPAL OR CONSECUTIVE CRIME IMPOSED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | MO | DAY | YEAR | JURY | COURT TRIAL | PLEA | | | | | YEARS – MONTHS |
| 6 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |
| 7 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |
| 8 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |
| 9 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |
| 10 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |
| 11 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |
| 12 | PC | 289 | PEN.W/FOREIGN OB | 81 | 07 | 07 | 82 | X | | | M | | X | | 7 0 |

SENTENCE RELATION

ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):                                           TOTAL   48   0

| UNT | 12022(a) | | | 12022(b) | | | 12022.3(a) | | | 12022.3(b) | | | 12022.3 | | | 12022.6(a) | | | 12022.6(b) | | | 12022.7 | | | 12022.8 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I | C/F | S | I |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE:                                              TOTAL   48   0

form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplemental probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Adopted by the
Council of California
1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A

CRC

Exibit 2

( Ex Post Facto )

undocumented order
from court to C.D.C.R.
To change Offense Code.

( Judicial Act )

261(2) to   264.1



See Hi lited listing Pg 2

61

DEPARTMENT OF CORRECTIONS                                                    STATE OF CALIFORNIA

# Cumulative Case Summary
# Chronological History

| Date | Chronological Listings | Initial | Time Lost | Time Restored | Release Date |
|------|------------------------|---------|-----------|---------------|--------------|
| 8-19-82 | D. g. | | | | |
| SEP 20 1983 | REC'D FOLSOM | | | | |
| 4-18-85 | WCR & 2934 PC Applied | AD | | EPRD | 9-25-2016 |
| 6-27-85 | WCL (A1) | D | | EPRD | 10-25-2016 |
| 2-25-86 | WCR (A1) | RG | | EPRD | 9-25-2016 |
| 8-20-86 | WCG (A1) | bdc | | | |
| 9-11-86 | WCL (A1) | bdc | | EPRD | 10-14-2016 |
| 11-21-86 | WCL, Work Group Chg (C) | bdc | | Adj Max | 11-9-2016 |
| 12-30-86 | Work Group Change (A2) | bdc | | EPRD | 11-17-2016 |
| 8/5/88 | WCG (A2) | Leo | | EPRD | 11-18-2016 |
| 8/5/88 | Notification required per 3056 | Leo | | | |
| 8-19-88 | WCL, 30 days CDC115 of 7-9-88 (A2) | JH | | EPRD | 12-7-2016 |
| 2-1-89 | WCG (A2) | JH | | | |
| 5-9-89 | WCL, 30 days CDC115 of 3-24-89 (A2) | JH | | EPRO | 12-28-2016 |
| 1-29-90 | Work Group Change (A1) eff 12-29-89, Work Credit Gain | JH | | EPRD | 9-27-2017 |
| 7-31-90 | WC Gain (A1) | JH | | | |
| 2-7-91 | WC Gain (A1) | JH | | EPRD | 12-13-2017 |
| 8-2-91 | WC Gain (A1) | JH | | | |
| 2-11-92 | WC GAIN thru 12-31-91 A1 | cm | | | |
| 4-30-92 | Transfer audit (A) | BW | | | |
| | REC'D CALIPATRIA STATE PRISON | Jg | | | |
| MAY 0 5 1992 NOV 1 2 1992 | WC Loss of 150 Days, Log # 1092C069, Dated 10-18-92 D2 | AJ | | | |

| NUMBER | NAME | INSTITUTION | PAGE |
|--------|------|-------------|------|
| C52068 | BROWN, Norman Anthony | | 1 |

CDC-112 (1/77)

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 2-1-93 | Intake / Transfer audit | hm | EPRD | 6-21-2026 |
|  | Eth. 10-18-92 @ A2 |  |  |  |
| 3/25/93 | WCG applied thru 3/25/93 @ 2 | pj | EPRD '13 | 8/8/2026 |
| 5-18-93 | Rec'd CCT - IV B | fo |  |  |
| 8-12-93 | Wel 90days log# NB-07/93-79 J 7-23-93 | can | A2 espd. | 10-7-2026 |
| 3-24-94 | Semi Annual WCG thru 2-1-94 | u | A2 espd | 10-7-2026 |
| 10-13-94 | Semi Annual WCG thru 7-31-94 | u | A2 esprd | 10-7-2026 |
| 2-22-95 | Semi annual WCG thru 1-1-95 | ea | A2 esprd | 10-7-202 |
| 6-5-95 | A2 A1 eff 6-1-95 per 1286 @ 6-1-95 |  |  |  |
|  | WCG three 5-31-95 | u | A1 esprd | 12-5-2018 |
| 6-8-95 | Max adj. corrected from 7-16-2050 |  |  |  |
|  | TO 5-6-2050 . | u | A1 esprd | 10-30-2018 |
| 9-5-95 | A1 D1 eff 7-19-95 per 1286 @ 7-28-95 |  |  |  |
|  | D1 A2 eff 7-28-95 per 1286 @ 8-3-95 |  |  |  |
|  | WCF 90day log# NB079551 @ 7-19-95 |  |  |  |
|  | WC G thru 8-1-95 | u | A2 esprd | 10-4-2026 |
| 3-20-96 | Semi annual WCG thru 2-1-96 | u | A2 esprd | 10-4-2026 |
| 9-17-96 | OBIS UPDATE COMPLETED | A1 |  |  |
| 10-23-96 | Semi annual WCG thru 8-31-96 | fea | A2 esprd | 10-4-202 |
| 10-9-96 | Semi annual WCG thru 3-31-91 | ea | A2 esprd | 10-1-202 |
| 11/03/97 | Transfer Audit | AS |  |  |
| NOV 0 4 1997 | **REC'D CSP-LAC** | BW |  |  |
| 11-14-97 | WCG A1 eff 11-11-97 | SW | EPRD | 7-14-2019 |
| 2-26-98 | WCG thru 1/31/98 at A1. | SW |  | NC |
| 4-28-98 | Intake Audit WCG thru 4-14-98. |  |  |  |
|  | 6mo WCG thru 4-14-98 | SW |  |  |
| 12-17-98 | 6mo WCG thru 11-30-98 @ A1 | SW |  | 7-18-2019 |
| 3-11-99 | Rec'd letter from Court to Change |  |  |  |
|  | Counts 6 + 7 offense code. | SW |  |  |

