NORMAN BROWN C-52068
CSP/CAL-B4-138
P.O.BOX 5004
CALIPATRIA, CA. 92233

UNITED STATES DISTRICR COURT
SOUTHERN DISTRICT OF CALIFORNIA

NORMAN BROWN

    PETITIONER

V.

L.E.Scribner

    Respondant

Civil No. 07cv2079-JAH (AJB)

APPLICATION FOR ENLARGEMENT
OF TIME TO COMPLETE TRAVERSE

Norman Brown the petitioner declares under the penalty of perjury that he is the petitioner in this action and assigned until May 14, 2008 to file traverse

to respondants answer to petition.

The respondants answer executed on <u>April 14, 2008</u>.

Petitioner for good cause is unable to complete his traverse in A timely manner due to the fact that this prison is on & has been on lockdown for the entire period of April 14, 2008, until the present day May 7, 2008 & will extend beyond petitioners (May 14, 2008) "due-date" for his traverse. Petitioner also points out that the respondants have cited thirty five (35) cases that petitioner should review before traversing. Petitioner also points out the fact that he has sent 3-motions to the court, discovery, exspansion of the record & authentication of respondants lodgments. This present day May 7, 2008 petitioner has (NOT) received mail as to if these motions have been ruled on by the court. The motions sent April 20, 2008. 17-days & petitioner has not received confirmation or rulings on his motions which effect his ability to traverse.

2.)

For the foregoing reasons & for good cause, petitioner requests an enlargement of time for an additional (30-days) to effectively have time to hear results of his motions & to complete his traverse due May 14, 2008.

Petitioner respectfully requests the time to file his traverse.

DATE May 7, 2008

SIGNED Norman Brown

Houston v. Lack (Supra) (1988)

Prison mail box rule to make certain to abide by local rules of filing extention of time.

Calipatria State Prison-Matrix Order (modified-program)
Program status number Cal-inst-08-007

3.)

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF IMPERIAL**

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Norman Brown**, DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE **Petitioner** IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS **7th** DAY OF **May**, 200**8**, AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

(SIGNATURE) **Norman B.**
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Bob Talbert**, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM (NOT) A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5003, CALIPATRIA, CALIFORNIA 92233-5002

ON **May 7**, 200**8** I SERVED THE FOREGOING:

**Motion for Enlargement of time for N. Brown C-52068**

(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002

U.S. District Court
Clerks Office Rm. 4290
880 Front Street
San Diego, CA. 92101-8900

Attorney General Office
110 West A Street Suite 1100
San Diego, CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: **May 7**, 200**8**  **Norman B.**