cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ANTHONY BROWN,<br><br>           Petitioner,<br>v.<br><br>L.E. SCRIBNER, Warden,<br><br>           Respondents. | Civil No.07cv2079 JAH (AJB)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME**<br><br>[Doc. No. 21] |

On May 9, 2008, Petitioner filed an application for enlargement of time to file a traverse seeking an additional 30 days to file the traverse. Petitioner states that the prison has been on lock down since April 14, 2008. Good cause appearing, the Court GRANTS Petitioner's application for enlargement of time to file a traverse. Petitioner shall file the traverse on or before **June 16, 2008.** Petitioner also seeks the Court's ruling on Petitioner's motion for expansion of the record, motion for leave of court for discovery, motion for summary judgment and motion to take jurisdiction of the matter prior to the filing of the traverse. The Court declines to rules on these motions prior to the filing of the traverse. The

//
//
//
//
//

1 Court notes that should Petitioner object to the Court's report and recommendation, under 28 U.S.C. §

2 636(b)(1)(C), he may serve and file objections to the magistrate judge's findings and recommendations.

3 IT IS SO ORDERED.

5 DATED: May 14, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court