NORMAN BROWN C-52068
CSP/CAL B4-138
P.O.BOX 5004
Calipatria, CA. 92233

FILED
2008 MAY 21 AM 8: 39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNTITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NUNC PRO TUNC
MAY 1 6 2008

| NORMAN BROWN  Petitioner  V.  L. E. Scribner (Warden)  Respondant |
|---|

Civil No. 07cv2079 JAH (AJB)
Motion For District Court To take jurisdiction of custody of petitioner as his xxxxxxxs access to court is being violated:

Bounds V. Smith (Supra)

---

Petitioner respectfully asks this Crt. to immediately exercise it's personal jurisdiction over the custodian & petitioner & to seperate petitioner from the respondant, as petitioners due process is being violated.

To keep petitioner housed in the respondants forum prejudices petitioners access to courts.

Petitioner requests ruling in order to avoid the loss of due process and equal protection in accordance with Hill v. Alaska (9TH Cir) & Bounds v. Smith (supra)

(DECLARATION)

Petitioner asks this crt. to exercise its personal jurisdiction over the custodian/respondant in petitioners case & to transfer pet. to another forum (Federal) within this jurisdiction so that pet. can adequately prepare his defense to the respondants answer.

Petitioner asserts that his mail has been stolen and not delivered on time. (Legal-Mail)
Petitioner has sent motions to this crt. which he has (NOT) received timely reponses due to the fact of the respondant being the jailer & who pet. asserts is prejudicing his due process in making a timely response for his (traverse) & other related motions associated with his Habeas Corpus Petition.
Petitioner requests A court order (transfer) to Federal-custod of this jurisdiction which is supervised by this crt.; immediately; so that pet. has the forum to protect his due process rights & to not be obstructed by the respondant/State, which presently has the means to hold & read petitioners "Legal-Mail", therefore manipulating days of due date for traverse.

Petitioner has not recieved mail since filing motions April 20 2008.

Present date: May 13 2008

(SUPPORTING CITATIONS)

RULE 2 (A) of 2254

Braden v. 30TH. Judicial Cir (supra)

Hodge v. Police Officers (Supra)

Case V. V Nebraska (supra)

Bounds v. Smith (supra)

Coleman v. Thompson 501, U.S. at 753

Battle v. Armontrout (supra) 902 Fed. at 702

Merrit v. Faulkner (supra) 697 Fed. at 764

Lewis v. Casey (supra) 518 U.S. at 354-55

Houston v. Lack (supra)

Respectfully Submitted:

Date: May 12 2008   Signature: [signature]

# <u>VERIFICATION</u>

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Norman Brown__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __13th__ DAY OF: __May__ 20 __08__ AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Norman Brown__
(DECLARANT/PRISONER)

## <u>PROOF OF SERVICE BY MAIL</u>

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __James Bagsby__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM /(NOT)
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002.
CALIPATRIA, CALIFORNIA #92233-5002.

ON __May 13th__ 20 __08__ I SERVED THE FOREGOING: __Motion for N. Brown__
__to transfer to federal custody to preserve Due Process__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C.
Southern Dist.
4290 Edward J. Schwartz
U.S. Courthouse 940 Front Street
San Diego CA 92101

United States Attorney General
110 W A st suite 1100
P.O. Box 85266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __May 13th 2008__          __Norman Br__
(DECLARANT/PRISONER)