Norman Brown C-52068
C.S.P. CAl B4-138
P.O. Box 5004
Calipatria, CA. 92233

FILED
2008 MAY 21 AM 8:39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

NUNC PRO TUNC
MAY 19 2008

United States District Court
Southern District of CA

Civil No. 07CV2079 JAH AJB

Norman Brown
            Petitioner

        v.

L.E. Scribner
            Respondant
            Warden

Motion to Exclude
Evidence Under
49 Stat 1561, 28 USC 695

Petitioner wishes to move this court to exclude lodgments filed by respondants April 14, 2008 (Answer to order to show cause) For this court to admit the lodgments will violate Petioners Due Process under Hill v Alaska 9th 2002 and the 14th Amend under the U.S. Const. And infect his

Habeus corpus cause. The lodgements are in question and have been recently created.

Lodgment 1) Certified Amended Abstract dated November 16 1982

Lodgment 6) Letter from CDCR to the sentencing court dated November 8 1983

Petitioner asserts that to introduce these documents into the case for a ruling violates his 14th Amend Right to Due Process and Equal Protection

Palmer v. Hoffman (supra)
United States v. Bagley supra
28 U.S.C. 695
Houston v. Lack (supra)

Respectfully Submitted

Norman Brown
Norm B

Date: May 14 2008

2)

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Norman Brown__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __14th__ DAY OF: __May__ 20 __08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Norm B__
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Robert Tolbert__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON __May 14__ 20 __08__ I SERVED THE FOREGOING: __Motion to Exclude evidence   Houston v. Lack (supra) (Mail Box Rule)__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C
Southern District of Calif.
4290 Edward Schwartz
San Diego, CA 92101

Attorney General's Office
110 West A Street
Suite 1100
San Diego, CA 92101-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __May 14 2008__    __Norm B__
(DECLARANT/PRISONER)