Norman Brown C-52068
C.S.P. Cal B4 138
P.O. Box 5004
Calipatria, CA. 92233

ORIGINAL FILED
2008 MAY 21 AM 8:40
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
MAY 1 6 2008

United States District Court
Southern District of California

| | |
|---|---|
| Norman Brown<br><br>   v.    Petitioner<br><br><br>L.E. Scribner<br>  Respondant<br>    Warden | Civil No. CV 02079 JAH AJB<br><br>Notice of Motion for Default Sanctions and immediate Relief<br><br>( Fed R. Civ. P. ) |

Procedural History consists of all actions and motions petitioner has sent to this court to be filed under case no: CV02079 JAH AJB  and all subsequent results.

Argument (a) Petitioner asserts that the respondants are in violation of his Fourteenth Amendment Right to Due Process and Equal Protection U.S.C.A 14th

(b) Petitioner has a liberty interest at stake and is entitled to relief

## Introduction

Petitioner hereby files this motion for Default and Santions Against respondants for violation of the "Piecemeal Litigations" thus Acting in Bad faith

This motion is based on the attached memorandum of Points and Authorities, Exibits and reference to respondants lodgement of documents to this court same case/civil no. Dated April 14 2008

Petitioner Asks this court to obtain record of Respondants Lodgments.

Lodgment 1) certified Amended Abstract Dated November 16 1982

Lodgment 6) Letter from C.D.C.R. to the Sentencing Court Dated November 8 1983

## Memorandum of Points and Authorities

Due process principles may apply in Habeus proceedings to not only require production of all materials exculpatory in the sense that thier production would assist the Petitioner in establishing that the sentence violates the constitution <u>United States v. Bagley</u> 473 U.S. 667 674-78 (1985)

The respondant has lodged (two) documents in his (Petitioners) case Documents that are in Direct conflict with one another.

The two Lodgments on thier sheer face and notice of thier dates <u>1982</u> and <u>1983</u> exculpt the petitioner at the same instance they were lodged to decieve this court. <u>Lodged in "bad faith"</u>

Petitioner asks this court to obtain and view Respondants Lodgment 1) and (6) of thier Lodgment brief of Petitioners civil No.

Cont...

Lodgment 6.) Letter from C.O.C.R. Dated NOV 8 1983

This Letter requests an act done a year earlier.

see Lodgment 1.) Amended Abstract dated November 16 1982

Clearly a post dated letter, a Palmer v Hoffman (Supra) Due Process Violation

Petitioner prays that this court recognize that this act rises to the level in bad faith equal to United States v. Olano 507 U.S 725 736-37 (1993) in which it is unheard of to think that this District court would miss apply a decision based in part using a post dated lodgment.

Petitioner simply supplements this motion with two documents.

Exibit 1.) Register of Appeals to show why the respondants created the post dated letter.

Exibit 2.) The date Petitioner actually came to Prison 8-19-1982.

The respondants overzealous attempt to decieve this court exculpts the Petitioner and makes his Petition and his case true fact. His term has been computated in violation of the U.S. constitution and it is the state who has obstructed Justice. All the way up to the front door of this Honorable District court.

The Great writ acts not upon the prisoner who seeks the relief but upon the individual who holds Prisoner in unlawful custody Braden v. 30th Judicial Cir. ct, 410 U.S. 484 495-94 1973

Petitioner respectfully asks this court to interpret the respondants Lodgments as a knowing attempt to decieve this court and in the interest of Justice rule relief deemed Justice. And to impose santions of the respondants.

Petitioner asserts Due Process and Equal Protection under the 14th amendment to the U.S. constitution federal law in accessing fact from bad faith deception and bias. Respondant has breached piecemeal litigation as well as the fairness, integrity and public reputation of judicial proceedings. <u>United States V. Young</u> 470 U.S. 1.15 1985

The state must follow minimum Due Process appropiate to the circumstances to ensure that Liberty is not arbitrarily abrogated. <u>Vitek v. Jones</u> (supra)

Petitioner requests this court rule on this motion and grant immediate relief and order default, santions against respondant.

