1  NORMAN BROWN C-52068
2  P.O.BOX 5004
3  CALIPATRIA CA. 92233
4  IN PRO SE

ORIGINAL

FILED
JUN - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              IN THE UNITED STATES DISTRICT COURT
9                 FOR THE DISTRICT OF CALIFORNIA
10        SOUTHERN

12  NORMAN BROWN                    CVC:07-cv2079-JAH-AJB
13        PETITIONER

14     v                            TRAVERSE TO THE ANSWER
15  L.E SCRIBNER
16        RESPONDANT                SUPPORTING EXIBITS TO
                                    MEMORANDUM PNTS:AUTH:ATTACHD

18  Petioner in pro se by way of traverse to the respondants
19  answer makes his denial Pusuant to order dated May 14 2008
20  Petioner denies each and every allegation except as expressly
21  admitted

22                              1

23  Petioner asserts that he is not lawfully in custody of the
24  Department of Corrections. The said custody being issued from
25  a non existant 1983 Amended Abstract of Judgement, alleged to
26  have been sent to the Department of Corrections in 1982 to correct
27  petioners sentence.Unconstitutionally including petitioner in

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

California's parole scheme in violation of Due Process

2

THAT DETENTION OF PETITIONER IS UNLAWFUL

3

PETITIONER ASSERTS THAT HE BE ALLOWED A FAIR
CORRECTIVE PROCESS TO CURE UNLAFUL CUSTODY

4

PETITIONER IS ENTITLED TO BE DISCHARGED FROM
HIS PRESENT CONFINEMENT AS HE HAS BEEN DEPRIVED
OF LIBERTY WITHOUT DUE PROCESS DUE TO
"MANIFEST MISCARRIAGE OF JUSTICE"

5

PETITIONER CONTENDS THAT HE IS ENTITLED TO RELIEF
ON THE FOLLOWING GROUNDS AS SET FORTH IN THE PETITION

ONE   CALIFORNIA'S PAROLE SCHEME UNCONSTITUTIONALLY INCLUDES
PETITIONER AS PETITIONER IS NOT LEGGALLY COMMITTED IN THE
CALIFORNIA DEPARTMENT OF CORRECTIONS

TWO   PETITIONER IS ENTITILED TO BE DISCHARGED AS HE IS ILLEGALLY
COMMITTED UNDER AN INVALID NON EXISTANT UNVERIFID TERM

THREE    PETITIONER IS ENTITLED TO AN EVIDENTIARY HEARING AS THERE IS A PRESUMPTION OF CORRECTNESS ABSENT A VALID STATE COURT RECORD FOR SENTENCE AND TO DISCOVER STATE ACTORS "UNDER THE COLOR OF LAW" WHO HAVE CREATED PETITIONERS "UNLAWFULL COMITTMENT"

HABEUS RELIEF:   INCLUDING BUT NOT LIMITED TO AN EVIDENTIARY HEARING SHOULD BE GRANTED FOR THE REASONS SET FORTH IN THE PETION AND IN THE POINTS AND AUTHORITIES ,AND EXIBITS IN SUPPORT OF PETITIONERS TRAVERSE "THIS IS PETITIONERS FIRST CHALLENGE TO PARLE"

PETITIONER IS ENTITITLE TO RELIEF ON ALL CLAIMS SET FORTH IN HIS PETITION

I, NORMAN BROWN AM THE PETIONER IN THIS CAUSE OF ACTION BEFORE THE COURT. PETITIONER PRAYS THAT THIS COURT EXERCISE IT'S GENEROSITY IN ALLOWING FOR ANY MISTAKES PURSUANT TO <u>RULE 2e)</u>. IN THAT I AM A LAYMAN AT LAW IN A STRANGE REALM OF LEGAL ARTISTRY SEEKING DUE PROCESS AND EQUAL PROTECTION OF THE LAW.

WHEREFORE PETIONER RESPECTFULLY REQESTS;

<u>1:</u> THAT AN EVIDENTIARY HEARING BE GRANTED _ALL ISSUESÑ

<u>2:</u> THAT THE COURT GRANT THE WRIT OF HABEUS CORPUS:

<u>3:</u>    ALL OTHER APROPIATE RELIEF:

REPECTFULLY SUBMITTED:                    DATED: June 3 2008

Norman Brown
NORMAN BROWN


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

# *VERIFICATION*

| STATE OF CALIFORNIA |
| COUNTY OF IMPERIAL |

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Norma B_____ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __Petitioner_____ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __3__ DAY OF: __June__ 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Norma B_____
(DECLARANT/PRISONER)

## *PROOF OF SERVICE BY MAIL*

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, __Robert Tolbert V-41765__ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / (NOT) A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002, CALIPATRIA, CALIFORNIA #92233-5002.

ON __June 3rd__ 20__08__ I SERVED THE FOREGOING: __Traverse and Mem. Pnts. Auth.__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

United States District Court
Southern District of California
Office of the Clerk
880 Front Street Rm. 4290
San Diego, CA. 92101-8900

Deputy Att. generals Office
110 West A Street, Suite 1100
San Diego, CA. 92101  P.O. Box 85266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __June 3 2008__        __Norma B_____
                                                 (DECLARANT/PRISONER)