NORMAN BROWN C-52068
P.O.BOX 5004
CALIPATRIA CA,92233
in/pro/se

ORIGINAL

FILED

JUN - 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIF:

NORMAN BROWN

      PETITIONER

         IN/PRO/SE

   V.

L.E. SCRIBNER

      RESPONDANT

         WARDEN

07-CV-2079 JAH(AJB)

petitioners pnts,auth.in support
of traverse to the return to pet.
habeus corpus and exibits in
support of pet;mem;pnts;auth;

MAGISTRATE JUDGE:
THE HONORABLE ANTHONY J. BATTAGLIA

# TABLE OF CONTENTS

PG;

MEMORANDUM OF POINTS AND AUTHORITIES                    2.

INTRODUCTION                                           2

ARGUMENT                              3.    8.    11.

 (1) DUE PROCESS                                        3.

            AS PETITIONER IS UNLAWFULLY COMMITTED
              WITHIN CALIFORNIA PAROLE SCHEME
                IN VIOLATION OF HIS FEDERAL DUE PROCESS

  (2)REQUEST FOR EVIDENTIARY HEARING                    8.

  (3)MISCARRIAGE OF JUSTICE                            11.

   PRAYER FOR RELIEF                                    13


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

i

## TABLE OF AUTHORITIES

1  BOUNDSV.SMITH430 U.S.817(1977)

2  BURDEN V.JOHNSON(supra)975 f2d at 693-94

3  CASES V.NEBRASKA 381 US 336 337(1965)

   EX PARTE LANGE 85 US 18wall 163(1873)

4  EX PARTE MILLIGAN 71US 4wall 2(1866)

5  EX PARTE WILSON114 US 417(1885)

6  EX REL JENNINGSV.RAGEN 358 US 276 277(1959)

   FRANK V.MANGUM 237 US 309(1915)

7  GARLOTTE V.FORDICE 515 US 39(1995)

8  HARRIS V.PULLEY 692 f2d 1189 1197 (9cir)(1982)

9  HILL V.ALASKA 297 f2d 895 897 (9cir2002)

   IN RE CONVERSE137 US 624 (1891)

10

11 LITTLE LIGHT V.CRIST 649 f2d 682(9cir1981)

12 LONCHAR V.THOMAS 517 US 314 320 21 324 26 228 29 (1996)

   MANN V. ADAMS 320 US 220 221(1943)

13 MORRISEY V.BREWER 408 US 471(1972)

   PALMER V. HOFFMAN 318 US 109(1943)

14 PRESIER V.RODRIQUEZ 411 US 475(1973)

15 PURKETT V.ELAM 514 US 765 (1995)

16 REED V.ROSS468US 1(1984)

   ROGERS V.MAGGIO(supra) 714 f2d at 151

17 RUFF V.KINCLOE 843 f2d 1240 (9cir1988)

18 SUMNER V.MATAII 455 US 591 593 (1982)

19 STONE V.POWELL428 US 465 (1976)

   THAMES V.DUGGER (supra)848 f2d at 151

20 TOWNSEND V. SAIN (supra) 372 US 293 9 1ed 2d 770 787 318 319(1963)

21 UNITED STATES V.BUTT(supra)731 f2d at 77

22

23

24

25

26

27

11

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

TABLE OF AUTHORITIES CONT..

UNITED STATES EX REL GRIFFIN V.VINCENT 359 fsupp 1072 1072 1073
S.D.N.Y.(1973)

UNITED STATES V.OLANO 507 US 725(1993)

UNITED STATES V.YOUNG 470 US (1985)

WINGO V.WEDDING 418 US 461(1974)

WOLF V.MCDONNELL 418 US 539 (1974)

YATES V.EVATT 499 US 391 (1991)

MCLESKY V.ZANT 499 US at 494-17

CASE V.NEBRASKA 381 US 336 337 (1965)

CARTER V.KENTUCKY 450 US 288 67 led 2d 241 01 SCT.112

SCLUP V.DELO 513 US 298  308-10 n.18(1995)

HABEUS RULE 6

HABEUS RULE 7

28 USC 2254 d

28 USC 2254 d(1)(8)

28 USC 2243

18 USC 3006(A)

US CONST. ART 1-9(2)

RULE 2(e)

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

## EXHIBITS

PAGE.

1        PETITONERS REGISTER OF APPEALS (fourth dist)        15.

                                                             16.
2        AMENDED ABST. OF JUDGMNT. DATED:NOVEMBER 16 1982(non filed)

3        AMENDED ABST. OF JUDGMT.DATED NOVEMBER 16 1982(filed)   17.

4    PETUTIONERS (chrnological history form) (112)              18.

5    LEGAL STATUS SUMMARY SHEET (1998)                          19.

6    LEGAL STATUS SUMMARY SHEET (2007)                          20.

7    TRANSFERRED PETITION (case)ç 07-fo5269 (DEPT.25)           21.

8    TRANSFERRED PETITION "RECIEVED" 7-13-07 (SAMANO)clerk of court;
                                                                22.

9    THE CALIFORNIA STATE SUPREME COURT LOSING (pet;for review) 23.

10.  Transferred Petition    Denied 12-12-07                    24.

11   minutes          Dated: Nov. 16 1982                       25



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

1  NORMAN BROWN C-52068

2  P.O. BOX 5004

3  CALIPATRIA CA. 92233

4  IN PRO SE

Original)

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    FOR THE SOUTHERN DISTRICT OF CALIFORNIA

9

10  NORMAN BROWN                    07-cv-2079 JAH(AJB)

11        PETITIONER

                                POINTS AND AUTHOR.IN SUPPORT OF
12        V.    in/pro/se
                                TRAVERSE TO THE RETURN TO PETIT:
13  L.E. SCRIBNER                   HABEUS CORPUS AND EXIBITS IN

14        RESPONDANT               SUPPORT OF PETIT:MEMORDM:PNTS.AUTH:

15        WARDEN:

16   PETIONER HEREBY TRAVERSES THE RETURN OF THE RESPONDANT AND FURTHER

17  OBJECTS TO SEVERAL LODGEMENTS THAT THE RESPONDANTS ENTERED IN HIS

18  RETURN,HOWEVER PETIONER DOES SUBMIT "EXIBITS"ATTACHED TO

19  HIS MEMORANDUM IN SUPPORT OF HIS TRAVERSE WHEREFORE PETITIONER

20  IN HIS TRAVERSE PRESENTS;

21

22  ~~one~~

    ~~THAT~~ HE IS THE PETITIONER IN THIS CAUSE OF ACTION IN THE CUSTODY

23  OF L.E.SCRIBNER RESPONDANT WARDEN, CALIPATRIA STATE PRISON

24

25  two THAT THE CAUSE OF PETITIONERS DETENTION IS THE ABSENCE OF

26        VALID ABSTRACT OF JUDGEMENT TO INCLUDE PETIONER IN

27                    "CALIFORNIA'S PAROLE SCHEME"



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

1.

three; THAT THESAID DETENTION IS UNLAWFUL AND IMPROPER IN
VIOLATION OF PETITIONERS CONSTITUTIONAL RIGHTS
AND THAT HE BE ALLOWED FAIR CORRECTIVE PROCESS TO
CURE UNLAWFUL CUSTODY

four; PETITIONER IS ENTITLED TO AN EVIDENTIARY HEARING.

