1 Norman Brown C-52068
2 C.S.P. Cal/B4-138
3 P.O. Box 5004
4 Calipatria CA 92233

FILED
2008 SEP -3 PM 2:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

United States District Court
Southern District of CA.

CASE NO: 07-CV-2079 JAH (AJB)

Norman Brown

    Petitioner

L.E. Scribner

    Respondent/Warden

Motion for bail and/or enlargement on personal recognizance

F.R.A.P. Rule 23(c):(23)

Petitioner moves this court per S.Ct. Rule 36.3(b) to be released pending review of decision to release

(1)

OK PER COURT

1  is pending in the court of Appeals for the 9th
2  circuit: Case No: 08-73173 Norman Brown v. United
3  States District Court - San Diego, L.E. Scribner Warden
4  real party in interest.

5
6
7                                    Respectfully submitted
8
9                                    Norman Brown
                                     _____
10    Date:    July 29 2008
11

12  Hilton v. Braunskill (supra) 481 U.S. at 774 N.4
13    FRAP Rule 23(c) (23)
14    Sct. R. 36.3(b)
15    Borg v. MaDougall (supra)(1982) Habeus Rule 2(e)
16    Petitioner to an in forma Pauplis status   28 U.S.C.A. 1915(a)
17
18                        (2)

# VERIFICATION

## STATE OF CALIFORNIA
## COUNTY OF IMPERIAL

(C.C.P. SEC.446 & 201.5; 28 U.S.C. SEC. 1746)

I, __Norman Brown__ DECLARE UNDER PENALTY OF PERJURY
THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION;
I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __29th__ DAY OF: __July__ 20__08__ AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002

(SIGNATURE) __Norman B__
(DECLARANT/PRISONER)

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC.1013 (a) & 2015.5; 28 U.S.C. SEC.1746)

I, _____ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA. I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. BOX 5002. CALIPATRIA, CALIFORNIA #92233-5002.

ON __July 29th__ 20__08__ I SERVED THE FOREGOING: __Motion For Bail and/or Release on Recognizance__

(SET FORTH EXACT TITLE OF DOCUMENTS SERVED)

ON THE PARTY (S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA #92233-5002.

U.S.D.C.
Southern District of Calif.
Office of the Clerk
880 Front Street Suite 4290
San Diego, CA. 92101/8900

Attorney General
State of Calif.
110 West A Street
Suite 1100
San Diego, CA. 92101-5266

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: __July 29 2008__

__Norman B__
(DECLARANT/PRISONER)