UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN BROWN,<br><br>        Petitioner,<br>v.<br>L.E. SCRIBNER, Warden,<br><br>        Respondent. | Civil No. 07CV2079 JAH(AJB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Petitioner has filed a document entitled "Motion for Bail and/or Enlargement on Personal Recognizance" in which he seeks this Court's order releasing him from custody "pending review of decision to release [petitioner] [now] pending in the Court of Appeals for the [Ninth] Circuit" pursuant to the Federal Rules of Appellate Procedure. *See* Doc. # 33. After a review of the record, this Court deems it appropriate to require respondent to file a response to petitioner's motion. Accordingly, IT IS HEREBY ORDERED that:

1. Respondent shall file a response to petitioner's motion **no later than September 19, 2008**;

2. Petitioner may file a reply to respondent's response, if he so wishes, **no later than October 3, 2008**; and

3. The motion shall be deemed under submission at that time.

DATED: September 5, 2008

JOHN A. HOUSTON
United States District Judge

07cv2079