UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 10 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NORMAN ANTHONY BROWN. | No. 08-73173 |
| NORMAN ANTHONY BROWN, Petitioner, v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, Respondent, L.E. SCRIBNER, Warden, Real Party in Interest. | D.C. No. 3:07-CV-02079-JAH/AJB Southern District of California, San Diego ORDER |



Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ of mandamus is denied.

All other pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

SNR/MOATT