1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  GREGORY J. MARCOT, State Bar No. 186546
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2606
     Fax: (619) 645-2581
9    Email: Gregory.Marcot@doj.ca.gov

10 Attorneys for Respondent

11

12                   IN THE UNITED STATES DISTRICT COURT

13                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **NORMAN BROWN,** | 07-CV-2079 JAH (AJB)
16 |                  Petitioner, | **RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION FOR BAIL AND/OR ENLARGEMENT ON PERSONAL RECOGNIZANCE; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES**
17 |         v. |
18 | **L. E. SCRIBNER,** |
19 |                  Respondent. | Judge: The Honorable John A. Houston

20

21       Respondent L. Small, acting Warden of Calipatria State Prison, hereby opposes state

22 inmate Norman Brown's Motion for Bail and/or Enlargement on Personal Recognizance

23 ("Motion").

24                              **INTRODUCTION**

25       Brown is currently serving a 69-year prison term following his 1983 jury conviction for

26 one count of kidnaping, one count of robbery, six counts of forcible oral copulation while acting

27 in concert with another person, three counts of forcible rape while acting in concert with another

28 person, and one count of forcible rape with a foreign object after kidnaping a young college

student and subjecting her to a heinous gang rape over an extended period of time. On October 24, 2007, Brown filed a habeas petition with this Court contending that his prison sentence was improper because it was based on an abstract of judgment that had either never been filed with the trial court, or otherwise had been fraudulently manipulated. (Doc. No. 1.) After receiving briefing from the parties, Magistrate Judge Anthony J. Battaglia issued a Report and Recommendation (R&R) on June 30, 2008, in which he recommended that the petition be denied and dismissed because Brown's claims were untimely, unexhausted, and otherwise failed to state a cognizable federal habeas claim. (Doc. No. 30.) Thereafter, Brown filed objections to the R&R (Doc. No. 31.) The Petition is currently pending before this Court.

On July 23, 2008, Brown filed a petition for writ of mandamus with the Ninth Circuit Court of Appeals, Case No. 08-73173. (*See* Doc. No. 32.)[1] On September 3, 2008, Brown filed the instant Motion, in which he prayed for his release from custody pending the Ninth Circuit's resolution of his mandate petition. (Doc. No. 34.) On September 5, 2008, this Court ordered Respondent to file an opposition to Brown's motion for release. (Doc. No. 34.) On September 10, 2008, the Ninth Circuit denied Brown's mandate petition with prejudice and closed the docket. (Doc. No. 35; Ex. 1- Ninth Circuit Order.)

## ARGUMENT

## THE MOTION IS WITHOUT MERIT AND SHOULD BE DENIED.

### A. There Is No Legal Basis for Brown's Release.

Brown's request for a release from custody pending the Ninth Circuit's resolution of his mandate petition is based on Federal Rules of Appellate procedure, Rule 23(c), which provides, in pertinent part, that: [w]hile a decision ordering the release of a prisoner is under review, the prisoner must be released on personal recognizance, with or without surety, unless otherwise ordered by the court.[2] Contrary to Brown's contention, this rule is inapplicable to the

---

1. Respondent is unaware of the basis for Brown's petition for writ of mandate as it was never served or otherwise provided with a copy of the appellate petition.

2. Brown also purports to move under Supreme Court Rule 36, however, because there is no matter pending in the United States Supreme Court, Brown's reliance on this rule is misplaced.

instant matter because it only pertains to the circumstance where the Government is appealing a decision granting a petition for habeas corpus and ordering the inmate's release from prison. *See Hilton v. Braunskill*, 481 U.S. 770, 772 (1987). Brown has not prevailed on his habeas petition as the matter is still pending before this Court. Thus, because Respondent is not currently appealing the granting of Brown's habeas petition, Rule 23 is not applicable to the current matter at hand.

**B.   THERE IS NO MATTER CURRENTLY PENDING ON APPEAL.**

In an attempt to satisfy Rule 23's requirement that a habeas matter must be pending on appeal, Brown contends that he should be release while his Petition for Writ of Mandate is pending in the Ninth Circuit. Notwithstanding the fact that the mandate petition was not filed by the Government to challenge a successful habeas grant,[3] Brown's mandate petition has recently been denied with prejudice by the Ninth Circuit, so there is no matter pending on appeal that could conceivably justify relief under Rule 23. (Ex. 1- Ninth Circuit Order.) Accordingly, Brown's Motion is substantively without merit.

## CONCLUSION

Because Brown's Motion is wholly without merit, it should be denied.

Dated: September 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

JENNIFER A. NEILL
Supervising Deputy Attorney General

/s/ Gregory J. Marcot

GREGORY J. MARCOT
Deputy Attorney General
Attorneys for Respondent

---

3. *See* Footnote Number 1.

# EXHIBIT 1

**FILED**

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

SEP 10 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: NORMAN ANTHONY BROWN. | No. 08-73173 |
| NORMAN ANTHONY BROWN, Petitioner, | D.C. No. 3:07-CV-02079-JAH/AJB Southern District of California, San Diego |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, Respondent, | |
| L.E. SCRIBNER, Warden, Real Party in Interest. | |

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition for a writ of mandamus is denied.

All other pending motions are denied as moot.

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

SNR/MOATT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Brown v. Scribner**

No.:           **07-CV-2079 JAH (AJB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 19, 2008, I served the attached **RESPONDENT'S OPPOSITION TO PETITIONER'S MOTION FOR BAIL AND/OR ENLARGEMENT ON PERSONAL RECOGNIZANCE; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

NORMAN ANTHONY BROWN
CDC # C-52068
CALIPATRIA STATE PRISON
P.O. BOX 5001
CALIPATRIA, CA 92233-5001

IN PRO PER

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 19, 2008, at San Diego, California.

S. Banks
—————————————                    —————————————
     Declarant                              Signature

70137090.wpd