| CDC Number | Name | Page |
|---|---|---|
| C52068 | Brown, Norman | 21/A |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL HISTORY
CDC 112 (7/63)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 6-21-99 | WCG thru 2/28/99 @ A1 | SW | EPRD 7-28-2019 | |
| 7-2-99 | 6mo WCG thru 7-7-99 @ A1 | SW | EPRD 7-18-2019 | |
| 7-2-99 | Reviewed for Compliance with P296 | SW | | |
| 3-14-2000 | **6 mo WCG applied through** 2-29-2000 | SW | | |
| 9-20-00 | **6 mo WCG applied through** 8-31-00 @ A1 | | | |
| | with absences | SW EPRD 7-23-2019 | | |
| 3-14-01 | Six month work credit gain through | | | |
| | 2-28-01 @ A1 w/ 1 absence | YR | EPRD 7-24-2019 | |
| 9-21-01 | Six month work credit gain thru | | | |
| | 8-31-01 @ A1 | A | | |
| 05-01-02 | 6mo WCG thru 03-31-02 @ A1 | mab | EPRD 09-24-2019 | |
| 1-16-2004 | PC 296 DNA completed. | A | | |
| 1-16-2004 | Transfer audit. WCL 30 days # 03040055 | | | |
| | dtd 4-22-03 not previously posted. WCL 120 | | | |
| | days # 03-12-0090 dtd 12-26-03 | A | EPRD 10-12-2019 | |
| JAN 2 8 2004 | **SVSP NEW ARRIVAL** | A | | |
| 2-23-04 | Intake audit, WCG thru | | | |
| | 10-31-03 @ A1 | SH | EPRD 10-16-2019 | |
| 10/27/05 | Transfer Audit | AB | | |
| 11/2/05 | CTF New Arrival | JM | | |
| 12-05-05 | Intake Audit | | | |
| 10-24-2006 | WCL 91 days, Log# VI0106 019 dtd. | | | |
| | 1-16-06, WCL 30 days Log# VI0806032 | | | |
| | dtd. 8-24-06, WCL 30 days Log# | | | |
| | VI0906 008 dtd. 9-11-06, WCL 120 | | | |
| | days Log# VI0906028 dtd. | | | |
| | 9-28-06. | QP | EPRD 3-15-2020 | |
| 11-14-06 | **REC'D CALIPATRIA STATE PRISON** | DJC | | |

| Number | Name | Page |
|--------|------|------|
| C52068 | Brown, Norman | 13 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

CDC 112 (9-83)

## CHRONOLOGICAL HISTORY

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 2-14-07 | WGC to Alien 12-5-06 | AM | EPRD | 6-12-2020 |
| 3-17-07 | FILE AUDITED Intake | AM | | |
| 10-11-2007 | WCR 30 day log # 28807019 dated 7-9-1988 | | | |
| | WCR 30 day log # 28903078 dated 3-24-1989 | | | |
| | WCR 90 day log # 079379 dated 7-23-1993 | | | |
| | WCR 90 day log # 079551 dated 7-19-1995 | Bjm | EPRD | 2-13-2020 |
| | | | | |

| Number | Name | Page |
|--------|------|------|
| C620168 | BROWN, Norman, Anthony | 10 |

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Norman Brown_ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE _Petitioner_ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _23_ DAY OF: _April_ 20 08 AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) _Norm B_

(DECLARANTIPRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _____ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002.
CALIPATRIA, CALIFORNIA #92233-5002.

ON _April 23_ 20 08 I SERVED THE FOREGOING: Motion to take
Jurisdiction of matter

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

USDC
Southern District of Cal.
office of the clerk
880 Front Street 4290
San Diego, CA. 92101-8100

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _April 23 2008_    _Norm B_

(DECLARANTIPRISONER)

7.