In the interest of Justice grant and invoke the Great writ in favor of petitioner.

respectfully submitted

Norman Brown
Nor—B
Petitioner
in pro/se

Date: May 13, 2008

<u>Houston v. Lack</u> (supra)
mailing/filing

# Exibits

1) Petitioners Register of Appeals..

   Significance / To show Palmer v. Hoffman (supra) violation

   Document created for litigation

   [Look in Register for November 8, 1983 (Lodgment 6) of Respondant] Respondants C.D.C.R. Letter was created so that it at least asked about the Amendment but it was 1 yr. too late.

Exibit 2) Petitioners Legal Status sheet

   Significance.. To show that petitioners term started on 8-19-82 and that Respondants was barred from speaking to his lodgment (1) because it would admit it was made at a time petitioners transcripts were in clerks office on Direct Appeal

# Fourth Appellate District,

**RIVERSIDE** County    HON. JOHN H. BARNARD    Judge

**DIVISION TWO**

Superior Court No. **CR-19235**    Notice of Appeal Filed: **10-7-82**

*Register of Appeal*

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br>Plaintiff and Respondent | ATTORNEY GENERAL<br><s>110 W. "A" St., Ste. 600</s><br>San Diego, Ca. 92101 |
| vs | |
| NORMAN ANTHONY BROWN<br>Defendant and Appellant<br>Subst. Atty. 12-2-82 | (In pro per) Riverside County Jail, 11th and Orange, Riverside 92501<br>Edison P. McDaniels, 1566 N. "D" St. San Bernardino, Ca. 92405 |

| Date | Entry |
|---|---|
| OCT 20 1982 | REC'D COPY NOTICE OF APPEAL    SENT REQUEST FOR COUNSEL FORM |
| OCT 28 1982 | Rec'd copy of County Clerk's Amended Notice to Prepare Transcript on Appeal (to delete co-defendant), dated 10-26-82. |
| NOV 9 1982 | FILED EXT OF TIME TO 1-10-83 (Reporter Katherine G. Smith) |
| DEC 2 1982 | Filed subst. of attys. |
| FEB 3 1983 | **FILED RECORD ON APPEAL** C -1- , R -5- |
| MAR 10 1983 | FILED COPY OF NOTICE RULE 17(a) |
| MAR 18 1983 | FILED EXT OF TIME TO 4-17-83 AOB |
| APR 29 1983 | FILED APPELLANTS OPENING BRIEF |
| JUN 8 1983 | FILED EXT OF TIME TO 7-2-83 RB |
| JUN 20 1983 | FILED RESPONDENTS BRIEF |
| JUL 27 1983 | ORDER OF SUBMISSION |
| JUL 27 1983 | BY THE COURT:<br>Judgment affirmed (non-pub.) Rickles, J.,<br>We concur: Morris, P.J., McDaniel, J. |
| SEP 30 1983 | REMITTITUR TO COUNTY CLERK |
| JUN 27 1986 | ORIGINAL RECORD SHIPPED TO RECORD CENTER - |