five; PETITIONER IS ENTITITLED TO BE DISCHARGED FROM HIS PRESENT
CONFINEMENT AS HE HAS BEEN DENIED LIBERTY
"WITH OUT DUE PROCESS"

six; THAT PETITIONER MUST OBJECT TO THE RESPONDANTS
INCORPORATION AND INTERPRETATION OF PETITIONER BEING
"LAWFULLY IN CUSTODY"

seven; THAT THE PETITIONER HAS BEEN DEPRIVED OF SUB STANTIVE
DUE PROCESS BY STATE ACTORS "UNDER COLOR OF LAW" IN WHICH
RESULTED IN"MANIFEST MISCARRIAGE OF JUSTICE"

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

PETITIONER WILL SHOW THIS COURT THRU "EXIBITS" PROVIDED BY HIM AND
THRU THE RESPONDANTS LODGEMENTS, THAT THE RESPONDANTS HAVE
EXONERATED PETITIONER AND ADMITTED THRU THIER LODGEMENTS THAT
PETITIONER IS UNLAWFULLY HELD IN THE DEPARTMENT OF CORRECTIONS, NOT
FROM A VALID COURT ORDERD DUE PROCESS. THE RESPONDANTS ALLEGED
LETTER TO PETITIONERS SENTENCING COURT IN 1993, NEVER RECIPROCATED
AND DELIVERD TO C.D.C.R. "ANY KNOWN" VALID AMENDED ABSTRACT DATED 199
"1993"

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

INTRDUCTION cont...

1  RESPONDANT INSTEAD "SUBMITTING IN HIS LODGEMENTS", WHAT PETITIONER

2  HAS PLED ALL ALONG. HIS COMMITTMENT DOCUMENTS ARE A PRODUCT OF

3  "MISCARRIAGE OF JUSTICE", OF STATE ACTORS WHO HAVE INCLUDED

4  PETITIONER INTO CALIFORNIA'S PAROLE SCHEME UNCONSTITUTIONALLY AND

5  UNDOCUMENTED.

6                PETITIONER FURTHER THRU EXIBITS "SHOWS

7                  A TRIAL JUDGE" IN VIOLATION OF PETITIONERS

8                    DUE PROCESS, "EIGHTEEN YEARS" INTO PETITIONERS

9                      SENTENCE SENDING A LETTER TO C.D.C.R TO "CHANGE

10  AN OFFENSE CODE" TO PETITIONERS CHARGES ON RECORD WITHIN THE DEPT.

11  RECORDS IN WHICH C.D.C.R. COMPLIED. THIS UNCNSTITUTIONAL NEXUS

12  BETWEEN THE TWO AGENCIES AMOUHT TO MISCARRIAGE OF JUSTICE AS

13  APPLLIED TO PETITIONER CONTINUOSLY TAKES PETITIONERS LIBERTY

14

15                INTERSTS AND CONCERNS AWAY WITH OUT
                      "WITH OUT DUE PROCESS"

16  _____

17  LEGAL ARGUMENT

18  DUE PROCESS

19

20  PETITIONER IS UNLAWFULLY IN THE CUSTODY OF C.D.C.R FROM AN UNCONS-

21  TITUTIONAL TERM BEING ILLEGALLY APPLIED TO HIM TO INCLUDE HIM IN

22  CALIFORNIA'S PAROLE SCHEME IN VIOLATION OF DUE PROCESS AND FEDERAL

23  LAW.

24

25      UNDER EX PARTE WILSON 114 U.S.417 420-21 1885N IT HAS BEEN

26  WELL ESTABLISHED THAT HABEUS RELIEF AVAILIABLE IF THE SENTENCE

27  EXCEEDS THE JURISDICTION OF THE COURT OR THERE IS NO AUTHORITY TO



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

1   HOLD HIM UNDER THE SENTENCE. IN THIS CASE
2   IN THE RESPONDANTS ANSWER,MEM. POINTS,AUTH. PG.6 thru13.THE RESPO
3   NDANTS "ADMIT"..PG.6,at,11,12,13,"UPON RECIEVING C.D.C.R. LETTER
4   THE SENTENCING COURT "ISSUED"AN AMENDED ABSTRACT THAT CORRECTED
5   THE SENTENCE DISCREPANCY.".
6   RESPONDANTSLODGEMENT(6)of thier notice of lodgement;PG.2at.1, STIP
7   ULATE THE YEAR 1983 OF C.D.C.R. LETTER. PETIONER DENIES RESPONDANT
8   AS THERE CLEARLY IS NO RECORD OF A "RECIEVED" 1983 ABSTRACT
9   IN REPONDANTS LODGEMENTS MAKING C.D.C.R. WITH NO AUTHORITY TO INC.
10  LUDE PETITIONER IN THIER PAROLE SCHEME.
11          THE RESPONDANTS SUBSTITUTE LODG.1. OF THIER NOTC.
12  LODG.PG.1,at24.(AMEND.ABST.JUDG.)DATED,NOV.16,1982),AS THE
13  DOCUMENT "RECIEVED" FROM THIER 1983 LETTER.(see PG.6at 11,12,13,)
14  of RESPONDANTS MEM.PNTS.AUTH...(sentencing court "issued'an Amend.
15  Abstr.ofJudgment..
16
17  LODGEMENT 1)..CAN IN NO WAY SUBSTITUTE TO HOLD PETITIONER
18  LET ALONE SET HIS PAROLE DATE."THERE SIMPLY BY CLEAR AND CONVIN
19  CING EVIDENCE ANY JUSTIFICATION TO DETAIN PETITIONER."
20  PETITIONER HAS BEEN HELD IN THE CUSTODY AND UNDER THE PAROLE
21  OF C.D.C.R WITH OUT A VALID SENTENCE OR COMMITTMENT DOCUMENTS.
22  C.D.C.R. RESPONDANTS BY "CLEAR AND CONVINCING EVIDENCE"EXONERATE
23  PETITIONER"..
24          "AS NO 1983 ABSTRACT EXISTS IN RECORD".
25
26
27

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

4.

cont...

1   TO LEGALLY HOLD PETITIONER THERE HAS TO BE A CLEAR DIFFERNCE

2   BTWEEN THE 1983 letter and the 1982).amend. abstract.THE RESPONDANT

3   ACERTAINMENT OF FACTS CLEARLY REFLECT PETIONER AS BEING ILLEGALLY

4   AND WITH OUT DUE PROCES,HELD IN C.D.C.R WITH OUT A LEGAL PAROLE DAT

5   E. OR LEGALLY IMPOSED TERM.PETITIONER IS ENTITITLED TO RELIEF AS

6   HIS SENTENCE IS "VOID".FRANK V. MANGUM 237 at327(supra).

7   DUE TO PETITIONERS FACTS EXPRESSED HE IS ENTITILED TO UNCONDIT...

8   IONAL RELEASE.MORRISEY V. BREWER 408 U.S.471(1972),BURTON V.

9   JOHNSON(supra)975f2d at693-94,CARTER V. KENTUCKY(1981)450 U.S.288

10  67Led 2d 241 101 S.CT 1112) PETITIONERS CIRCUMSTANCES WARRANT

11  PRIESER V. RODRIGUEZ(supra),IMMEDIATE RELEASE,AS CONTINUED CONFINE

12  MENT COMPOUNDS CONSTITUTIONAL VIOLATIONS ALREADY SUFFERED BY PET

13  ITIONER AND AS "LAW AND JUSTICE" REQUIRE IN VIEW OF 28 U.S.C.2243)

14  and CASE V. NEBRASKA 381 U.S.336 337(1965).