LIST NO. **80**
BOX NO. **107**
SRC NO. **531214**

STATE RECORDS CENTER
1501 CEBRIAN STREET
WEST SACRAMENTO, CA 95691

24472-114 1-82 BM CAM

Exibit 2
_____

Petitioners Legal status sheet

term started on 8-19-1982

```
LEGAL STATUS SUMMARY  TYPE-  D      LAC         ** DISCREPANT **    04/28/98 20:35

  CDC NUMBER  |  NAME                              | ETHNIC |   BIRTHDATE
   C52066     |  BROWN,NORMAN,ANTHONY              |  BLA   |   04/16/1963

  TERM STARTS |  MAX REL DATE                MAX ADJ REL DT  |  CURRENT REL DT
   08/19/1982 |   05/06/2050                  05/06/2050     |   10/12/2040

                                                             |  PAROLE PERIOD
 BASE TERM  7/00 + ENHCMNTS  62/00 = TOT TERM  69/00         |  3 YRS


 PRE-PRISON + POST SENTENCE CREDITS
  CASE       P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019  P2931 POST-SENT  TOT
  CR19235       261                                    130          8        399

 REGISTRATION REQUIRED PER PC290
 NOTIFICATION REQUIRED PER PC290.2
 NOTIFICATION REQUIRED PER PC3058.6


  RECV DT/  COUNTY/     CASE      SENTENCE DATE              CREDIT     OFFENSE
   CNT      OFF-CODE    DESCRIPTION                           CODE       DATE


 CONTROLLING PRINCIPAL & CONSECUTIVE    (INCLUDES ENHANCEMENTS/OFFENSES):

 -- CONTROLLING CASE --
  8/19/1982   RIV    CR19235     8/10/1982
    03  P288A(D)     ORAL COP/CONCERT                                 1   10/13/1981
    04  P261(2)      RAPE/RESIST F/V                        CS        1   10/13/1981
    05  P288A(D)     ORAL COP/CONCERT                       CS        1   10/13/1981
    06  P261(2)      RAPE/RESIST F/V                        CS        1   10/13/1981
    07  P261(2)      RAPE/RESIST F/V                        CS        1   10/13/1981
    08  P288A(D)     ORAL COP/CONCERT                       CS        1   10/13/1981
    09  P288A(D)     ORAL COP/CONCERT                       CS        1   10/13/1981
    10  P288A(D)     ORAL COP/CONCERT                       CS        1   10/13/1981
    11  P288A(D)     ORAL COP/CONCERT                       CS        1   10/13/1981
    12  P289        RAPE FOREIGN OBJ                        CS        1   10/13/1981


 WTIP WAIVER            BEGINNING    CREDIT     TOTAL     TOTAL        NET
   DATE                  BALANCE     APPLIED    LOST     RESTORED     TOTAL
  01/01/1983              3420        3873       601       121         3493

 CREDITS AUTO VESTED PER PC-2934 :   71

 BAN                                           RULE      VIOL
 TYPE    DATE       END DATE    LOG NUMBER     NUMBER    CAT   DAYS

  CG   02/01/1958   04/14/1996                                  75


 ****** CONTINUED ******
```

INMATE COPY

```
LEGAL STATUS SUMMARY --CONTINUATION--       PAGE    2

 CDC NUMBER  |  NAME
   C32066    |  BROWN,NORMAN,ANTHONY

TRAN                                      RULE        D A Y S
TYPE    DATE    END DATE LOG NUMBER      NUMBER   ASSESS LOST REST DEAD

CON  12/20/1982                 ******BEG BAL*******
ADD  08/19/1982                  CR19235
ADD  08/19/1982                  CR19235
ADD  08/19/1982                  CR19235
ADD  08/19/1982                  CR19235
     CURRENT PC BALANCE:     0           CURRENT BC BALANCE:    0

STO BALANCE =  152 AS OF 04/14/1998

MPRD/MEPD IS 07/14/2019 BASED ON CREDIT APPLIED THRU 04/14/1998 AND WORK GROUP A1
```

*Intake Audit* (handwritten annotation; 07/14/2019 circled)

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, Norman Brown C-52068, DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE Petitioner IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 13th DAY OF: May 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) /s/ Norman B.
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, James Bagsby, AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON May 13 2009 I SERVED THE FOREGOING: Motion for Default
Motion for court to take Jurisdiction

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C. Southern District
4290 Edward Schwartz
U.S. Courthouse
940 Front Street
San Diego, CA. 92101

Attorney General
State of California
110 West A Street
Suite 1100
San Diego CA 92101-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: May 13 2008

/s/ Norman B.
(DECLARANT/PRISONER)