15

16      PETITIONER SUBMITS (exbit 5 )OF HIS ATTACHED EXIBITS PG.19 ).

17  PETITIONER ARRIVED INTO C.D.C.R. AUGUST 19 1982;(chrono,112,form).

18

19      PETITIONER SUBMITS:(exibit 1 )OF HIS ATTACHED EXIBITS PG.15 ).

20  PETITIONERS REGISTER OF APPEALS FOURTH DIST.CT.OF APPEAL...

21  SEE..NOVEMBER 16 1982.at NOV.9;.COURT CLERK FILED EXT OF TIME

22  TO JAN 10 1983; "PETITIONER ON DIRECT APPEAL".

23      PETITIONER SUBMITS(exibit 2 )PG. 16 ).

24  UNVERIFIED AMEND.ABSTRCT,SENT TO THE DEPT. OF CORR.UNDOCUMENTED

25  FOR PETITIONERS TERM TO BE CALCULATED FROM :NOVEMBER 16 1982.

26

27



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

PETITIONER SUBMITS:EXIBIT 3 ).OF HIS ATTACHED EXIBITS PG.(7 ).

A COPY OF RESPONDANTS LODGEMENT 1..of RESPONDANTS NOTICE OF LODG..
PG.1at24..(CERTIFIED AMEND. ABST.OF JUDG.)DATED NOVEMBER16, 1982.

 PETITIONER SUBMITS EXIBIT I( ).OF HIS ATTACHED EXIBITS PG.25).
CERTIFIED MINUTES IN RE: MODIFICATION OF JUDGEMENT DATED
NOVEMBER 16 1982; PETITIONERS COPY PURPORTEDLY A COPY OF RESPNDANT
COPY OF RESPNDANTS LODMEMT 7.PG.2 at2.

 PETITIONERS EXIBITS 2 ).NON FILED AMEND. ABST.DATED NOV.16 1982.
PETITIONERS EXIBIT  )MINUTES DATED NOV.16 1982,MODIFICATION OF JUG.
THE (TWO)FORE MENTIONED EXIBITS HAVE EXISTED IN PETITIONERS
CENTRAL FILE FOR THE PAST TWENTY FOUR YEARS HIS TERM AND PAROLE
DATE,CALCULATED FROM:IT HAS YET TO BE DETERMINED WHEN EXIBIT  )
ARRIVED TO C.D.C.R. AS THERE ARE NO KNOWN DOCUMENTED RECORD OF
IT ARRIVING INTO C.D.C.R.

        THIS WHOLE CASE REVOLVES AROUND THE RESPONDANT ATTEMPTING
TO DECIEVE THIS COURT TO CLOUD THE FACT THAT PETITIONER DISPLAYS
TO THIS HONORABLE COURT "BY CLEAR AND CONVINCING EVIDENCE" THAT
NOVEMBER 16 1982; WAS AT A TIME THE PETITIONER WAS ON DIRECT
APPEAL AND HIS TRANSCRIPTS WHERE IN A COURT CLERKS OFFICE
(KATHERINE G. SMITH). THE QUESTION POSED;"WHO SENT THE 1982 amend
abst. and where is the 'FILED" STAMP AND WHEN DID THE RESPONDANTS
GET THEIRS ON THEIR LODGEMENT? NIETHER QUESTION SUFFICING THE FACT
THEIR STILL LACKS LEGAL DOCUMENTS TO DETAIN PETITIONET INTER ALIA:
        "A RECIEVED 1983 AMEND. ABSTRACT"

_____



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 98 10924

6.

1  SEE EXIBIT  ).THE STATE BLACKS OUT TRAVELES OF PETITIONERS

2  TRANSCRIPTS  EXIBIT  )OF PETITIONERS ATT.EXIBITS. PG. 15

3

4     PETITIONER CITES IN HIS CASE <u>GARLOTTE V. FORDICE</u> 515 U.S.39 44

5  47(1995). CITES PETITIONERS CLAIM THAT IF SUCCESSFUL WOULD

6  ADVANCE PETITIONERS RELEASE DATE IS ENOUGH TO PERMIT THEM TO

7  ENVOKE THE GREAT WRIT. <u>REED V. ROSS</u> 468 U.S.1,10(1984).InRe...

8     <u>CONVERSE</u>137 U.S.624 631 (1890).

9

10     <u>FOR THESE REASONS PETITONER ASKS THIS COURT TO DISCHARGE</u>

11                    <u>THE PETITIONER</u>

12

13  _____

14  PETITIONER ASSERTS THAT THE THE PROCEDURES THAT C.D.C.R.USED TO

15  "ACCEPT AN INVALID AMEND.ABST.(UNFILED AS AN ORDER OF COURT)":

16  "OFF THE RECORD",THEIR AGENCY THEN CALCULATING PETITIONER PAROLE

17  DATE FROM,VIOLATES DUE PROCESS THEREFORE MAKING THEIR PAROLE

18  SCHEME IN VIOLATION OF <u>HILL V.ALASKA</u>(9cir)2002 AND THE 14 AMEND:

19  TO THE CONSTITUTION AS SET FORTH IN <u>MORRISEY V.BREWER</u> 408 U.S.

20  471(1972)AS ANY CHANGE OF A LEGAL PAROLE DATE WAS "TERMINATED" AS

21  C.D.C.R. PLACED THE FRAUDULENT AMEND. ABST.INTO PETITIONERS FILE

22  AND SUBSEQUENTTLY PARTICIPATED 18 YRS. LATER IN CHANGING

23     PETITIONERS OFFENSE CODES TO HIS CHARGES ON FILE WITHIN THE

24  TERM CALCULATION/PAROLE SCHEME OF C.D.C.R:"ALL ACTS RISING TO A

25  LEVEL TO DETAIN PETITIONER "WITH OUT DUE PROCESS"<u>EX PARTE WATKINS</u>

26  (supra)28 U.S.(3Pet.)at202-03;

27          <u>PETITIONER REQUEST DISCHARGE FROM CONFINEMENT</u>

EVIDENTIARY HEARING

1  PETITIONER DENIES RESPONDANTS BELIEF THAT HE IS NOT ENTITILED

2  TO RELIEF.AS THERE IS ABSENCE OF STATE RECORD OF COMMITTMENT

3

4              LEGAL ARGUMENT:

5       THIS IS A MANDATORY HEARING CASE

6  A FUNDAMENTAL MISCARRIAGE OF JUSTICE WOULD RESULT FROM FAILURE

7  TO HOLD HEARING.McCLESKY V.ZANT(supra).499,U.S.at,494

8   THE PRESUMPTION OF CORRECTNESS CODIFIED,28 USC 2254(d) PURKETT

9    V. ELAM 514 U.S.765 769(1995) SUMNER V. MATA II 455 U.S.591,593,

10   (1982).LITTLE LIGHT V.CRIST (9cir)(1991)ROGERS V.MAGGIO(supra)

11  THAMES V.DUGGER(supra)YATES V. EVATT(supra)(1991).

12

13   IN THIS CASE THE MTERIAL FACTS REVOLVE AROUND ABSENT VALID RECORD

14   OF COMITTMENT OF PETITIONER INTO C.D.C.R.,AS WELL AS THE VALIDITY

15  OF PRESENT COMMITTMENT DOCUMENTS.PETITIONER CHALLENGES THE VALID

16  ITY, OF ALL OF THE LODGMNTS,FROM RESPONDNTS. IN THIS CASE AS PET

17  ITIONER BELIEVES THE RESPONDNTS, LODGEMNTS. MISLEAD THE COURT AS

18  WELL AS THE DETERMINATION OF THE TRUE FACTS PALMER V. HOFFMAN 318

19  U.S.109(1943).      IN THIS CASE THE RESPONDANTS SUPPRESSION OF

20  MATERIAL EVIDENCE INTER:ALIA :(a 1983 amended abstact);THIS SUPRE

21  SSION OF DOCUMENT SERIOUSLY PREJUDICES PETITIONERS FREEDOM AS WELL

22  AS EXONERATES PETITIONERS DETENTION IN C.D.C.R UNITED STATES V.

23  BAGLEY(supra). THE EVIDENCE PRESENTLY BEFORE THE COURT "IN VIEW"

24  OF THE RESPONDANTS LODGEMENTS "WITH OUT AN EVIDENTIARY HEARING",

25  LEAVES FACTUAL DISPUTES SEEMINGLY UNRESOLVED IN ESSENTIAL TOTALITY

26       UNITED STATES EX REL. GRIFFEN V. VINCENT 359f.supp 1072

27  1073 S.D.N.Y.(1973).

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

1 IN THIS CASE PETITIONER ASSERTS THAT THE RESPONDANTS IN THEIR ANS-

2 WER, TO PETITIONERS HABEUS CORPUS MEMOR, POINTS, AUTH. PG.2 8-15.

3 RESPONDANTS STIPULATES THAT C.D.C.R. SENT "A LETTER" TO THE SENT-

4 ENCING COURT IN 1983(at11 of pg.2)OF RESP. MEM. PNTS. AUTH. AND

5 THAT UPON RECIEVING C.D.C.R.LETTR THE SENTENCING COURT "ISSUED" AN

6 AMEND. ABST. OF JUDGM.CORRECTING THE SENTENCE (pg.2 13thru15).see..

7 at 15of pg.2):TнE RESPONDANTS DIRECTS TO LODGEMENTS SUPPORTING

8 THEIR ANSWER (notice of lodgmts),LODGM.1 and 7;(AMEND ABST. AND--

9 THEIR MINUTES) BOTH SUBMITTED DOCUMENTS ARE DATED 1 year PREVIOUS

10 (1982)THAN THE RESPONDANTS SAID "MATCHIING" LODGMENT(6).NOT ONLY-

11 DOES THE RESPONDANT LACK MATCHING SENTENCING TRANSCRIPTS HE LACKS

12 THE ACTUAL"1983"AMEND. ABSTR. THEREFORE RESPONDANT LACKS REASONS

13 FOR PETITIONERS SENTENCE AS WELL AS VALID COMMITTMENT DOCUMENT-

14 TATION, IT IS WELL SETTLED IN ROGERS V. MAGGIO(supra)THEIR LIES NO

15 VALIDITY ABSENT REASONS FOR SENTENCE.FAILURE TO HOLD HEARING WOULD

16 RESULT IN FUNDAMENTAL MISCARRIAGE OF JUSTICE,C.D.C.R CANNOT RELY ON

17 A LETTER TO DETAIN PETITIONER LEGALLY

UNITED STATES EX REL. JENNINGS(supra)358at277.

_____

20 PETITIONER TECHNICALLY HAS BEEN HELD BY THE RESPNDTS.FROM A

21 "LETTER"(SENT UN-RESPONDED TO)FROM THE SENTENCING COURT

22 PETITIONER ENTITLED TO HEARING

23 (CITES)WILLIAMS V. KULLMAN(supra),UNITED STATES V.BUTT(supra)

24 UNITED STATES EX REL MANN 320 U.S.220 221(1943)RUFF V.KINCLOE

25 (9cir)(1988).

26

HABEUS RULE 6

27 PROVIDES FOR DISCOVERY AND APPT.OF COUNS.PUR.3006(A)

IF NECCESSARRY FOR EFFECTIVE UTILIZATION OFDISCOVERY PROC.

## HABEUS RULE 7

PROVIDES FOR EXPANSION OF THE RECORD

THE SUPREME COURT HAS CONSISTANTLY HELD THAT THE STATE FACTUAL
DETERMINATIONS NOT FAIRLY SUPPORTED BY THE RECORD CANNOT BE CONCL-
USIVELY OF RIGHTS..WHERE FUNDAMENTAL LIBERTIES OF THE PERSON ARE
CLAIMED TO BEEN INFRINGED,WE CAREFULLY SCRUTINIZE THE STATE COURT
RECORD (cites)THE DUTY OFTHE FEDERAL DISTRICT COURT ON HABEUS

IS NO LESS EXACTING         TOWNSEND V. SAIN (supra)372 U.S.293-(1963)

  THE CALIF. DEPT. OF CORR. DETAINMENT OF PETITIONER, THEIR APPL-
APPLICATION OF TEIR PAROLE SCHEME , WITH OUT EVER RECIEVING A 1983
AMENDED ABSTRACT DEFERS TO OFFER THAT PETITIONERS TERM HAS NEVER
EXISTED DOCUMEMENTED PER DUE PROCESS AS REQUIRED. PETITIONERS
PAROLE ACCESSMENT ALSO VILATES FEDERAL LAW STANDARDS AS NO PERSON
SHALL BE HELD,FROM A PROCESS NOT DERIVING FROM DUE PROCESS OF LAW.
    AFTER CAREFUL REVIEWAND A GRANT OF A HEARING TO DETERMINE
    "STATE ACTORS"RESPONSIBLE,HEARING IS IN ORDER AS DISMISSAL
DENIES PETITIONER THE PROTECTIONS OF THE "GREAT WRIT"ENTIRELY.
RISKING INJURY TO AN IMPORTANT INTEREST IN HUMAN LIBERTY;

        LONCHAR V.THOMAS 517 U.S.314 320-21 324-26 328-29(1996)

        CARTER V.KENTUCKY(supra)(1981)

---

THIS IS A MANDATORY HEARING CASE AS "STATE ACTORS"WHO HAVE CREATED
PETITIONRES CONSTITUTIONALLY VIOLATIVE SITUATION HAVE TO BE SOUGHT
TO PROTECT THE INTEGRITY OF THE JUDICIAL SYSTEM AND TO EXONERATE
AND RELEASE PETITIONER

                        RESPECTFULLY SUBMITTED:

                        NORMAN BROWN

                        Norman Br~~

DATE: June 3 2008

<u>MISCARRIAGE OF JUSTICE</u>

1

2  PETITIONER AFFIRMATIVELY ASSERTS AGRAND CONSPIRACY  HAS BEEN APPL-

3  IED TO HIM BY STATE ACTORS  "UNDER THE COLOR OF LAW"IN THE FORM OF

4      MANIFEST MISCARRIAGE OF JUSTICE;STATE JUDGES, COURT CLERKS,AND

5  C.D.C.R.OFFICIALS,<u>UNDER THE COLOR OF LAW"</u>,HAVEPERFORMED CONJUN-

6  CTIVE ACTS TO DENY PETITIONER LIBERTY GUARANTEED HIM UNDER FEDERAL

7  DUE PROCESS THAT NO ONE SHALLBE DETAINED IN VIOLATION OF FEDERAL

8  LAW

9

10                          LEGAL ARGUMENT

11

12     THE TERM MISCARRIGE OF JUSTICE MEANS ANY ERROR THAT SERIOUSLY

13  AFFECTS THE FAINESS,INTEGRITY OR PUBLIC REPUTATION OF JUDUCIAL

14  PROCEEDINGS,INDEPENDANTLY OFDEFANDANTS INNOCENCE <u>UNITED STATES</u>

15  <u>V.YOUNG</u> 470 U.S. 1-15;<u>"MEANIFUL ACCESS TO COURTS"</u>AND<u>"THE RIGHT</u>

16  <u>TO COURTS"</u>...THE DUE PROCESS CLAUSEASSURES THAT NO PERSON WILL BE

17  DENIED THE OPPORTUNITY TO PRESENT TO THE JUDICIARY ALLEGATIONS

18  CONCERNING FUNDAMENTAL VIOLATIONS OF CONSTITUTIONAL RIGHTS

19  <u>BOUNDS V.SMITH</u>(supra) <u>WOLF V.MCDONNELL</u>(SUPRA

20

21     IN THE RESPONDANTS ANSWER MEM.PNTS.AUTH. PG.5,19thru23,THE RESP-

22  ONDANT ASSERTS THAT PETITIONER HAS CONCIEVED"A GRAND CONSPIRACY",

23  AGAINST HIM IN WHICH FRAUDULENT COURT RECORDS HAVE BEEN FABRICATED

24  TO KEEP HIM IN PRISON,UPON WHICH HIS RELEASE DATE HAS BEEN CALCUL-

25  ATED: PETITIONER SUBMITS EXIBIT  ):EXIBIT  )AND EXIBIT  ).

26     EXIBIT  )AT 3-11-99 OF PETITIONERS "C.D.C.R."CHRONOLOGICAL

27  HISTORY FORM CLEARLY RECITE,"LETTER FROM COURT"TO"CHANGE OFFENSE

1  CODE"COUNTS 6 and 7. EXIBIT )PETITIONERS (1998)LEGAL STATUS SUMM-

2  ARRY "BEFORE"THE LETTER: EXIBIT )PETITIONERS LEGAL STATUS SUMMARY

3  "AFTER"THE LETTER: NOT ONLY WHERE "TWO"COUNTS CHANGED BY C.D.C.R.:

4  C.D.C.R."CHANGED THREE COUNTS" OFFENSE CODES:A JUDICIAL ACT

5  PERFORMED BY TWO AGENCIES AGAINST PETITIONER BY LETTER.THIS ACT

6  NOT LISTED IN RESPONDANTS ANSWER MEMOR. PNTS.AUTH.

7

8  EXIBIT )PETITIONER IN (2007),ATTEMPTING TO PRESENT ALLEGATIONS

9  CONCERNING VIOLATIONS OF HIS CONSTITUTIONAL RIGHTS,HIS TRANSFERRED

10 PETITION "SIGNED" FOR BUT NOT "FILED"BY CLERK (SAMANO):IN VIOLAT-

11 ION OF U.S.CONST.ART-1-9(2):SUSPENSION OF WRIT

12 EXIBIT )THE COMMITTING COURT DENYING PETITIONERS WRIT (5)months,

13         "AFTER"IT WAS RECIEVED TO BE FILED:DENIAL OF ACCESS TO COU

14         COURT AND ALSO TECHNICALLY SUSPENDING WRIT:

15             BOUNDS V.SMITH(supra) WOLF V.MCDONNELL(supra):

16 EXIBIT )THE CALIF.SUPREME COURT DENIED PET.ACCESS TO COURT AND

17         ALSO FAILED TO PROVIDE PETITIONER "EXACT DATE" OF

18         "LOST SHIPMENT" SO THAT THE PET: COULD TRACK/TRACE U.P.S.:

19

20 IT IS THE FOREMENTIONED ACTS,WHICH INCLUDE THE "NEXUS"BETWEEN,AND

21 "LINKING"THE COMMITTING COURT VIA "A LETTER"WHICH WAS ACTED UPUN

22 AND COMPLETED BY C.D.C.R. OFFICIALS "UNDER THE COLOR OF LAW"

23 WHICH BY CLEAR AND CONVINCING EVIDENCE"SPELL THE "GRAND CONSPIRACY"

24 INTER:ALIA,MANIFEST MISCARRIAGE OF JUSTICE"THAT THE RESPNDT.

25 DENIES EXISTS.THEIR BELIEF BASED, EVEN THOUGH IT IS THEY WHO

26 HAVE NOT PRODUCED THE PRODUCT OF THEIR OWN "LETTER TO SENTENCING

27     COURT.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

PETITIONER ASKS THIS COURT TO DETERMINE IF THE DETAINING COURT
/C.D.C.R. ACTED "WITHOUT AUTHORITY"IN PERFORMING JUDICIAL ACTS
WITH NO REGARD TO FEDERAL LAW AS WELL AS PETITIONERS RIGHTS
THE PETITIONER BEING THE FOCUS OF "MANIFEST MISCARRIAGE"OF JUSTICE
~~EX PARTE MILLIGAN(supra)71 U.S.(18wall)at166 EX PARTE MILLIGAN~~

EX PARTE LANGE(supra)85(18Wall)at166:EX PARTE MILLIGAN
(supra)71(4wall)at116,118 IN RE CONVERVSE 137U.S.624 631(1890);

PETITIONER EXPRESSLY ASKS THIS COURT TO PROVIDE RULE (7)TO
TO SUPPLEMENT THE RECORD:IN SUPPORT OF MANIFEST MISCARRIAGE
OF JUSTICE

---

PRAYER FOR RELIEF

---

_PETITIONER THROUGH HIS POINTS AND AUTHORITIES AND HIS TRAVERSE TO
THE RESPONDANTS ANSWER, HAS BY CLEAR AND CONVINCING EVIDENCE WON
RELIEF VIA THE VEHICLE THIS DISTRICT COURT DEEMS FIT IN THE
INTERST OF JUSTICE,AS PETITIONER HAS MET THE BURDEN REQUIRED OVER-
ALL TO ESTABLISH THE TRUTH OF HIS ARGUMENT.
USCA 5 6 8 14;EQUAL PROTECTION: THE BILL OF RIGHTS:
     PETITIONER ASKS THIS COURT TOPERFORM ITS FUNCTION.
          STONE V. POWELL428U.S.465,494n.35(1976)
_UNITED STATES V.OLANO,507US725736-37(1993)
PETITIONER IS PROPERLY BEFORE THIS COURT HILL V.ALASKA(9cir)2002:
petitioner NORMAN BROWNin/pro/se is the petit;in this cause of act-
be fore this court petitioner prays that this court exercise its
generosity in allowing for any mistakes per;rule(2e);

PETITIONER REQUEST DISCHARGE EVIDENCIARY HEARING,ANY/and ALL
RELIEF THIS COURT DEEMS FIT          REPECTFULLY SUBMITTED
          DATED: JUNE 3 2008          Norm-B

13.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

*Register of Appeal*

# Fourth Appellate District, ___ 14717

**RIVERSIDE** ___ County HON. JOHN H. BARNARD ___ Judge

DIVISION TWO
Superior Court No. CR-19235 ___ Notice of Appeal Filed: J-10-7-82

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA<br><br>Plaintiff and Respondent<br><br><br><br>vs<br><br><br>NORMAN ANTHONY BROWN<br>Defendant and Appellant<br>Subst.<br>Atty.<br>12-2-82 | ATTORNEY GENERAL<br>110 W. "A" St., Ste. 600<br>San Diego, Ca. 92101<br><br><br><br><br><br>(In pro per) Riverside County Jail<br>11th and Orange, Riverside  92501<br>Edison P. McDaniels, 1566 N. "D" S<br>San Bernardino, Ca. 92405 |

| | |
|---|---|
| OCT 20 1982 | REC'D COPY NOTICE OF APPEAL    SENT REQUEST FOR COUNSEL FORM |
| OCT 28 1982 | Rec'd copy of County Clerk's Amended Notice to Prepare Transcript on Appeal (to delete co-defendant), dated 10-26-82. |
| NOV 9 1982 | FILED EXT OF TIME TO 1-10-83 (Reporter Katherine G. Smith) |
| DEC 2 1982 | Filed subst. of attys. |
| FEB 3 1983 | FILED RECORD ON APPEAL C -1- , R -5- |
| MAR 10 1983 | FILED COPY OF NOTICE RULE 17(c) |
| MAR 18 1983 | FILED EXT OF TIME TO 4-17-83 AOB |
| APR 29 1983 | FILED APPELLANTS OPENING BRIEF |
| JUN 8 1983 | FILED EXT OF TIME TO 7-2-83 RB |
| JUN 20 1983 | FILED RESPONDENTS BRIEF |
| JUL 27 1983 | ORDER OF SUBMISSION |
| JUL 27 1983 | BY THE COURT:<br>Judgment affirmed  (non-pub.) Rickles, J.,<br>We concur:  Morris, P.J., McDaniel, J. |
| SEP 30 1983 | REMITTITUR TO COUNTY CLERK |
| JUN 27 1986 | ORIGINAL RECORD SHIPPED TO RECORD CENTER — |
| | STATE RECORDS CENTER<br>1501 CERMAN STREET<br>WEST SACRAMENTO, CA 95691 |

LIST NO. 30
BOX NO. 107
SRC NO. 531214

# ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**

COURT I.D. **3 3**

BRANCH _____

PEOPLE OF THE STATE OF CALIFORNIA      **versus**     [X] PRESENT     CASE NUMBER(S)
DEFENDANT: NORMAN ANTHONY BROWN       [ ] NOT PRESENT     CR-19235  -A
AKA:      -B

COMMITMENT TO STATE PRISON     [X] AMENDED ABSTRACT     -C
ABSTRACT OF JUDGMENT      -D
      -E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 08, 10, 82 | 14 | JOHN H. BARNARD | A. MILLER |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| K. SMITH | P. MAGERS | Wm. BARNETT | D. MOORE, JR. |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

A. [X] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTION BY: JURY TRIAL | COURT TRIAL | PLEA | TERM (L.M.U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NONVIOL. | CONSECUTIVE FULL-TERM | INCOMPLETE SENTENCE (S) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 207 | KIDNAPPING | 81 | 07 | 07 | 82 | X | | | M | | | | | | X | 0 | 0 |
| 2 | PC | 211 | ROBBERY | 81 | 07 | 07 | 82 | X | | | M | | | | | | X | 0 | 0 |
| 3 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | (3) | 0 |
| 4 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 5 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

3. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| — | — | — |
| — | — | — |

5. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

4. OTHER ORDERS: Stay to become permanent upon completion of other counts.

| 6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A): | | |
|---|---|---|
| 7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]: | 48 | 0 |
| 8. TOTAL TERM IMPOSED: | | |
| 9. EXECUTION OF SENTENCE IMPOSED: | 69 | 0 |

A. [X] AT INITIAL SENTENCING HEARING     B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL     C. [ ] AFTER REVOCATION OF PROBATION     D. [ ] AT RESENTENCING PURS RECALL OF COMMITMENT

| 10. DATE SENTENCE PRONOUNCED MO | DAY | YEAR | CREDIT FOR TIME SPENT IN CUSTODY: | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDIT | STATE INSTITUTIONS |
|---|---|---|---|---|---|---|---|
| 08 | 10 | 82 | | 391 | 261 | 130 | [ ] DMH |
| | | | | INCLUDING: | | | |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:

[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
[ ] INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF FOR M
[ ] OTHER (SPECIFY): _____

## CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE      E. Jones      DATE   NOV 1 6 1982

*This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. §1203.01. Attachments may be used but must be incorporated by reference. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code

Form Adopted by the Judicial Council of California Effective Jan. 1, 1981

## ABSTRACT OF JUDGMENT — COMMITMENT
### FORM DSL 290

Pen.C. 1213.5.

DISTRIBUTION:

PINK COPY — COURT FILE.      YELLOW COPY — DEPARTMENT OF CORRECTIONS.      WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

# ABSTRACT OF JUDGMENT — COMMITMENT
## ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **RIVERSIDE**
BRANCH

COURT I.D. **3 3**

PEOPLE OF THE STATE OF CALIFORNIA  versus
DEFENDANT: NORMAN ANTHONY BROWN
AKA:

[X] PRESENT
[ ] NOT PRESENT

CASE NUMBER(S)
CR-19235 – A
– B
– C
– D
– E

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

[X] AMENDED ABSTRACT

DATE OF HEARING (MO) (DAY) (YR)  **08 10 82**

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTION BY JURY TRIAL | COURT TRIAL | PLEA | TERM (IL,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NONVIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (PC 669) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 7 | PC | 261(2) | FORC.RAPE(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 8 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 9 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 10 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 11 | PC | 288a(d) | ORAL COP(CONC) | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 7 | 0 |
| 12 | PC | 289 | PEN.W/FOREIGN OB | 81 | 07 | 07 | 82 | X | | | M | | | | X | | | 6 | 0 |

TOTAL | 48 | 0

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) C/F | S | I | 12022(b) C/F | S | I | 12022.3(a) C/F | S | I | 12022.3(b) C/F | S | I | 12022.5 C/F | S | I | 12022.6(a) C/F | S | I | 12022.6(b) C/F | S | I | 12022.7 C/F | S | I | 12022.8 C/F | S | I |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**3. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE:**  TOTAL | 48 | 0

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California
Effective July 1, 1981

## ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT FORM DSL 290-A

CRC (P)M
Pen. C. 1213.5.

DISTRIBUTION:    PINK COPY — COURT FILE,    YELLOW COPY —    .T OF CORRECTIONS,    WHITE COPY — ADMINISTRATIVE OFFICE OF THE

Case 3:07-cv-02079-JAH-AJB   Document 22-2   Filed 02/05/2008   Page 22 of 32

ABSTRACT OF JUDGMENT — COMMITMENT

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
BRANCH

PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT: NORMAN ANTHONY BROWN

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT

FORM DSL 290

F I L E D
RIVERSIDE COUNTY
NOV 1 6 1982
WILLIAM E. CONRADY, Clerk
L. Jones Deputy

| | | JUDGE | | CLERK |
|---|---|---|---|---|
| NOV 10 1982 | 14 | JOHN H. BARNARD | | A. MILLER |
| K. SMITH | | P. MAGERS | Wm. BARNETT | D. MOORE, JR. |

Stay to become permanent upon completion of other counts.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 991 | 262 | 130 | |

17.

ABSTRACT OF JUDGMENT — COMMITMENT
ATTACHMENT PAGE

FORM DSL 290-A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
BRANCH

PEOPLE OF THE STATE OF CALIFORNIA
DEFENDANT: NORMAN ARTHUR BROWN



17a.

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 2-1-93 | Intake/Transfer audit | hm | EPRD | 6-21-2026 |
| | Eth. 10-18-92 @A2 | | | |
| 3/25/93 | WCG applied thru 3/25/93 @ 2 | pg | epro '13 | 8/8/2026 |
| 5-18-93 | Rec'd CCT- IVB | M | | |
| 8-12-93 | WCL 90days log # WB 07/93-79 of 7-23-93 | can | A2 epird. | 10-7-2026 |
| 3-24-94 | Semi annual WCG thru 2-1-94 | uh | A2 epird | 10-7-2026 |
| 10-13-94 | Semi Annual WCG thru 7-31-94 | uh | A2 epird | 10-7-2026 |
| 2-22-95 | Semi annual WCG thru 1-1-95 | LA | A2 /epird | 10-7-202_ |
| 6-5-95 | A2 A1 eff 6-1-95 per 1286 @ 6-1-95 | | | |
| | WCG thru 5-31-95 | uh | A1 epird | 12-5-2018 |
| 6-8-95 | Maf adj. Corrected from 7-16-2050 | | | |
| | to 5-6-2050 | uh | A1 epird | 10-30-2018 |
| 9-5-95 | A1 D1 eff 7-19-95 per 1286 @ 7-28-95 | | | |
| | D1 A2 eff 7-28-95 per 1286 @ 8-3-95 | | | |
| | WCF 90 days log # WB07955l @ 7-19-95 | | | |
| | WCG thru 8-1-95 | uh | A2 epird | 10-4-2026 |
| 3-20-96 | Semi annual WCG thru 2-1-96 | uh | A2 epird | 10-4-2026 |
| 9-17-96 | OBIS UPDATE COMPLETED | | | |
| 10-23-96 | Semi annual WCG thru 8-31-96 | Jeo | A2 epird | 10-4-202_ |
| 10-9-96 | Semi annual WCG thru 3-31-97 | eq | A2 epird | 10-7-203_ |
| 11/03/97 | Transfer Audit | JS | | |
| NOV 0 4 1997 | REC'D CSP-LAC | BM | | |
| 11-14-97 | WCG A1 eff 11-11-97 | SW | EPRD | 7-14-80p |
| 2-26-98 | WCG thru 1/31/98 at A1. | SW | | NC |
| 4-28-98 | Intake Audit WCG thru 4-14-98. | | | |
| | 6mo WCG thru 4-14-98 | SW | | |
| 12-17-98 | 6mo WCG thru 11-30-98 @ A1 | SW | — | 7-18-2019 |
| 3-11-99 | Rec'd letter from Court to change | | | |
| | Counts 6+7 offense code. | SW | | |

| Number | Name | Page |
|--------|------|------|
| C-52068 | Brown, Norman | 21A |

INMATE COPY

LEGAL STATUS SUMMARY  TYPE-   D      LAC        ** DISCREPANT **      04/28/98 20:52

| CDC NUMBER | NAME | | BIRTHDATE |
|---|---|---|---|
| C51566 | BROWN,NORMAN,ANTHONY | BLA | 04/16/1963 |

| TERM STARTS | MAX REL DATE | MAX ADJ REL DT | CURRENT REL DT |
|---|---|---|---|
| 08/19/1982 | 05/06/2050 | 05/06/2050 | 10/12/2040 |

BASE TERM  7/00 + ENHCMNTS  62/00 = TOT TERM  69/00          PAROLE PERIOD
                                                             3 YRS

PRE-PRISON + POST SENTENCE CREDITS
CASE      P2900-5 P1203-3 P2900-1 CRC-CRED WH-CRED P4019   P2931 POST-SENT  TOT

CR19235      261                              130           .8    399

REGISTRATION REQUIRED PER P290
NOTIFICATION REQUIRED PER PC290.2
NOTIFICATION REQUIRED PER PC3058.6

| RECV DT/ | COUNTY/ | CASE | SENTENCE DATE | CREDIT | OFFENSE |
|---|---|---|---|---|---|
| CNT | OFF-CODE | DESCRIPTION | | CODE | DATE |

CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
 8/19/1982   RIV    CR19235      8/10/1982

| | | | | |
|---|---|---|---|---|
| 03 P288A(D) | ORAL COP/CONCERT | | 1 | 10/13/1981 |
| 04 P261(2) | RAPE/RESIST F/V | CS | 1 | 10/13/1981 |
| 05 P288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 06 P261(2) | RAPE/RESIST F/V | CS | 1 | 10/13/1981 |
| 07 P261(2) | RAPE/RESIST F/V / | CS | 1 | 10/13/1981 |
| 08 P288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 09 P288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 10 P288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 11 P288A(D) | ORAL COP/CONCERT | CS | 1 | 10/13/1981 |
| 12 P289 | RAPE FOREIGN OBJ | CS | 1 | 10/13/1981 |

| MTPP WAIVER | BEGINNING | CREDIT | TOTAL | TOTAL | NET |
|---|---|---|---|---|---|
| DATE | BALANCE | APPLIED | LOST | RESTORED | TOTAL |
| 01/01/1983 | 3420 | 3973 | 601 | 121 | 3493 |

CREDITS AUTO VESTED PER PC-2934 :    71

| TRAN | | | | RULE | VIOL | |
|---|---|---|---|---|---|---|
| TYPE | DATE | END DATE | LOG NUMBER | NUMBER | CAT | DAYS |
| CC | 02/01/1996 | 04/14/1996 | | | | 73 |

* * * * * * *  CONTINUED  * * * * * * *

19.

```
LEGAL STATUS SUMMARY   TYPE-   D    CAL      ** DISCREPANT **02/08/2007 21:38
```

| CDC NUMBER | NAME | ETHNIC | BIRTHDATE |
|---|---|---|---|
| C52068 | BROWN,NORMAN,ANTHONY | BLA | 04/16/1963 |

| TERM STARTS | MAX REL DATE | MAX ADJ REL DT | CURRENT REL DT |
|---|---|---|---|
| 08/19/1982 | 05/06/2050 | 05/06/2050 | 12/18/2033 |

```
                                             | PAROLE PERIOD
BASE TERM  7/00 + ENHCMNTS  62/00 = TOT TERM  69/00  | 3 YRS
```

```
PRE-PRISON + POST SENTENCE CREDITS
CASE      P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P2931 POST-SENT  TOT
```
```
CR19235      261                          130              8    399
```

```
REGISTRATION REQUIRED PER P290
PC296 DNA COMPLETED
NOTIFICATION REQUIRED PER P3058.6
```

| RECV DT/ CNT | COUNTY/ OFF-CODE | CASE DESCRIPTION | SENTENCE DATE | | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|---|---|

```
CONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
8/19/1982  RIV   CR19235       8/10/1982
  03 P288A(D)   ORAL COP/CONCERT                           1  10/13/1981
  04 P264.1     RAPE/CONCRT FORC             CS            1  10/13/1981
  05 P288A(D)   ORAL COP/CONCERT             CS            1  10/13/1981
  06 P264.1     RAPE/CONCRT FORC             CS            1  10/13/1981
  07 P264.1     RAPE/CONCRT FORC             CS            1  10/13/1981
  08 P288A(D)   ORAL COP/CONCERT             CS            1  10/13/1981
  09 P288A(D)   ORAL COP/CONCERT             CS            1  10/13/1981
  10 P288A(D)   ORAL COP/CONCERT             CS            1  10/13/1981
  11 P288A(D)   ORAL COP/CONCERT             CS            1  10/13/1981
  12 P289       RAPE FOREIGN OBJ             CS            1  10/13/1981
```

| WTIP WAIVER DATE | BEGINNING BALANCE | CREDIT APPLIED | TOTAL LOST | TOTAL RESTORED | NET TOTAL |
|---|---|---|---|---|---|
| 01/01/1983 | 4910 | 7034 | 1172 | 121 | 5983 |

```
CREDITS AUTO VESTED PER PC-2934 :    71
```

| TRAN TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | VIOL CAT | DAYS |
|---|---|---|---|---|---|---|
| CG | 11/01/2003 | 12/05/2006 | | | | 1073 |

```
******* CONTINUED *******
```

```
ENDORSED

JUL 1 0 2007

By B. Beddow, Deputy
```

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

In re

Norman Brown,                    No. 07F05269    Dept. 25

                                 ORDER TRANSFERRING

On Habeas Corpus.                PETITION

_____/

The petition of Norman Brown was construed as a petition for a writ of habeas corpus and was filed as habeas in this court on May 17, 2007. It alleges that petitioner is being held under an invalid abstract of judgment. Good cause appearing,

IT IS HEREBY ORDERED that the petition is transferred to the court of the county where petitioner was sentenced, the Superior Court in and for the County of Riverside, pursuant to Rule 4.552(b) of the California Rules of Court and *Griggs v. Superior Court* (1976) 16 Cal.3d 341.

DATED:  July 10, 2007

                              RONALD W. TOCHTERMAN
                         _____
                              RONALD W. TOCHTERMAN
                          JUDGE OF THE SUPERIOR COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Superior Court of CA.
County of Riverside
4100 Main St    Crim Division
Riverside, CA 92501

07F05269

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Samano    7-3-0?

D. Is delivery address different from Item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**3. Service Type**
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

**4. Restricted Delivery? (Extra Fee)**    ☐ Yes

**2. Article Number**
(Transfer from service label)    7005 1160 0000 4116 9775

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

07F05269

Sent To
Superior Court of CA. County of Riverside
Street, Apt. No.;
or PO Box No. 4100 Main St    Crim Division
City, State, ZIP+4
Riverside, CA 92501

PS Form 3800, June 2002    See Reverse for Instructions

7005 1160 0000 4116 9775



MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

JORGE NAVARRETE
SUPERVISING DEPUTY CLERK

SAN FRANCISCO

—

NATALIE ROBINSON
SUPERVISING DEPUTY CLERK

LOS ANGELES

☐ SAN FRANCISCO 94102
EARL WARREN BUILDING
350 McALLISTER STREET
(415) 865-7000

—

☐ LOS ANGELES 90013
RONALD REAGAN BUILDING
300 SOUTH SPRING STREET
(213) 830-7570

### Supreme Court of California

FREDERICK K. OHLRICH
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

May 2, 2006

Mr. Norman Brown, C-52068
SB 239L CTS-North
P.O. Box 705
Soledad, CA 93960

Re:    S142045 – In re Noman A. Brown on Habeas Corpus

Dear Mr. Brown:

This letter serves as confirmation that your petition for review, received on March 20, 2006, has been filed.  I regret to inform you that we have received confirmation from United Parcel Services that one of our boxes shipped from our office in Los Angeles to San Francisco has been lost.  After the court received notification of the loss, we checked our records of all the petitions for review filed between March 20, 2006, and the date of shipment and, it has been determined that your petition for review was inside the box that was lost.  The Court of Appeal record has been shipped to this office and the court has had the opportunity to review it; however, the court has directed me to request a copy of your petition for review.

We ask you to please send us your copy of the petition for review directly to our San Francisco office.  We apologize for any inconvenience.

Very truly yours,

FREDERICK K. OHLRICH
Court Administrator and
Clerk of the Supreme Court

By: Jorge E. Navarrete, Supervising Deputy Clerk

Exibit
(G)



23.

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERISDE**

IN THE MATTER OF THE APPLICATION OF:  ) Case No.: No. RIC 482978
                                       )
Norman Brown                           ) ORDER RE: PETITION FOR WRIT
                                       ) OF HABEAS CORPUS
                                       )
FOR A WRIT OF HABEAS CORPUS            )
                                       )
                                       )
                                       )

KSG

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

DEC 12 2007

DEC 18 2007

The Court, having read and considered the Petition for Writ of Habeas Corpus, presented this 12th day of December, 2007, hereby orders the following:

_____ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie factual case supporting petitioner's release. While the petition states a number of factual conclusions, these broad conclusions are not backed up with specific details, and/or are not supported by the record in the case.

_____ Pursuant to California Rule of Court 4.551, the petition is denied due to the failure of the petition to state a prima facie case supporting petitioner's release. The petition makes assertions regarding the applicable law that are contrary to established California case decisions.

Summary of Pleading - 1

# *VERIFICATION*

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

### (C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, _NORMAN BROWN_ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE _Petitioner_ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS
TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND
BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS _____ DAY OF: _____ 20 _08_ AT CALIPATRIA
STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

(SIGNATURE) _Norman Brown_
(DECLARANTIPRISONER)

## *PROOF OF SERVICE BY MAIL*

### (C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _Robert Talbert V.41765_ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY
OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT
A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002,
CALIPATRIA, CALIFORNIA #92233-5002.

ON _June 3_ 20 _08_ I SERVED THE FOREGOING: _Traverse and_
_mem. Pnt. Augh._

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S),
WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED
AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

United States District court
Southern District of California
Office of the clerk
880 front Street Rm. 4290
San Diego, CA. 92101-8900

Office of the Attorney General
110 West "A" Street suite 1100
P.O. Box 85266
San Diego, CA. 92101

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS
REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _____

_Norman Brown_
(DECLARANTIPRISONER)

26.